IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


Guy Mitchell,

                Plaintiff,      Case No. 1:16-cv-00336

v.                           Michael L. Brown
                                 United States District Judge

Dixie Transport, Inc., Felix Milo
Daley, and Grange Indemnity
Insurance Co.,

                Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW (DKT. 51)

Before the Court is Richard P. Hamilton's ("Attorney") Motion for Permission to Withdraw as counsel for Plaintiff Guy Mitchell ("Plaintiff"). (Dkt. 51).

Pursuant to Local Rule 83.1, Attorney provided Plaintiff the requisite fourteen day prior notice of Attorney's intention to request permission to withdraw. N.D. Ga. L.R. 83.1E. Plaintiff objected to Attorney's request to withdraw (Dkt. 52), and Defendants filed a response indicating that they have no objection to the pending motion (Dkt. 53).

After reviewing the request to withdraw and Plaintiff's response, the Court hereby **GRANTS** Attorney's Motion for Permission to Withdraw (Dkt. 51) and **ORDERS** that Plaintiff shall have sixty (60) days from the date of this Order to file a notice with the Court indicating that Plaintiff has retained new counsel, or otherwise stating his intention to proceed *pro se*. Additionally, the Court **ORDERS** Plaintiff to confer with Defendants to identify a mutually agreeable date to schedule a pretrial conference and to provide that date in the abovementioned notice to the Court.

**IT IS SO ORDERED.**

Dated: February 15, 2018
Atlanta, Georgia

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE