1              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                     ATLANTA DIVISION

3
   GUY MITCHELL,
4
                   Plaintiff,
5                                     CIVIL ACTION
             vs.
6                                     FILE NO.
   DIXIE TRANSPORT, INC.;            1:16-CV-00336-AT
7  FELIX MILO DALEY; and
   GRANGE INDEMNITY INSURANCE
8  COMPANY,

9              Defendants.

10

11
                    DEPOSITION OF
12
                  FELIX MILO DALEY
13

14
                 December 14, 2017
15
                   12:00 p.m.
16

17

              100 North Park Avenue
18               Calhoun, Georgia

19

20        L. Lynn Howell, CCR-B-992

21

22

23

24

25

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 2

```
 1                    APPEARANCES OF COUNSEL

 2

 3    On behalf of the Plaintiff:

 4         RICHARD P. HAMILTON, Esq.
           Hamilton Firm, LLC
 5         City View Center
           3330 Cumberland Boulevard, Suite 500
 6         Atlanta, Georgia  30339
           404-331-3032
 7

 8    On behalf of the Defendants:

 9         BEVERLY ADAMS, Esq.
           The Law Office of Dan J. Colley
10         3700 Crestwood Parkway, N.W.
           Suite 185
11         Duluth, Georgia  30096
           Adamsba@grangeinsurance.com
12

13

14    Also Present:

15         Mrs. Tracy Daley

16

17                              -  -  -

18

19

20

21

22

23

24

25
```

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 3

```
 1                  INDEX TO EXAMINATIONS

 2              Examination                        Page

 3    FELIX DALEY                                     5
      Examination                                     5
 4    By Mr. Hamilton
      Examination                                    87
 5    By Ms. Adams
      Further Examination                            89
 6    By Mr. Hamilton

 7                        -  -  -

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 4

1                    INDEX TO EXHIBITS

2
   Plaintiff's
3     Exhibit              Description                    Page

4
   Exhibit 1-A   photo of front of tractor              37
5
   Exhibit 1-B   photo of back of white van             37
6
     Exhibit 2   Dixie Transport 8/18/14 Case#          53
7                14-1090CS document

8    Exhibit 3   Driver/Vehicle Examination             62
                 Report
9
     Exhibit 4   State of Georgia Traffic Crash         66
10               Report 3/9/2014

11   Exhibit 5   6/11/14 Driver/Vehicle                 68
                 Examination Report
12

13
       (Original Exhibits 1 through 5 have been
14   attached to the original transcript.)

15

16

17

18

19

20

21

22

23

24

25



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                                    December 14, 2017

Page 5

```
 1              Deposition of FELIX MILO DALEY

 2                    December 14, 2017

 3              MR. HAMILTON:  You can swear him.

 4                    FELIX DALEY,

 5    having been first duly sworn, was examined and

 6    testified as follows:

 7                    EXAMINATION

 8    BY MR. HAMILTON:

 9         Q.   Could you state and spell your full proper

10    name for me, please.

11         A.   Felix Milo Daley, II.  F-e-l-i-x M-i-l-o

12    D-a-l-e-y.

13         Q.   Okay if I refer to you as Mr. Daley?

14         A.   Yes.

15              MR. HAMILTON:  Just off topic here, Milo,

16         you are the second person I know that has had

17         that name, and it's just funny because it's not

18         a particularly ordinary name.  Somebody I grew

19         up with was Milo Thomas.

20              MS. ADAMS:  Your client's middle name is

21         Milo.

22              MR. HAMILTON:  And my client's.  That's

23         three people.  What are the chances of that?

24         That's just strange.

25              Anyway.  Let's go on record for some
```

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                                    December 14, 2017

                                                                    Page 6

1      housekeeping stuff.

2              This will be the deposition of Felix Daley

3      taken pursuant to agreement of counsel.  I

4      propose that all objections except as to the

5      form of the question and responsiveness of the

6      answer be reserved until first use.  Is that

7      okay?

8              MS. ADAMS:  That's fine.

9              MR. HAMILTON:  What do you want to do

10     about reading and signing?  You want to wait

11     until the end?

12             MS. ADAMS:  Yes.

13             MR. HAMILTON:  Okay.

14     Q.    (By Mr. Hamilton)  Mr. Daley, my name is

15     Rich Hamilton, and I represent Guy Mitchell, who is

16     the individual who was in the van ahead of you that

17     we're here about on this wreck that occurred in March

18     of 2014.

19             Have you ever given a deposition before?

20     A.    No, sir.

21     Q.    This is not a pressure setting, okay, and

22     I don't want you thinking it is.  This is merely

23     question and answer.

24     A.    Right.

25     Q.    So because to your right is a young lady

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                      December 14, 2017

                                                              Page 7

 1   who is taking down everything mechanically, there are

 2   some rules we have to kind of abide by to make it

 3   easier on her and so that, when she's done, she's

 4   going to type this up into a written transcript so

 5   that if we ever need to refer to it again, it will be

 6   clear.

 7        A.    Right.

 8        Q.    So some of the rules that we need to abide

 9   by are the following:  I need you to give me verbal

10   responses.  You know, human nature kind of dictates

11   that when I ask you a question that calls for a yes

12   or no, sometimes you may shake your head up and down

13   or side to side.  And I may ask you, Please give me a

14   verbal response.  And the only reason for that is so

15   that the court reporter can take it down.  I'm not

16   trying to be rude.

17            And the same thing for uh-huhs and

18   huh-uhs.  Again, I'll probably understand what you're

19   saying, but the court reporter may not, so I'll ask

20   you to please say is that a yes or a no.  Is that

21   fair?

22        A.    Yes, sir.

23        Q.    Okay.  As much as I like to think that I

24   ask perfect questions, I know that's not the case.

25   So if at any time I ask you a question which you just



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 8

1  don't understand, tell me, and I'll rephrase it so

2  you do understand.  Okay?

3      A.    Yes, sir.

4      Q.    With that in mind, if I do ask you a

5  question and you answer it, I'm going to assume that

6  you understood it.  Is that fair?

7      A.    Yes.

8      Q.    A lot of times when I'm asking questions,

9  you may be able to anticipate the remainder of my

10  question before I get it out.  And, again, that's

11  just human communication.  But I'm going to ask you

12  to avoid kind of jumping in before my question is

13  done simply because, again, this is being taken down

14  mechanically, and it will be hard for her to take

15  down a question and answer when it's broken in two.

16  Does that make sense?

17      A.    Yes.

18      Q.    And then this is not an endurance contest,

19  and if at any point in time you want to take a break,

20  use the restroom -- I don't anticipate this going

21  very long, by the way.  But if you need to take a

22  break or if you have a question you'd like to ask

23  your attorney, please do so.  This is -- we are not

24  here to crack you under pressure.  This is just

25  question-and-answer.  I'm here to get some



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

                                                              Page 9

 1    information from you.  Fair enough?

 2         A.    Yes, sir.

 3         Q.    Okay.  Good.

 4               Let me just cover some easy background

 5    information first.  Can you tell me where you

 6    currently live?

 7         A.    I reside in Rocky Face, 208 Highland

 8    Drive.

 9         Q.    What town is that in?

10         A.    That's in Rocky Face.

11         Q.    Rocky Face?

12         A.    Yeah, Rocky Face, Georgia.

13         Q.    What county is that in?

14         A.    Whitfield County.

15         Q.    Is that the county we are in now?

16         A.    No.  We're in Fulton County, I think.

17         Q.    Which is Gordon?

18         A.    Gordon County here.

19         Q.    Where is Whitfield in relation to here?

20         A.    North about 45 miles roughly thereabout.

21         Q.    Are you currently employed?

22         A.    Yes.

23         Q.    Who do you work for?

24         A.    I work for Premier Carpet.

25         Q.    What do you do for them?

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                           December 14, 2017

Page 10

1      A.    I still drive a truck.

2      **Q.    You drive a commercial motor vehicle?**

3      A.    Yes, yes.  I drive a commercial motor

4   vehicle and a box truck.

5      **Q.    When did you first get your CDL?**

6      A.    Would have been September of 2011.

7      **Q.    That's what my notes said.  So you've been**

8   **driving -- you've had your CDL for roughly six years,**

9   **maybe seven?**

10     A.    About that, yes.

11     **Q.    And let's walk through your work history**

12  **up until now, if you can, just related to your CDL.**

13     A.    Okay.

14     **Q.    So if you'll just take me chronologically**

15  **up until now, that would be great.**

16     A.    I got my CDL in let's say about September

17  of 2011.  I worked for OLM Trucking out of Cohutta,

18  Georgia.  Spent approximately two years with them.

19  It was my father-in-law's business at the time.  Then

20  transferred, started driving for Dixie Transport.

21  Drove for them for about a year or two.

22           And then at which point, from CDL

23  standpoint, I stopped there for about a year and went

24  to work for the Post Office.  And then have recently

25  this past June picked up this job for Premier Carpet



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley
December 14, 2017

Page 11

```
 1   driving their trucks.  It's a local driving for them,
 2   not over-the-road or long-haul or nothing like that.
 3        Q.    So you've got -- just to kind of recap,
 4   you've got three jobs where you have actually driven
 5   a commercial motor vehicle?
 6        A.    Yes.
 7        Q.    And when I say, commercial motor vehicle,
 8   I'm talking about a vehicle that you are required to
 9   have --
10        A.    A CDL to drive.
11        Q.    -- a CDL, okay.  Excellent.
12        A.    Yes.
13        Q.    Now, I want to jump back to your
14   background some more.  I understand your wife is
15   here; correct?
16        A.    Yes.
17        Q.    Could you tell me her name for the record
18   and how long you guys have been married?
19        A.    Tracy Louise Daley, and we've been married
20   about 24 and a half years.
21        Q.    Oh, congratulations.  That's outstanding.
22   And the fact that you remembered is even better.  And
23   your wife, for the record, is smiling so you got that
24   one right, so that's excellent.  Good for you.  Good
25   stuff.
```



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 12

 1                    Do you have any children?

 2        A.    Yes, I have five children.

 3        Q.    Any of them live in or around Fulton

 4   County?

 5        A.    All but one of my children live in

 6   Whitfield County.

 7        Q.    And the other one who doesn't --

 8        A.    My oldest lives in Maryland.

 9        Q.    Maryland, okay, great.  The reason why I

10   ask you that is not to be nosy.  Simply it's at some

11   point we're probably going to have a jury trial in

12   this case.  And to the extent that one of your

13   relatives gets pulled into a pool for a jury, I want

14   to know who that is, obviously.

15        A.    Right.

16        Q.    Some other kind of pesky questions which

17   are fair game, I'm kind of ashamed to even have to

18   ask them, but I want to ask them anyway.  Have you

19   ever been arrested in the last ten years?

20        A.    In the last ten years?  No.

21        Q.    Has your CDL or your regular driver's

22   license been suspended or revoked in the last ten

23   years?

24        A.    No.

25        Q.    Okay.  Good.

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 13

1              So currently you drive for Premier.  And

2   is it local deliveries?

3        A.   Yes.

4        Q.   And when I refer to local, is it within a

5   100-mile radius of --

6        A.   Yes.

7        Q.   So you don't prepare logs for that?

8        A.   No, sir.  They take care of that in the

9   office.

10       Q.   Okay, good.  And is it just you are just

11  hauling their product, you're not hauling for anybody

12  else?

13       A.   No, no, it's just their product from the

14  plant to their plant.

15       Q.   In between plants?

16       A.   Yeah, yeah.  It's picking up, say, Mohawk

17  and taking to the plant, Premier's plant.

18       Q.   Oh, gotcha.

19       A.   And then when they get done with it, take

20  it back to Mohawk.

21       Q.   Gotcha.  What kind of a product is it?

22       A.   Rolled carpet.

23       Q.   Rolled carpet?

24       A.   Yes.

25       Q.   Tell me what you did for OLM Trucking.  I

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 14

1    know you started in September of '11, but what type

2    of work did you do?

3        A.    It was a road hauling, mainly carpet

4    backing, padding, goes underneath.  And it was

5    delivered to wholesalers along the east coast.  We

6    pretty much traveled anywhere from Florida to Ohio,

7    Michigan, Pennsylvania, pretty much in between.  That

8    was the entire shipment that we ever did.  We never

9    touched nothing else but carpet padding.

10       Q.    So it was interstate, and I'm assuming you

11   understood that that would subject you to the Federal

12   Motor Carrier Safety Regulations?

13       A.    Yes.

14       Q.    Now, did you take a class in order to get

15   your CDL?  And I know a number of guys these days

16   will take a tech course or something at a local

17   college.  Did you do that?

18       A.    No, sir.  My father-in-law taught me

19   everything that I needed to know to get through a

20   course.  I read the books, studied the guides, the

21   Georgia pamphlets, all of that.

22       Q.    And when you say the study guides, I'll

23   take this out in a minute, but I'm not going to mark

24   the whole thing, but just for the record, when you

25   say the study guide, just for the record, I'm putting



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 15

1    in front of you the 2009 Georgia CDL Manual.  Is that

2    what you would have studied?

3         A.    Yes.

4         Q.    And then you would have taken the test

5    associated with that?

6         A.    Yes, the written test.

7         Q.    Why did you leave OLM?

8         A.    They pretty much lost the padding contract

9    that they had, and the company started going out of

10   business at that time.  Since then it has pretty much

11   went bankrupt, was the main reason for leaving.

12        Q.    How did you end up at Dixie?

13        A.    Ad in the paper.  Looking to go right back

14   into it.  We drove a little bit -- we tried to drive

15   a little bit with OLM and with J.B. Hunt and so

16   forth.  It didn't pan out.  Of course, like I said,

17   the company went under.  And in the process, I found

18   out about Dixie in Resaca.  They were looking for

19   drivers so I went down there.

20        Q.    So basically you just responded to an ad

21   in the paper?

22        A.    Yes.  Yes.

23        Q.    Okay.  And when you went to Dixie, who did

24   you meet with?

25        A.    Let's see, the first time would have been



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 16

1  Jim Brown.

2      Q.    Who is he in relation to Dixie?

3      A.    He's one of the owners.

4      Q.    And walk me through the interview process,

5  and then we'll talk about the job application and

6  stuff like that separately.  But walk me through what

7  they talked to you about when you got there.

8      A.    Oh, we just talked about what, I guess I

9  would say, one would normally do on an interview,

10  your past job experience, you know, your liability to

11  drive the truck, to keep the logs, take care of all

12  of the vehicle needs on the road, where it would go

13  to, where it would come from, hours, weekends, such

14  as that nature.

15      Q.    What did you understand would be your job?

16  Obviously you worked there, but what were you told

17  would be your job responsibilities?

18      A.    My job responsibilities was basically to

19  transport from one location to another any products

20  that they had logged up through dispatch.

21      Q.    And now, did they get their loads through

22  a broker, or did they have their own contracts?

23      A.    I think they had a little bit of both, I

24  do believe.  I never delved into that side of it

25  because, again, I was driving the truck.



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                          December 14, 2017

Page 17

1      Q.    Sure.

2      A.    But I believe they had a couple of brokers

3   that they would pick up a load for here and there to

4   get back into town or out of town and then a few of

5   their own contracts that they would run on certain

6   places and certain days.

7      Q.    What did they haul primarily?  Was it

8   reefer stuff or was it just dry box stuff?

9      A.    No, most of it was dry van.  We did do a

10   couple of flatbed brick loads, a lot of construction

11   brick in a box van such of that nature.  Glass sand

12   up out of Nashville was another big product that we

13   would haul.

14      Q.    Roughly how many hours do you think you'd

15   log a week on average?

16      A.    A week?

17      Q.    Yeah.

18      A.    Well, on the average I'd probably put in

19   between about 40 and 50, depending on downtime.

20      Q.    Okay.  So you'd get pretty close to maxing

21   out your hours as far as what's required under

22   federal law as far as driving --

23      A.    Right.  Right.  A lot of that wasn't

24   necessarily driving, it was just book time.  You have

25   to log yourself in when you're sitting.  Even if



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 18

1  you're sitting at a dock for four hours, you are

2  still showing on your log that you are driving for

3  four hours or on duty, if you will.  So therefore, I

4  may only drive for three hours actually on the road

5  but I would have seven hours of total time on a

6  logbook.

7      **Q.    Walk me through a typical day -- and,**

8  **again, you don't need to tell me the excruciating**

9  **details of where you would go, but walk me through a**

10 **typical day at Dixie.  When you got in, what's the**

11 **routine?**

12     A.    Well, depending on the load time that had

13 to be picked up and delivered, I would show up at

14 Dixie's yard.  Grab my truck, check it out, trailer.

15 Sometimes it would be loaded from their area, other

16 times I'd have to drive and pick up a load.  We can

17 assume for this instance it's already loaded and

18 sitting on the lot.  Check out the truck and trailer,

19 make sure everything's right, and then take it to its

20 destination.

21         If it's Nashville, then, of course, once

22 everything's set and I'm good, paperwork, truck's in

23 order, fuel it up, drive to Nashville.  And depending

24 again on the delivery time, whether it's that day or

25 the next morning, find a spot to sit overnight,



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                      December 14, 2017

Page 19

1  deliver it the next morning or that evening,

2  depending.

3          If it's that evening, then once it's

4  unloaded, again, find a truck stop or a spot to sit,

5  wait out the night, get my downtime in, to pick up a

6  load coming back the next day.

7      **Q.    So this was not a cab-over truck, this was**

8  **a sleeper truck?**

9      A.    Yes.  Yes.

10     **Q.    Now, would you have always or would you**

11 **have routinely slept in the truck, or would you have**

12 **gotten yourself a hotel room?**

13     A.    No, I'd have slept in the truck.  I stayed

14 in the truck pretty much 24/7 while it was there,

15 whether it was in the sleeper, passenger seat, or

16 driving in the driver's seat.

17     **Q.    Were you assigned just one truck?**

18     A.    Yes.

19     **Q.    So had you driven any other trucks on a**

20 **regular basis other than the one that was involved in**

21 **this wreck?**

22     A.    No.

23          MR. HAMILTON:  Let's go off the record for

24     a minute.

25          (Off the record.)

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                                December 14, 2017

Page 20

 1          MR. HAMILTON:  Back on.

 2     Q.    (By Mr. Hamilton)  So the truck that you

 3  were involved in for this wreck -- and when I refer

 4  to this wreck, I'm talking about March 9, 2014.

 5  That's the only incident that I'm talking about.

 6     A.    Right.

 7     Q.    So that would have been your kind of

 8  designated vehicle --

 9     A.    Yes.

10     Q.    -- all the time?

11     A.    Yes.

12     Q.    And at the time of this wreck, you had

13  probably been there for, what, about a year or so?

14     A.    About that, yes.  Pretty close.

15     Q.    So when you start off in the morning

16  before you get onto your vehicle, you understand that

17  federal law requires you to engage in a pre-trip

18  inspection?

19     A.    Yes, every day.

20     Q.    And then you put that on your logbook?

21     A.    Yes.

22     Q.    And so then the inspection requirements

23  for federal law is both pre-trip -- well, it's

24  pre-trip, inspect it during the day if you think

25  something occurs that it would require an inspection,

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 21

 1    like if you hit a pothole or some little thing, and

 2    then the most detailed one is the post-trip, which is

 3    a separate form that would have to be done at the end

 4    of your day?

 5        A.    Yes.

 6        Q.    Did I --

 7        A.    Pretty much, yes.

 8        Q.    Is there anything wrong about what I said?

 9        A.    Not necessarily.  It all depends on the

10    driver, the company, all -- some work differently.

11    Some do an actual pre-trip in-depth inspection.

12    Others do a post-trip so the next morning when they

13    climb in their truck, all they got to do is a quick

14    pre-trip.  One or the other is acceptable as long as

15    one is a full in-depth.  You should be doing a pre-

16    and a post-trip every day, one look at it once you

17    first fire your truck up and once when you shut it

18    down for the day.

19        Q.    What was Dixie's policy?  Did they do a

20    detailed one in the beginning or detailed one at

21    night?

22        A.    They left that up to myself, and generally

23    I did one on the average in the morning.

24        Q.    So when you had -- and, of course, it's a

25    standardized form for what the detailed -- I don't



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 22

1    want to -- if you're doing it in the morning, I just

2    want to refer to it as a -- I'll reefer to that as

3    the detailed inspection.

4         A.    Right.  You have a pre-trip detail it

5    would be, yes.

6         Q.    Okay.  Because, again, federal law says

7    you do it at the end of the day or, again, if the

8    policy is you do it in the beginning of the day,

9    either way, the form has to be filled out that you

10   have gone over all the major components?

11        A.    Yes.

12        Q.    And what I mean by all the major

13   components is, this is, you know, tires, brakes,

14   lights, fluids, belts, that sort of thing?

15        A.    Yes.

16        Q.    It's not like your usual 15-minute

17   pre-trip where you walk around and you hit your tires

18   with a bat or check your lights or that sort of

19   thing?

20        A.    Right.

21        Q.    So you would agree with me that there is a

22   significant difference between the detailed daily

23   inspection versus what we would refer to as the quick

24   pre-trip?

25        A.    There's not much of a difference between



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 23

1    the two.  One is literally just a little bit more

2    detailed.  Like I say, a quick walk-around, smack the

3    tires, kick it with a hammer, you know, is a good

4    check the tire's got air in it, as opposed to taking

5    two extra minutes and putting a gauge to the tire.

6    Either one is going to tell you you have air in that

7    tire so either one is acceptable.

8        **Q.    What about checking the safety systems,**

9    **you know, as far as brake linings and the space**

10    **between the brake linings and the drums and how much**

11    **oil you have and that sort of thing?  When would you**

12    **have done that each day?**

13        A.    As for oil, what's underneath the hood

14    gets checked every day.

15        **Q.    Okay.**

16        A.    It gets checked every time a fuel nozzle's

17    put in that truck.  I do it on my own personal

18    vehicle and I do it on the truck whether it's

19    required or not.  As for brake linings themselves,

20    it's generally about a once-a-week routine

21    maintenance.  You are not going to burn up a set of

22    linings in a truck in a day.

23              Adjusting the brakes are optional

24    depending, again, on how much you carry, what you

25    carry, and how far you are going.  If you are on a



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                December 14, 2017

Page 24

1    flat stretch of road, you ain't using no brakes.  If

2    you are going up and down mountains, you are using

3    the brakes.  Up and down mountains, you would

4    definitely adjust them.

5            As for checking them is a visual

6    inspection, again, every day, and that would be, as

7    you classify it, your detailed.  To glance in on the

8    backside of the tire and make sure no cracks, nothing

9    missing, no holes, visual inspection.  You don't have

10   to get in there with a micrometer and say, I got

11   32/32 worth of brake pad.

12       Q.    Sure.  And then checking the tires is the

13   same thing?

14       A.    Yes.

15       Q.    Just looking at tread depth, looking to

16   see if there's any wear, cracks, that sort of thing?

17       A.    Yes.

18       Q.    Now, when you would prepare -- let's jump

19   ahead.  How often would you have to turn in your logs

20   to Dixie?

21       A.    I turn in my logs every trip.

22       Q.    Would that be every day or two?

23       A.    Yes.

24       Q.    And then on those logs, you would -- well,

25   in addition to the logs, you would have the vehicle



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 25

1    inspection reports with them?

2        A.    Yes.

3        Q.    And then do you know, do you have

4    knowledge as to what would happen with those

5    inspection reports?

6        A.    No, sir, that was all in the office.  Most

7    of the logbooks nowadays are paper logbooks on the

8    back side of the log that keeps all your dates,

9    times, and destinations, is your pre-trip for that

10   day.  So a 24-hour trip has a pre-trip stuck to the

11   back of it, you know, in which case you have both

12   your pre-trip, your PTI, which is labeled on the

13   front the time, date, and the place it was done, and

14   on the back would have any information that needed to

15   be looked at.

16       Q.    Had you ever had any mechanical issues

17   with the tractor you were driving for Dixie during

18   the time you were driving with them?

19       A.    Oh, yeah.  I mean, you can't drive a

20   vehicle, especially a truck, without having a

21   mechanical issue of some form or another.  As to

22   anything that would cause major problems, no.  Normal

23   routine maintenance, yes.

24       Q.    Now, you understand what it means to have

25   the Georgia Department of Transportation perform



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                        December 14, 2017

Page 26

1    inspections on these tractors; correct?

2         A.    Yes.

3         Q.    Are you familiar with the different levels

4    of inspections that the DOT --

5         A.    Yes.

6         Q.    So the two common ones that would occur

7    for a driver would be a level 2, which what they

8    refer to as a walk-around?

9         A.    Uh-huh.

10        Q.    And that -- is that a yes?

11        A.    Yes.  I'm sorry.

12        Q.    And that really doesn't get into fluids or

13   leaks or that sort of thing.  It's mostly tires, any

14   visible defects that would be on the tractor; do you

15   agree with that?

16        A.    Right, yes.

17        Q.    And then the level 1 is where they

18   literally tear you down, not physically tear you down

19   but a level 1 is a full comprehensive review, it's

20   both a full driver review, goes through all your

21   logs, making sure you have all your -- that your logs

22   are current, that you have your bills of lading and

23   all that are current, et cetera, and they compare

24   that to what your dispatch sheets may be.  And then

25   they do on the tractor and the trailer, if you've got

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 27

1    a trailer, a really detailed kind of minutia

2    inspection of all the safety components.  You agree

3    with that description?

4        A.    Yes.  Yes.

5        Q.    Okay.  Now, I understand -- and we'll talk

6    about some inspections that have happened on this

7    tractor in a minute, but have I said anything wrong

8    about those levels of inspection?

9        A.    No, you are pretty accurate on most of

10   them.

11       Q.    So now, while you were at Dixie, did you

12   ever have any reason to be disciplined?  Did they

13   ever say that your logs are bad, your inspection --

14   your pre-trips were bad, your inspection reports were

15   bad?  Did they give you any discipline for anything

16   while you were there?

17       A.    No, sir.

18       Q.    Just jumping ahead to having left Dixie,

19   why did you leave Dixie?

20       A.    I wanted to spend more time at home.  Even

21   though it was a five-day week on the road and I had

22   my weekends at the house, at the time I wanted to

23   spend more time with my family.  So I was looking

24   more of a 9:00 to 5:00 job, if you will.

25       Q.    Which is why you ended up going to the



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 28

```
 1   Post Office for a bit; right?

 2        A.    Yes.  I tried to do a part time thing

 3   there and see if it worked, but it didn't quite work

 4   out.  But it was just a few hours during the day.  I

 5   was home in the evenings every evening, home on the

 6   weekends every weekend, got to spend time with the

 7   family and the kids.

 8        Q.    That makes perfect sense.  I can totally

 9   relate to that.  That's time you never get back, is

10   it?

11        A.    No, it's not.

12        Q.    No.  Okay.  So let's come forward to March

13   9, 2014.  Walk me through your day that day as best

14   you can recall.

15        A.    Well, it was a Sunday, I know that,

16   because I had to take the truck to pick up the

17   trailer.  Had a Monday morning delivery.  The trailer

18   was sitting in the lot.  The truck I had taken home

19   that weekend because it was a short weekend.  I

20   didn't get home until Saturday so I had to wait my

21   time off to get back Sunday.  So it was late Sunday

22   afternoon.

23             Got on the interstate traveling south to

24   Dixie.  I get on at Rocky Face.  It's approximately a

25   20-minute drive, something like that there.  No
```



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                                    December 14, 2017

Page 29

1    problems.  Everything's running fine.  Did a pre-trip

2    on the truck, made sure everything was in operable

3    condition.

4            Come up to the Connector 3 exit and moved

5    over into the center lane because traffic started to

6    get a little heavy, a lot of trucks and trailers in

7    the right lane, making sure everybody had enough room

8    to get on and move around.

9            Since I wasn't bobtailing, I stayed back

10   from the guy that was in front of me, which happened

11   to be a little minivan.  In front of him probably a

12   couple hundred yards was another pickup truck, had

13   moving supplies in the back of it where one person

14   had moved from a house to another.

15           Just past Connector 3, maybe a half a mile

16   or so, papers and whatnot started blowing out of the

17   back of this pickup truck.  Myself, I took my foot

18   off the gas pedal, slowed down, didn't put no brake

19   on, just let the vehicle slow itself down to probably

20   50, 55 miles an hour or so.

21           Everybody else did the same.  Nobody came

22   to a stop until the gentleman in front of me --

23   realized he was a gentleman afterwards -- he came off

24   of his and hit his brakes.  Not a slowdown, I'm going

25   to just -- you know, he's through here with almost a



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 30

1    complete stop.  He was down to just barely moving.

2    In which case I laid on my brakes as hard as I could

3    and did some skidding and some sliding but, you know,

4    kept her straight and steady.  Tapped into the back

5    end of him.

6            We both slowly made our way to the

7    right-hand lane off to the shoulder of the road.  Got

8    out, checked to make sure he was all right before

9    anything else.  He said he was fine, no problems.  We

10   looked at the back of his vehicle, me and him, found

11   a couple of small dents from where we had tapped

12   bumpers.  It wasn't a very big hit.  Another foot or

13   two and I probably never would have hit him at all.

14   They were very minor.

15           He looked around.  He said he was good.

16   He said he was calling 911 to do the accident report.

17   And I said, That's fine.  I walked back to my truck,

18   got my phone, called my boss, Johnny.  Johnny Brown.

19   And he's still wandering around looking at his stuff

20   and doing whatever he's doing on his phone, I'm

21   assuming talking to the insurance company as well.

22           Shortly after that just a few minutes, the

23   Georgia State Patrol showed up.  And, you know, of

24   course, went through the whole deal with them,

25   telling them what happened, talking to them about it,



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                        December 14, 2017

Page 31

1     you know.

2              Johnny showed up.  Check on the truck.

3     Check on the driver.  Check on his vehicle.  They

4     talked for a few minutes, the other driver and the

5     policeman and Johnny, and then he come back and, you

6     know, we talked things over.  Hung out at the front

7     of the truck until the cop got done with his report

8     and told everybody they were free to go.

9         **Q.    Okay.**

10        A.    Our mechanic did show up because, of

11    course, there again, wanted to make sure -- he showed

12    up to make sure, again, it was in an accident, to

13    make sure everything was okay.  We all went back to

14    the shop.  Double-checked the truck.  Everything

15    looked good.  Hooked it to the trailer.  Did the

16    regular -- finished doing the pre-trip, if you will.

17    And then went ahead and made my run to Nashville that

18    day.

19        **Q.    You covered a lot there so I'm going to**

20    **come back and kind of dice it up a little bit.**

21        A.    All right.

22        **Q.    So as I understand it, you were on your**

23    **way to pick up a load at -- would it have been at**

24    **Dixie's yard?**

25        A.    Yes.



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                          December 14, 2017

Page 32

1     Q.    Okay.

2     A.    Yes.

3     Q.    So you are on your way to pick up a load

4     for which -- would you have taken it that night or

5     the next day?

6     A.    No, that night.  That night, I left.  It

7     had to be delivered Monday morning.

8     Q.    So where were you headed to?

9     A.    Nashville.  I don't remember exactly where

10    in Nashville but it delivered on the north side of

11    Nashville.  I just remember the general area where it

12    went.

13    Q.    So you are planning on at least at some

14    point traveling interstate that same day?

15    A.    Yes.

16    Q.    And, again, coming back to whether or not

17    the federal rules apply, you understood at this point

18    that, once you are on the road going to pick up --

19    once you are on the road going to pick up a load, all

20    of the rules that are contained in this Green Book

21    here apply?

22    A.    Yes.

23    Q.    And when I say, Green Book, so the court

24    reporter knows what I'm talking about, Green Book,

25    it's entitled Federal Motor Carrier Safety



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 33

1    Regulations Handbook.  Now, this happens to be the

2    big one.

3         A.    Yes.

4         Q.    I'm assuming you've got a small one?

5         A.    Yes.

6         Q.    But you understood this is -- this is your

7    guiding principle as far as all safety concerns from

8    that point on?

9         A.    Yes.

10        Q.    Okay.  Excellent.

11              I want to jump -- you've told me a lot

12   about that scene.  So my client, I will tell you --

13   and I'm paraphrasing.  And if I paraphrase wrong,

14   your attorney's going to jump all over me, which she

15   should do if I misstate anything.  I'm being honest.

16   I'm being sincere when I say that.  The last thing I

17   want to do is mischaracterize anything.

18              But he said that he -- like you, he said

19   he was driving along and there was a -- he referred

20   to it, I believe, as a white truck that was in front

21   of him.  Is that your recollection?

22        A.    Yes.

23        Q.    And he says that stuff started to fly out

24   of the back of it, like what you said, and the

25   stuff -- he -- I believe he said he thought that that



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley
December 14, 2017

Page 34

 1  truck was in the right lane of travel; is that

 2  correct?

 3      A.     No, sir.  It was in the center lane right

 4  in front of the van, like I say, about 100, 200 yards

 5  up.  Everything in the right-hand lane was, if you

 6  will, bumper-to-bumper semi trucks and trailers,

 7  about five of them total.  Left-hand lane was a

 8  steady stream of regular four-wheel car traffic.

 9      Q.     So then the material starts coming out,

10  and it's basically he's driving into it?

11      A.     Well, it had hit the ground by the time he

12  got to it, but yes.

13      Q.     Now, what would you describe the material

14  as?  Was it packing stuff?  Was it furniture?  I

15  mean, I don't -- I don't know that we got into that

16  yesterday.  What do you recall it being?

17      A.     Paper.

18      Q.     Just paper?

19      A.     Just paper.  Just regular notepaper, if

20  you took all of your kids' work from 5th through

21  10th grade and put it in a box and then dropped it on

22  the side of the road, paper.

23      Q.     Okay, gotcha.  Fair enough.

24              So he's coming -- what he says is he comes

25  upon this and he hits his brakes to slow down for



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                         December 14, 2017

Page 35

```
 1   this.

 2        A.    Uh-huh.

 3        Q.    And so you and he agree at this point

 4   that --

 5        A.    Yes.

 6        Q.    And you said that you took your foot off

 7   the brake in anticipation of just this -- him driving

 8   through it and him not hitting his brakes hard.  Am I

 9   accurate so far?

10        A.    I took my foot off the accelerator, yeah.

11   As soon as I seen the papers roll out, I took my foot

12   off the accelerator to slow the vehicle down,

13   realizing any normal person is going to drop their

14   speed.  We were doing about 60, maybe 65 max.  I

15   don't think it was quite that high, but I'll go with

16   that.  So I wanted to drop it down so, again, we are

17   in a safe area.

18             You run a bobtail truck, and it ain't

19   going to stop as quick and easy if you put a trailer

20   on that has no weight on the back tires.  So I wanted

21   to give myself as much space as I could just in case

22   to say if something stupid happened.  I didn't expect

23   anybody to come to a complete stop in the middle of

24   the highway, but unfortunately, that's what he did.

25             At that point when I seen his brake lights
```



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 36

1   go on and him start to nose, which means he put his

2   brakes on hard to come to a stop, that's when I

3   jammed on my brakes and, if you will, stood on my

4   brakes to get everything to stop as quick as I could.

5       **Q.     I realize all this happened probably**

6   **within a matter of seconds; right?**

7       A.    Yeah, within a minute or two.

8       **Q.     Do you have any estimate as to how fast he**

9   **was going when you guys collided?  Was he at a dead**

10  **stop?**

11      A.    Between -- I'll say no more than 10 miles

12  an hour.

13      **Q.     How far fast do you think you were going**

14  **in relation to him?  In other words, he was going 10,**

15  **you were obviously going more than him, what would**

16  **you say your speed was?**

17      A.    Well, since I just barely tapped him in a

18  couple feet, I'd have been going maybe 11, 12.  I

19  mean, I was slowing down pretty quick.  I mean, those

20  things, yeah, they'll bounce and they'll ride a

21  little bit, but they're still a vehicle and they

22  still will come to a stop.  And I wasn't going as --

23  we kept our distance all the way until he hit his

24  brakes.

25      **Q.     Have you seen pictures of his -- you were**



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                      December 14, 2017

Page 37

 1   obviously in the wreck, but have you seen pictures

 2   recently of the damage that was done to his truck?

 3        A.    Not since the day that the accident

 4   happened.

 5        Q.    Okay.  I thought I brought some.

 6   Hopefully I did.

 7             All right, but you think based on kind of

 8   -- maybe this is it.  No.

 9             Based on your recollection of things, it

10   was just really a bump?

11        A.    Yes.

12        Q.    Was there any damage done to your tractor?

13        A.    No, not really.

14        Q.    I thought I had packed these.  Give me a

15   second here.  If I didn't, it's my fault.  Oh, yeah,

16   there we go.

17             MR. HAMILTON:  Let's mark these as

18        Plaintiff's 1-A and 1-B.  The front of the

19        tractor will be 1-A and the back of the van will

20        be 1-B.  How is that?

21             (Plaintiff's Exhibit 1-A was marked for

22        identification.)

23             (Plaintiff's Exhibit 1-B was marked for

24        identification.)

25        Q.    (By Mr. Hamilton)  Mr. Daley, the court

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 38

1   has put in front of you two photographs which have

2   been identified as 1-A and 1-B.  Let me just refer

3   you to 1-A.

4          A.    Yes.

5          Q.    Do you recognize the vehicle in that

6   picture?

7          A.    Yes.

8          Q.    What is that?

9          A.    The Kenworth tractor-trailer that I was

10  driving the day of the accident.

11         Q.    And then 1-B, do you recognize that

12  vehicle?

13         A.    Yes.  That would have been the gentleman

14  that stopped in front of me, his van.

15         Q.    Now, let's stay with 1-A for a minute,

16  which is the front of the tractor you were driving.

17  And incidentally, I believe my client said that he

18  took these photographs at the scene.  Would you agree

19  with that?

20         A.    Yes.

21         Q.    Now, he says in his deposition that the

22  damage to that bumper is what was caused -- what was

23  a result -- when I say, the bumper, I'm referring to

24  1-A -- was the result of the impact of your tractor

25  to his van.  Do you agree with that?



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 39

```
 1        A.    A portion of it, yes.

 2        Q.    Which portion --

 3        A.    The front of that bumper was, you know,

 4   dented before, if you will, from sometimes how tight

 5   we have to pull into some parking lots.

 6        Q.    Sure.

 7        A.    It had a bend to it.  His bumper, yes, may

 8   have made it a little bit blacker and darker and, you

 9   know, bent it just a bit, but not the full extent

10   that it is.

11        Q.    Okay.  Well, when we're talking about the

12   full extent that it is, what I'm seeing on this

13   photograph -- and I'm going to try to describe it as

14   best I can for the record -- is that we've got the

15   license plate, and an area from the license plate

16   moving to the right of the photograph seems to be

17   bent under somewhat.  Are you saying that that

18   area --

19              Let me do this.  I'm going to mark it on

20   yours so we are talking about the same thing.  I've

21   put two marks on yours, the photograph.

22        A.    Right.

23        Q.    The area in between there, is that the

24   damage that occurred as a result of the contact

25   between your tractor and his van?
```



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 40

1    A.    Again, about half of that, yes.

2    Q.    And what about any of the other dents and

3    kind of ripples in that bumper?  Was any of that --

4    anything else on that attributed to this collision?

5    A.    No, sir.

6    Q.    Now, let's have a look at 1-B.  Now, 1-B

7    we've already -- and this was identified yesterday.

8    This was the back of my client's van.  Is that the

9    damage which you are referring to that was caused by

10   the impact between the two vehicles?

11   A.    Yes.

12   Q.    Was there any of this damage that's

13   depicted on this photograph already there before the

14   impact, to the best of your recollection?

15   A.    Not that I noticed.  You know, there

16   again, I do not pay attention to how cars look going

17   down the road unless they are really, really beat up.

18   Q.    Sure.

19   A.    But still, not to my recollection, no.

20   Q.    My point of all this is that, just like

21   you said on the front bumper of yours there was

22   preexisting damage, I want to rule out or rule in

23   that there may have been preexisting damage to his.

24   A.    Understood.

25   Q.    So as far as you know, all of what is



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 41

1    depicted in 1-B is attributed to the impact between

2    the two vehicles?

3        A.    Yes.

4        Q.    Now, you can't see it on this, and I will

5    tell you that I can't see it either, but he recalls

6    that there was a trailer hitch on the bottom of

7    underneath his bumper, which he said absorbed some of

8    the impact.  And I will tell you that I can't see it.

9    Which he said may have contributed to some of the

10   damage on the front bumper.  Does any of that -- does

11   any of that ring a bell with you?  Does that refresh

12   your recollection or anything?

13       A.    No, not really.

14       Q.    Okay.

15       A.    Again, wasn't -- wasn't paying much

16   attention to it as it was driving down the road

17   except for the fact it was a vehicle in front of me.

18   And, you know, of course, afterwards I wasn't looking

19   for accessories.  I was looking at firstly, of

20   course, was the driver okay, and second was the

21   damage, how bad it was.

22       Q.    Sure.  Okay.  And to the best -- and I

23   realize you are not an accident reconstructionist,

24   but to the best of your recollection, you think that

25   the speed differential between the two of you was



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 42

1   under 5 miles an hour?

2       A.    Yes.

3       Q.    Okay, fair enough.  Now, we had talked a

4   little bit about bobtailing a moment ago, and you

5   had -- well, you had talked a little bit about

6   bobtailing, and I want to kind of walk through this a

7   little bit so we understand what that means.

8             Bobtailing is a term that refers to

9   someone driving a commercial motor vehicle tractor

10  without something hooked to it?

11      A.    Yes.

12      Q.    Is there a better way to describe it?

13      A.    No.

14      Q.    Driving a bobtail, as I understand it, it

15  requires an added or different skill set than driving

16  it with a trailer; do you agree with that?

17      A.    Not necessarily a different skill set but

18  maybe a different mindset.

19      Q.    Even better way to describe it.  So tell

20  me what the difference in mindset would be?

21      A.    With a trailer hooked to the back of a

22  tractor, a trailer generally runs about 5- to 10,000

23  pounds.  It adds weight to the back of the tractor;

24  therefore, making the tires and the wheels adhere to

25  the road better.  During a stopping process, it



 1  actually keeps the wheels on the road and not let it

 2  bounce or skip.

 3          Without a trailer, there's no weight to

 4  hold the tires to the ground, and therefore when you

 5  lock up the brakes, it has a tendency to literally

 6  bounce on the ground.

 7      Q.    And skid along the road surface?

 8      A.    Right, as it goes, yes.  That's why you

 9  see the truck tires that have like dotted lines and

10  then all of a sudden a solid line that slowed down to

11  a point where the solid line and the tires actually

12  adhered to the ground.

13      Q.    I could not have described it better, and

14  thank you for doing that.

15          So even though it may sound somewhat

16  contradictory, it's actually easier to stop a

17  tractor-trailer when there's a trailer attached?

18      A.    Yes.

19      Q.    Even though it's going to be significantly

20  heavier?

21      A.    Yes.

22      Q.    The point of all this -- strike that.

23          The benefit of having the trailer is, just

24  like you said, it's going to exert more pressure onto

25  those braking wheels of the tractor during the period



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 44

 1   of a stop?

 2        A.    Yes.

 3        Q.    And you've described what happened here,

 4   that when you hit the brakes, you skid.  I'm

 5   assuming, like you just mentioned a moment ago, your

 6   back wheels probably hopped a little bit.  So for all

 7   intents and purposes, you didn't have the best

 8   stopping ability up to the point of the impact.

 9   Would you agree with that?

10        A.    To a point.  The speed at which you are

11   going tells you how much wheel hop you're going to

12   have.

13        Q.    Okay.

14        A.    At 70 miles an hour, you're going to have

15   probably 30 feet of wheel hop before your tires

16   adhere.  At the speed we were going, down around the

17   50-mile-an-hour zone, you're going to have maybe 5,

18   10 feet of wheel hop before the wheels adhere because

19   you are already slowing the vehicle down and you're

20   coming down to put more weight on those tires.

21        Q.    Okay.

22        A.    During normal running, it all sits up in

23   the front in the engine.  You got a 5,000-pound

24   engine sitting there nosing it down.  Once you hit

25   the brakes, it pulls everything back on the back



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 45

1    wheels.  That's why the wheel hop until they grab and

2    skid.  And once it skids, then you are slowing the

3    truck down probably three times as much.

4         Q.    Coming back to just the very basic

5    principles here, just cutting it right to the chase,

6    you would agree that it's more difficult to stop a

7    bobtail tractor than one that's hooked to a trailer;

8    would you agree with that?

9         A.    Yes.

10        Q.    And as a consequence of that, like you

11   said earlier, you've got to pay extra attention in

12   those situations simply because you have a -- I don't

13   want to say limited but you have a lesser ability to

14   stop than you would with a trailer attached; correct?

15        A.    Yes.

16        Q.    Did you understand that?  Okay.  So you

17   know going down the road that you've got to give

18   yourself extra room?

19        A.    Yes.

20        Q.    So in situations like this where a hazard

21   comes onto the roadway -- well, let me ask you this:

22   Would you agree that whatever came off of that truck

23   would be defined at least generally speaking as a

24   hazard in the roadway?

25        A.    For myself personally, no.



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                December 14, 2017

Page 46

1      Q.     What about for the normal driver?

2      A.     For the normal driver, it would have

3  called for a slowdown, drop maybe 5 or 10 miles down,

4  realize it's not threatening, and continue on.

5      Q.     Now, that's with the benefit of hindsight.

6  Now, let me draw a contrast between you and a normal

7  driver.  Tractor-trailer drivers have significantly

8  more training than passenger drivers.  You would

9  agree with that; right?

10     A.     Yes.

11     Q.     And the reason you have to undergo

12  significantly more training is because you are

13  operating equipment which, if it's fully loaded,

14  could be upwards of 20 times heavier than a passenger

15  vehicle?

16     A.     At least.

17     Q.     80,000 pounds?

18     A.     Yes.

19     Q.     So you would agree with me at least in

20  general that tractor-trailer drivers are more dialed

21  into road hazards on a daily basis than the regular

22  passenger vehicle?

23     A.     Oh, yes.

24     Q.     For the simple fact that so many more bad

25  things could happen -- talking about injury and loss



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 47

1  of property -- with a tractor-trailer than with a

2  passenger vehicle; correct?

3      A.    We are more aware of the significance of

4  having that vehicle.

5      Q.    And that's a consequence of training;

6  right?

7      A.    Pretty much, yes.

8      Q.    And when I refer to it as training, I'm

9  not talking about sitting in a classroom and watching

10 videos, but you also have on-the-road training which

11 comes by way of experience?

12     A.    Yes.

13     Q.    So when you are behind the wheel 50 hours

14 a week -- or let's just say you are behind the wheel

15 40 hours a week for 40 weeks a year, that's 1,600

16 hours.  With that kind of time comes experience,

17 knowledge, and your own kind of training as far as

18 what's the proper safe distance to have on any

19 particular given situation?

20     A.    Yes.

21     Q.    Let me just kind of just throw this right

22 out at you.  Do you accept any responsibility for

23 this wreck?

24     A.    From my side, yes, there is a part of a

25 responsibility, yes.



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 48

1      Q.    Tell me why.

2      A.    I should have anticipated more the fact

3  that he may stop; not anticipate the fact that he

4  would slow down and continue on.  There is drivers

5  out there that will come to a complete and utter stop

6  for a piece of paper in the road.  I did not

7  anticipate that.  I sat back off of his bumper

8  knowing I had a bobtail because I know what a bobtail

9  truck can do.  I was back 200 feet easy.  I know this

10  because I can judge by the trucks that were riding

11  next to me because we were all riding along.

12       But the unexpected part of them coming to

13  a complete and utter stop in the center is just so

14  far on the side that never going to happen that it's

15  minute.  It's a 2 percent chance out of 100 that

16  someone will actually stop in the center lane on

17  traffic doing 65 miles an hour.

18      Q.    Are you familiar with the term, defensive

19  driving?

20      A.    Yes.

21      Q.    Defensive driving, as I understand it --

22  and, of course, I'm just going to run through some

23  paraphrases on it -- defensive driving is a type of

24  driving that tractor-trailer drivers are trained to

25  engage in.  Would you agree with that?



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 49

 1      A.    Yes, most of them.

 2      Q.    Part of defensive driving training is to

 3   anticipate the unanticipated?

 4      A.    Yes.

 5      Q.    And to anticipate situations just like

 6   this?

 7      A.    Yes.

 8      Q.    And it's to kind of drive ahead of your

 9   eyes 10, 15 seconds, you know --

10      A.    Yeah.

11      Q.    You got to let me finish because otherwise

12   -- you're perfectly fine.  Just let me finish my

13   sentence so the court reporter can do it.

14      A.    Yeah.

15      Q.    But it also talks about driving ahead of

16   your eyes 10 or 15 seconds to anticipate and always

17   have a plan ahead of you in case something would

18   happen.  Correct?

19      A.    Yes.

20      Q.    Have you ever been trained in the Smith

21   System of driving?

22      A.    No.

23      Q.    Okay.  Well, I will tell you in general

24   terms the Smith System is a defensive driving course

25   which talks about driving beyond your eyes, having a

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                                    December 14, 2017

Page 50

1    plan, leaving yourself an out, in the event of

2    situations like this.

3         A.    Right.

4         Q.    But do you agree with the basic methods

5    that I have talked about as far as what's required of

6    you as a defensive driver?

7         A.    Yes.

8         Q.    Have I left anything out?  Is there

9    anything else about defensive driving that you would

10   like to add to that list that I haven't said?

11        A.    There's only one.

12        Q.    Which is?

13        A.    In some instances this is going to happen

14   because there is no way out.

15        Q.    Okay.

16        A.    When you are in this instance -- and I'll

17   use it as a prime example --

18        Q.    Sure.

19        A.    -- because it's perfect.  You are riding

20   60, 65 miles an hour down the interstate in the

21   center lane, and there ain't nothing but a set of

22   traffic to your right with no escape and a set of

23   traffic to your left with no escape and drivers

24   behind you with no escape, no matter how much you try

25   to stop that vehicle, it's got to go somewhere.  It



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 51

```
 1   can't go to the left [sic] because then you're into
 2   three tractor-trailers and you're causing a major,
 3   major accident.  And you can't go to the left because
 4   then you're taking a big truck into a line of cars,
 5   and then you are causing death and dismemberment.
 6   And you can't come to a complete and utter stop in a
 7   bobtail truck and have the cars run up your back
 8   because then you are causing a major accident.
 9             In this case, you slow down to an
10   appropriate speed, you do the best you can with
11   minimal damage and no loss of life or injury.  And to
12   me, that comes out as a win because that is a winning
13   situation because nobody's hurt, nothing is
14   destroyed.  There is some minor damage, yes.  But in
15   the end, everybody lives and walks away from it.  And
16   when you drive a truck, that's what you look for.
17   You are looking that if you have to have an accident,
18   you do it to a point that nobody gets hurt.
19             I drove this way since before I drove a
20   truck.  I taught my children and my wife to drive
21   interstate that every second you drive down a highway
22   on a clear day and there ain't nobody around, go the
23   what-if program and say, what if this happened, what
24   would you do?
25             And nine times out of ten, I will take
```



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                                    December 14, 2017

Page 52

1    that truck and even my personal vehicle and I'll put

2    it in the ditch and I'll put it in the trees to keep

3    from hitting and hurting anybody, especially my truck

4    because it does some massive damage.

5            So to be able to do this and have a

6    minimal, very minimum amount of damage to a vehicle,

7    which I have seen worse, and the man walk away with

8    no problems, and not tie up traffic, and not have no

9    major accident, and not have no injuries, then that's

10   a win for me.

11       Q.    Okay.

12       A.    And that's a great defensive driving

13   course, and they'll tell you every time that's what

14   you come up with.  There's going to be the 1 or 2

15   percent in every course that this is going to happen.

16       **Q.    Well, I appreciate you telling me that,**

17   **and I do.  It seems like you do follow that like you**

18   **did in this case.  But, again, just to be fair, you**

19   **do accept some responsibility for this impact?**

20       A.    I have to.  I was the one that was driving

21   the truck.

22       **Q.    Fair enough.**

23       A.    But at the same time, this gentleman

24   stopped on the road in the middle of traffic and

25   wants to go, It wasn't my fault that I stopped.  And



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 53

 1    that's not fair.

 2        Q.   So to be fair, in your words, you

 3    attribute some of the fault back to him?

 4        A.   Yes.

 5        Q.   Well, thank you.  And I appreciate your

 6    honesty on that.  I really do.  I sincerely mean

 7    that.

 8            We've covered a lot of things here which,

 9    you know, I wasn't sure we would cover them.  So we

10    are doing really well.  Did you happen to go to the

11    Magistrate Court case for this matter?

12        A.   I was never ticketed for this.

13        Q.   I'm sorry?

14        A.   I was never ticketed.

15        Q.   No, no, no, not ticketed.  There was a

16    lawsuit filed by my client related to the property

17    damage.  Did you attend that?

18        A.   No, sir.

19        Q.   Let me just show you something here real

20    quick and see if you recognize this.

21            MR. HAMILTON:  We'll just call this

22        Plaintiff's 2.

23            (Plaintiff's Exhibit 2 was marked for

24        identification.)

25        Q.   (By Mr. Hamilton)  Mr. Daley, I put before



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 54

1   you what has been marked by the court reporter as

2   Plaintiff's Exhibit 2, which let me just generally

3   describe it for you.  This is a document that was

4   produced by your attorneys in the course of

5   discovery.  Now, you don't need to know what

6   discovery is, but this document basically was

7   produced by Dixie to me as some of the documents that

8   I had requested.  And it's dated August 18, 2004.

9   And it appears to be a response to the lawsuit that

10  my client had filed in Magistrate Court.

11          Now, had you -- have you ever seen this

12  document before?

13      A.    No, sir.

14      Q.    So is it fair to say you know nothing

15  about the contents of this document?

16      A.    Yes, sir.

17      Q.    Let me just run some -- read some things

18  in there.  Let's just go down to the third paragraph,

19  which begins, It is believed.  See where I

20  highlighted that?

21      A.    Yes.

22      Q.    Let me just read that real quick.

23          It is believed by Dixie Transport that

24  this was an intentional stop in front of a truck

25  traveling 70 miles per hour to collect insurance



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 55

 1    money.

 2              Do you agree with that statement?

 3       A.    I mean, it wouldn't be out of the

 4    question.

 5       Q.    What's your opinion?  Do you think that my

 6    client intentionally stopped in front of you in order

 7    to collect insurance money?

 8       A.    I don't know if it was a pre-thought, but

 9    it may have happened as it was there.  It was an

10    opportunity.

11       Q.    It says, Not only from the insurance

12    company, also from Dixie Transport due to Dixie

13    Transport was contact by a -- by a seen-on-TV lawyer

14    Montlick & Associates and for some reason this lawyer

15    dropped the case.

16              My reading of this is that, at least

17    whoever wrote this -- and I'm not sure who the author

18    of it was -- is that this whole lawsuit by my client

19    is a fraud and that he's doing it strictly for

20    insurance money.

21              Do you, sitting here today, in light of

22    what you told me about how this wreck occurred, do

23    you believe that?

24       A.    At this point in time, I believe he saw an

25    opportunity and is taking it.



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley
December 14, 2017

Page 56

1    Q.    Okay.  So what do you have to support

2    that?  You mentioned here a moment ago that there was

3    something that came out of the car, the truck in

4    front of him, which he slowed on.  Because this is

5    something that's obviously going to be put before the

6    jury, and I need to know what the support of that is.

7    A.    Just a personal belief, if you will.  I

8    see a gentleman, especially at the reading of this

9    here, that the insurance company has paid him for the

10   vehicle, with no injuries to himself or anyone else,

11   the vehicle's been taken care of, and yet he still

12   wants to sue not only Dixie Transport but, as of now,

13   myself.  That means he's looking for something more.

14         I have a belief -- it's a personal

15   belief -- that if it was a personal vehicle, it would

16   have been settled through the insurance company and

17   dropped.  But since it's a trucking company, he sees

18   he has a chance to get some big money out of a

19   trucking company since they make more and so forth.

20   Q.    The woman to your left -- and I don't want

21   to know any conversations that have been had between

22   you and the woman to your left because she's your

23   attorney.  But has anybody from Grange Insurance said

24   that they are not going to cover you for this claim?

25   A.    No.  Up until today, I've never met the



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 57

 1  young lady to my left, my lawyer.  The couple of

 2  conversations I had were of this deposition and what

 3  time to show up.

 4      Q.    Don't tell me --

 5      A.    I'm just saying.

 6      Q.    -- any conversations you've had with her.

 7      A.    I'm just saying, that's it.  We have never

 8  discussed anything.  In the three years since the

 9  accident, I've never been approached by anyone from

10  their side or my side.  The few letters that I have

11  received from court letters have gone to Johnny or

12  Jimmy at Dixie and been, I will assume, shipped out

13  to Grange.  I'm not positive.  I don't know.

14      Q.    I think one of the concerns that you are

15  voicing here is that somehow some way, you are on the

16  hook personally for what my client may be suing for.

17  And the only thing that would jump out at me about

18  that is that if somebody told you that Grange was not

19  going to insure you for this.

20      A.    No, the only thing that got me as a

21  personal is a letter that came that said that he was

22  suing me personally.  That's the one that got me.

23  Who my lawyer is and who my lawyer ain't doesn't make

24  a difference.  He came after me.  He's done went

25  through, as far as I know personally my knowledge,



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 58

1   went through Grange or the insurance company and they

2   paid him off, and I've got verification of that right

3   here.

4            They tried to sue Johnny and Jimmy, Dixie,

5   Transport, because I've talked to them and they said

6   that it didn't pan out.  Again, we found that out

7   because it's written here.  Now he's down to the

8   driver of the truck.  So that tells me that the man's

9   looking for something from somebody somewhere along

10  the line besides the payout of $4,657.

11       Q.    Has anybody explained to you who the

12  parties are in this lawsuit?

13       A.    No.  I don't know.  All I know is the

14  gentleman, Mr. Mitchell, was driving the truck.

15       Q.    And your attorney can explain this to you,

16  and I'm not here to really educate you, and I don't

17  mean that sarcastically.  But there's a process by

18  which attorneys file lawsuits and who has to be

19  joined.  The parties to this suit are you, Dixie, and

20  your insurance company.  Is this the first time you

21  are hearing that?

22       A.    I mean, it's pretty -- I mean, if you

23  will, to say, yeah, it's understandable.

24       Q.    Are you aware that he's not seeking

25  property damage in this lawsuit?



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 59

1      A.    Again, I've never been involved in the

2 case.

3      **Q.    I will tell you that the claim here is for**

4 **personal injury.  Which, again, let me just ask you,**

5 **do you have any reason to believe that any of the**

6 **personal injuries that he has alleged, he's lying**

7 **about?**

8      A.    I would have to say, since the man told me

9 myself and a Georgia State trooper and Johnny Brown

10 from Dixie, that he was fine with no medical

11 conditions and no problems and did not need an

12 ambulance and did not go to the hospital, I'd have to

13 say they are all made up.

14     **Q.    Okay.**

15     A.    But that's, again, a personal opinion

16 because I don't know him and I don't know what's

17 going on.  But when you get in an accident and you

18 step out of the accident and go, I ain't got nothing,

19 I don't need to go to the hospital, I'm fine, and

20 then turn around three years later and say, I've got

21 medical problems, then it tells me, again,

22 something's fishy going on here.  Again, personal.

23          Six months after this happened, I got

24 T-boned, got hit in the side.  My wife went to the

25 hospital.  She did her stuff, the insurance company



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley
December 14, 2017

Page 60

```
 1  paid, we walked away and done with it.  She didn't
 2  come back six months later after that and go, Oh, you
 3  know, I'm still sick, I need to go back to the
 4  insurance company and sue them for this.  She was
 5  checked out; she was fine.  My sons and my kids were
 6  in that car.  Every one of them said they were fine.
 7  They don't now three years later go, I think I've got
 8  a problem, I got to go back and sue this insurance
 9  company.
10      Q.    Is that your opinion as far as what you
11  think is going on here?
12      A.    It's what I see going on.  The man said, I
13  have no problems, on the day of the accident, and now
14  he has problems.
15      Q.    Have you seen any of the medical records
16  in this case?
17      A.    No, sir.  Again, I'm going by what I know.
18  He said -- the first thing I asked him, Are you okay?
19  Do you need an ambulance?
20            No, sir, I'm fine.  No problem.
21            Are you sure?
22            Yes.
23            And the Georgia State Patrolman, while I
24  was standing there, asked him the same exact
25  questions:  Do you need an ambulance?  Is there
```



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 61

1  anything wrong?  Do you want to go to the hospital?

2          No, I am fine.

3          At that point anything before or after

4  that don't matter because anything before that's a

5  preexisting condition; anything after that, he's

6  trying to put on the insurance.  Because if he had a

7  problem -- and anybody in their right mind, you get

8  in an accident, the first thing you are going to do

9  is go, Oh, my God, my back hurts, whether it does or

10  not, because the insurance company's going to pay for

11  it.  This guy goes, No.

12      **Q.    Did you talk to anybody at Dixie as far as**

13  **the drafting of plaintiff's exhibits here?**

14      A.    No.  Again, once again, as to all of this,

15  I've never discussed it, seen it, talked to anybody

16  about it except to go, What do I do with this letter

17  from the court saying this man's suing me?

18          And it was, Drop it on the desk; we'll let

19  the insurance company know.

20          And at which point I turned around and

21  walked off because I was told I didn't have to worry

22  about it.

23      **Q.    Is it fair to say that you think that he's**

24  **lying about all this?**

25      A.    Yes.

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 62

1     Q.    Okay.

2     A.    I mean, did the accident happen?  Yes.

3 Does his vehicle need to be repaired?  Yes.  Was it?

4 According to this piece of paper right here, yes.  He

5 was compensated very nicely, no less.  Because the

6 van I had was newer than that and I didn't get half

7 that much money.  So he got compensated very nicely.

8 Is he looking for something more because it's a truck

9 company?  Yes.

10    Q.    On the day of your wreck, I understood

11 that there was a level 2 inspection done of the

12 tractor.  Is that your recollection?

13    A.    Yes.

14    Q.    Now --

15    A.    Excuse me.

16    Q.    You all right?  You need a break?

17    A.    Oh, no, I just had a burp there for a

18 minute.

19          MR. HAMILTON:  If you could mark that as

20    Plaintiff's 3.

21          (Plaintiff's Exhibit 3 was marked for

22    identification.)

23    Q.    (By Mr. Hamilton)  Mr. Daley, I put in

24 front of you what has been marked this day as

25 Plaintiff's Exhibit 3, which generally speaking is

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 63

1    identified as a Driver Vehicle Examination Report

2    dated March 9, 2014, prepared by the Georgia

3    Department of Public Safety Motor Carrier Compliance

4    Division.  Do you see that?

5        A.    Yes.

6        Q.    Do you recognize this document?

7        A.    Not right off.

8        Q.    Let's look at the very bottom of the page.

9    About in the middle, there appears to be a signature

10   next to your name.  Is that your signature?

11       A.    No.  That one looks like Johnny Brown's

12   signature.

13       Q.    But -- did he have permission to sign your

14   name to it?

15       A.    In that instance and where it is, yes.

16       Q.    So would you agree that --

17             MS. ADAMS:  Wait a minute.  Where are you

18       talking about on this document?

19             MR. HAMILTON:  Very bottom of the page.

20             MS. ADAMS:  Oh, I thought you said halfway

21       down the page.

22             THE WITNESS:  Yeah, okay, sorry.  Yeah,

23       halfway down is Johnny's.  On the very bottom is

24       received copy by, yes, me.

25       Q.    (By Mr. Hamilton)  Okay.  Well, let me



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 64

1    start that over again.  Perhaps I confused everybody,

2    and I apologize for that.  So let me start from the

3    beginning.

4             At the very bottom of the page midway --

5    in the middle of the page at the bottom, is what I

6    really had hoped to say clearly, has -- it says, Copy

7    received by Felix Daley.  And there's a signature

8    next to that.

9         A.    Yes.

10        Q.    Is that your signature?

11        A.    Yes.

12        Q.    So is it fair to say that you received a

13   copy of this inspection?

14        A.    Yes.

15        Q.    And I think where the confusion lies was

16   where I thought you guys were thinking that I was

17   referring to is about a third of the way up from your

18   signature, which is signature of the motor carrier,

19   and that apparently is Jimmy Brown's signature?

20        A.    Yes.

21        Q.    I just want to make sure that your

22   signature was the one at the very bottom, and you've

23   confirmed that; correct?

24        A.    Yes.

25        Q.    So when we get up to the violations, what



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 65

 1    is your understanding of the violations that you were

 2    cited for?

 3         A.    The two violations are, one, my logbook

 4    was out of time because I did not time into my

 5    logbook when I left the house.  I noted it but did

 6    not sign it.  And the other is a tire depth.  It's

 7    down to 2/32, which runs borderline of needing to be

 8    replaced, looked at, taken care of.  Not necessarily

 9    illegal but something that should be checked out.

10         Q.    Okay.  And would that document -- would

11    your pre-trip inspection or your post-trip

12    inspection, depending on which one we use here, would

13    that have been -- would that tread depth have been

14    identified on that document when you prepared it?

15         A.    It wouldn't have been in a pre-trip.  It

16    would have been in a maintenance note generally on

17    the back of the logbook.

18         Q.    You say you were not issued any citations

19    this day?

20         A.    No, sir.  This is all I received from the

21    gentleman, the state trooper.

22              MR. HAMILTON:  All right.  Give me a

23         second here.

24              (Off the record.)

25              MR. HAMILTON:  I don't have a copy of



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 66

1       this, Beverly, which is the wreck report, so you

2       guys are going to have to share it.  Is that

3       okay?

4               MS. ADAMS:  I have my copy of it.

5               MR. HAMILTON:  Do you?  Okay.

6               Could you mark this as Plaintiff's 4 for

7       me, please.

8               (Plaintiff's Exhibit 4 was marked for

9       identification.)

10      Q.   (By Mr. Hamilton)  Mr. Daley, that I put

11   in front of you, I will represent to you is a copy of

12   the wreck report for this incident.  Before today,

13   have you ever seen a copy of it?

14      A.    I do believe I got a copy at the time, but

15   I'm not positive.  There again, it would have been

16   turned in to Dixie to go along with their paperwork.

17      Q.    On that document -- and if you don't mind

18   me kind of reaching over your shoulder.  I apologize

19   for that because it's kind of rude.  But on the first

20   page of it -- hang on.  Let me make sure I got it

21   right.  Maybe it's on the second page.

22              On the second page of that document

23   three-quarters of the way down, it says -- it

24   references two citations, one for an expired tag and

25   another one for a warning for faulty equipment.  Do

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley
December 14, 2017

Page 67

1    you see those?

2         A.    Yes.

3         Q.    Does that refresh your recollection as to

4    whether or not there were any citations issued or --

5         A.    No, both of those would have been

6    warnings, and that would have coincided with the

7    driver inspection report that you gave me as Exhibit

8    3.  That's the one tire that they are talking about

9    is the 2/32 tire is a faulty tire.

10        Q.    What about the expired tag?

11        A.    Just like any other normal vehicle, it's a

12   sticker not placed on the tag.  That was my

13   understanding of it at that time.  That was rectified

14   I believe the same day.

15        Q.    But the expired -- I have a summons

16   here -- which, again, I don't think you have a copy

17   of -- which deals with the expired tag.  It's not a

18   particularly big matter.  Let me just -- without

19   marking it, let me put it in front of you here.  And

20   just tell me if you received a copy of that?

21        A.    No.

22        Q.    You think that would have gone to

23   Mr. Brown, one of the Brown guys?

24        A.    Yes, because it was, of course, vehicle

25   related.  So even if they had given me a copy of



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 68

1    this, it still would have been turned over to Johnny

2    Brown, and he would have still put the sticker on the

3    tag to make sure it was right.

4        Q.    Okay, great.  Thank you.  I'm not going to

5    mark that.  I just wanted to get that out of the way.

6              All right.  Now, let me give you that.

7              MR. HAMILTON:  We'll mark this as

8        Plaintiff's 5, please.

9              (Plaintiff's Exhibit 5 was marked for

10       identification.)

11       Q.    (By Mr. Hamilton)  Mr. Daley, the court

12   reporter has marked for you and put in front of you

13   what's marked as Plaintiff's Exhibit 5, which is a

14   document that I'll represent to you is a document

15   that I received from your attorneys concerning

16   inspections that were done to your tractor.  And this

17   is a driver Vehicle Examination Report dated June

18   11th, 2014, and it is a level 1 full inspection.

19             Now, can you tell me if you have ever seen

20   this document before today?

21       A.    Yes.

22       Q.    Now, we talked earlier about what a level

23   1 inspection is.  And, again, that's the kind of

24   drilled-down detailed inspection that the Georgia

25   Department of Public Safety would conduct on both the

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                                December 14, 2017

Page 69

1    driver and his equipment.  Do we agree on that?

2        A.    Yeah.

3        Q.    Okay.  And this inspection, again, is

4    dated roughly three months after this wreck; correct?

5        A.    Yes.

6        Q.    And it is for -- and if you need to kind

7    of cross-reference it, it's -- the inspection

8    includes an inspection of the same tractor you were

9    driving on the day of the wreck; correct?

10       A.    Yes.

11       Q.    All right.  So when we walk through this

12   inspection that occurred on June 11th, 2014, can you

13   tell me, number one, what prompted this?  Were you

14   pulled over?  Was there an accident?  What prompted

15   DOT to conduct this inspection; do you remember?

16       A.    This here was just a roadside stop.  They

17   stopped every tractor or truck that was going through

18   the intersection.

19       Q.    So it just happened to be one of those

20   areas where they just were pulling guys over and

21   performing level 1s?

22       A.    Oh, yeah.

23       Q.    Okay.

24       A.    That's not unheard of.

25       Q.    And the reason why I ask, I just want to

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 70

 1    make sure this wasn't -- there wasn't a wreck

 2    associated with this that I'm unaware of.

 3              Okay.  So when we look through the

 4    violations on this, which is on the second page,

 5    these are things that the Georgia DOT found to have

 6    been in violation of the federal safety regulations.

 7    Do you agree with that?

 8        A.    Yeah.

 9        Q.    Just on the second page when we are

10    talking about the box that is titled, Violations, do

11    you see that?

12        A.    (No response.)

13        Q.    Just to help you, where it says,

14    Violations (indicating), this is the box I'm

15    referring to.

16        A.    Okay.

17        Q.    The violation code, which is one of those

18    columns, that refers to the section of the Federal

19    Motor Carrier Safety Regulations that they found to

20    have been out of compliance; correct?

21        A.    Yes.

22        Q.    And moving over from that, they refer

23    to -- they have a section which is a subsection of

24    the violation code, and then they have the unit and

25    then OOS.  Do you know what OOS stands for on the



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 71

1   very top?

2        A.    No, not right off.

3        Q.    I will tell you that I believe it means

4   out of service.

5        A.    Yes, okay.

6        Q.    And then if we follow that column down,

7   OOS going down, it's either an N or a Y, which means

8   it's either an out of service violation, which would

9   be a Y --

10       A.    Yes.

11       Q.    -- which would be yes, or an N, that it's

12  not; correct?

13       A.    Correct.

14       Q.    So now, on this day, they -- let me just

15  kind of read the violation description.  They found

16  that you were not wearing your seatbelt that day;

17  correct?

18       A.    Yes.

19       Q.    And the next one is that your record of

20  duty status wasn't current, which basically means

21  your logbooks hadn't been current; correct?

22       A.    Yes.

23       Q.    Then the next one is inoperable required

24  lamp, that was happened to be a high beam light and a

25  front amber light that was inoperative; is that



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 72

 1   correct?

 2        A.    Yes.

 3        Q.    Now, the next one is in bold and it says,

 4   Brakes out of service.  It says, Defective brakes is

 5   equal to or greater than 20 percent.  Front left

 6   brake has fluid on it and no brake chamber on the

 7   right front drive.  And that's an out of service

 8   violation.

 9              Do you know what that -- can you tell me

10   in greater detail what that means?

11        A.    I can, but I would have to label up

12   everything else that's wrong with the tractor.

13   Everything that you have got from the power steering

14   to the inoperative brake lights and so forth or

15   brakes is all due to a power steering line that blew.

16   When the power steering line blew, it sits on the

17   left side of the engine right over top of the brake

18   pod.  Saturates the entire left -- therefore, it

19   basically just spews out power steering fluid all

20   over that hub, is what it did.

21              It wasn't an ongoing never-had-it deal.

22   It was between the time I left the shop and the time

23   he stopped me that that power steering line ruptured,

24   causing every bit of problems on the tractor short of

25   the seatbelt use and the one headlight out.



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 73

1        Q.     And that's the kind of thing that you say

2    would have occurred that day in between the time you

3    left the shop and the time you got pulled over?

4        A.     Yes.

5        Q.     Did you happen to know that that occurred

6    in between that period of time?

7        A.     No, not generally.  Most times if a power

8    steering line blew, you are very rare to know it

9    because, there again, just like your car -- or unlike

10   your car, that truck will run with manual steering.

11   And the only time you'll notice it is when you come

12   to a dead stop and you try to turn the steering wheel

13   and it's really hard.  Otherwise, it will steer

14   normal.  That's the way they are built and designed,

15   so that even if the power steering goes out, you

16   still have control of that vehicle.

17       Q.     Let's move down here a little bit more.

18   You've just explained that the next one or next one

19   of them is, Steering system components worn, welded,

20   or missing.  Pitman arm worn from left front tire

21   rubbing it.

22             Now, is that something that you attribute

23   to the power steering line being blown out?

24       A.     No, that's normal.  Believe it or not,

25   it's normal wear and tear.  Pitman arm runs across



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 74

1  the front of the tire vertically from front to back

2  of the truck.  When the tire swings in too far, the

3  tire will actually just rub on the edge of it.  It

4  don't hurt it.  It's a two and a half inch bar of

5  steel.  The only thing it does is cut the paint off

6  from it that makes it look nice and shiny.

7          It doesn't affect how far it goes left or

8  right, whether it will steer straight, whether it

9  will fall off, break off, or anything else.  It just

10 says when you pull it all the way to the right too

11 far, it rubs up against that bar.  It's the same as

12 when you pull your power steering in your car too far

13 right and you get that high-pitched whine, same exact

14 thing's happening.

15      Q.    Gotcha.  Let's skip down a little bit more

16 to where it has the next out of service, which is

17 brake tubing and hose adequacy.  See that?  It's the

18 next highlighted one.

19      A.    That would be on your trailer, not on the

20 tractor.

21      Q.    Let me just read it.  It says, Connections

22 to power unit red air line from the commercial motor

23 vehicle has rubber hose clamps instead of compressed

24 fittings.

25          Now, you said that's on the trailer?



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 75

 1       A.    Yes.  Everything below that is all dealing

 2   with the trailer.  The hubs which had, according to

 3   this, had a leaky hub seal, that's on the trailer.

 4   The brake tubing and hosing, same thing, on the

 5   trailer.  Tires, on the trailer.  And --

 6       Q.    **And the defective brakes?**

 7       A.    One adjuster was out.  That's all on the

 8   trailer.

 9       Q.    **Now, whose trailer was this that --**

10       A.    At the present time, I don't remember.

11       Q.    **Let me ask you this:  If you were hauling**

12   **that day, wouldn't this trailer have been part of**

13   **your inspection process?**

14       A.    Yes.  And, of course, there again, if you

15   are going through the inspection process, it's a

16   walk-around.  Does it have tires?  Do the lights

17   work?  Until you get to do your post or your in-depth

18   inspection, which, of course, all this stuff wrong

19   with it, I never got around to doing that.

20       Q.    **Okay.**

21       A.    Depending, again, your in-depth inspection

22   is driver oriented unless the company specifies X

23   time, you do it.  Most drivers will do it at the end

24   of the day.  That way they can park their truck, do

25   their nighttime routine, have their sleep, get their

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 76

 1   10 hours.

 2            When they climb into the truck, it's just

 3   a walk-around to make sure everything is still

 4   working and then go ahead and start driving, instead

 5   of having to spend, you know, their time crawling

 6   around underneath of it at 4:00 o'clock in the

 7   morning before they drive their truck.

 8        Q.   Sure.

 9        A.   So this being a daytime deal, I'd have

10   done the walk-around, made sure I had my lights.  No,

11   I don't necessarily have to have high beams during

12   the daytime, so as long as the low beams worked, it

13   was good.  Made sure the lights were on, marker

14   lights were on, tires had air in them, nothing

15   leaking on the ground, so forth, so on.

16            So all of this would have came out -- the

17   power steering would have came out on the tractor as

18   soon as I stopped.

19        Q.   Sure.

20        A.   Which would have been, if I'm half

21   remembering this right, within about 20 miles of this

22   stop.  The brakes, same thing, would have happened

23   that evening.

24        Q.   You're talking about the brakes on the

25   tractor?



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 77

1      A.    Either one.  Either one, tractor and

2    trailer.  Brakes get adjusted on the trailer every

3    time I pull a load.  Every load is different, whether

4    it's light or whether it's heavy.  So therefore,

5    doing the long-haul, I adjust my brakes every time.

6              Some drivers only adjust their brakes once

7    a week.  You don't have to.  There's no law, no

8    regulation that says adjust them each time, adjust

9    them once a week, once a month.  Again, that is left

10   up to your driver and your maintenance department.

11   Personally, I do them every time.

12             During this stint of our -- my job here,

13   we were hauling back and forth to Nashville.  Going

14   back and forth to Nashville, you run up and down

15   Monteagle up in Tennessee.  If I'm going up and down

16   Monteagle, I want brakes.  So I adjust each time in

17   and out of Nashville.  It didn't matter whether I was

18   hauling 80,000 pounds of water or 10,000 pounds of

19   padding.  It didn't matter.  I wanted the brakes on

20   truck and trailer.

21             So, again, any brake issues would have

22   been discovered before that thing left the plant to

23   take a trip up the road.

24        **Q.    How do you account for all these**

25   **violations?  Are these things that you should have --**



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 78

1      A.    Again, 90 percent of what's on here is one

2   brake -- or one power steering line.

3      **Q.    I'm talking about the trailer.  Stay with**

4   **the trailer.**

5      A.    The trailer is one -- one wheel, one axle.

6      **Q.    Let me just make sure I understood that.**

7      A.    Yeah, you had -- what -- again, it's

8   subjective, and you got to understand what you are

9   looking at.  If you're not used to looking at

10   tractors and trailers and dealing with them, it's a

11   lot of subjectives.  When they do a level 1, they are

12   going to pick everything.

13           A hub oiler that they have leaking in

14   grease is not literally a puddle of grease sitting

15   there on that hub oiler.  Hub oiler greases the axle,

16   makes the axle and the tires go round and round.

17           In this case, there was enough to soak

18   through the rubber tubing and make the outside of the

19   rubber wet.  Not a leak, but wet.  In which case it

20   would be replaced.  Not with anything expensive but

21   generally with a 97-cent rubber plug.  Generally most

22   truck drivers keep one in the truck so when they see

23   one, they trade it out.  Generally gets picked up in

24   your in-depth inspection.

25      **Q.    Let's look at the second to last one here.**



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 79

1    It says, Tire other --

2         A.    The tire tread depth --

3         Q.    Hang on.  Tire other, tread depth less

4    than 2/32 of an inch, left front inside trailer tire

5    and left rear outside trailer tire.  No tread all the

6    way across the tire.

7         A.    Right.  Again --

8         Q.    Look, let's just cut right to it.  You

9    can't tell me that that's not the kind of thing that

10   you would not have discovered on a walk-around.

11        A.    I want to help you out once again and then

12   teach you a little something.  You go out in your car

13   and you pull the tread depth and check your steer

14   tire, inside to outside, assuming you have a perfect

15   alignment, you are going to have the same tread depth

16   from left to right.

17             Tractor-trailer never runs that way.  The

18   outside always wear before the inside.  Normally

19   about once a month, if you are lucky, you'll flip

20   your tire, put it back on, and get even wear.  That's

21   on a tractor.  On a trailer, you put whatever tire

22   you can find on that thing, in good shape with tread

23   depth on it.  Okay?

24             So now, the tire that they are talking

25   about here, I know that tire because I put that tire



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 80

1   on.  That tire had about 16/32 on it, which means it

2   had tread depth of about a half inch or so.  Problem

3   is it came off the drive of an old truck.  That truck

4   was outweighted on the rims.  It caused flat spots to

5   be in that tire.

6           So you go for 90 percent around that tire

7   and it perfectly has 16/32 all the way around it.

8   But for a 3-inch swath, it is completely bare.  It

9   still rides on that trailer perfectly fine.  It is

10  perfectly able to hold air and be stable.

11          When the State does an in-depth, they

12  don't look at the 16/32 part of the tire, they look

13  at the part that's bald, and that's what they pick,

14  and that's why they say change it.

15      Q.    Let's just look at this from a common

16  sense perspective.  You've got a 3-inch swath of

17  baldness on a tire.

18      A.    Yes.

19      Q.    Just -- I mean, just from basic common

20  sense.  Forget about what the regs say.  They are

21  obviously tagging you on the regs saying it doesn't

22  comply with the regs.  But wouldn't you agree with

23  me --

24      A.    No.

25      Q.    -- just basic common sense --



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                          December 14, 2017

Page 81

 1     A.    No.

 2     Q.    **Hang on.**

 3           **-- that that's not a safe tire?**

 4     A.    No.  Because you take the circumference of

 5     a 22 low-profile tire and you stand it up straight,

 6     it's 7 and a half feet.  So out of 7 and a half feet,

 7     you have two and a half inches that is bald.  That

 8     means 6 feet and 10 inches is still hitting that

 9     roadway, not 2 inches, 6 feet is hitting the road,

10     number one.

11           Number two, as opposed to this case, this

12     trailer is not even involved.

13     Q.    **No, no, no, I'm just --**

14     A.    So it don't make a difference.

15     Q.    **I'm just asking you about inspection**

16     **methods.  Isn't this the kind of thing --**

17     A.    No, because that tire was pulled off a

18     tractor and put on a trailer.

19     Q.    **Hang on.  Let me finish --**

20     A.    So the tractor that I had with 2/32 of

21     tread on it would have been pulled off and put on a

22     trailer, not ran on a tractor; therefore, the tractor

23     would have still operated proficiently and within

24     regulation.

25     Q.    **I'm not talking about that.  This is a**

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 82

 1    different topic entirely.  The topic here is, is this
 2    the kind of thing that you think in retrospect that
 3    you should have identified as potentially violating
 4    the rules when you did your inspection?
 5         A.    Not necessarily.  Again, this is a number
 6    1.  The amount of time a truck driver and a truck and
 7    trailer will spend on a number 1 inspection is once
 8    every four months.  That means for the other nine
 9    months out of the year, that driver's doing
10    everything there is.  You are picking one day, one
11    day that I found one tire and one power steering
12    line.
13              It does not say anything at all about
14    every other day for two and a half years that there's
15    nothing wrong with it.  That every day, that
16    inspection's done with no problems found.  You picked
17    the one day that it gets picked up from point A and
18    before it can get to point B and be checked out,
19    something that happened en route.
20              En route you can't see.  You can't see
21    underneath that hood to know what's going on.  If it
22    dropped an oil filter, I'd know about it.  If the
23    water pressure dropped, I'd know about it.  If the
24    brakes failed or an air line, I would know about it.
25    Because every one of those, whether I look at them



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 83

1   in-depth or not, has a warning system.

2       Q.    What about the power steering fluid?

3   There's no warning --

4       A.    There is no warning --

5       Q.    Is there not a warning light inside the

6   tractor for low power steering fluid?

7       A.    No, because you do not need power steering

8   to drive a truck.

9       Q.    But the question is different.  Is there a

10  warning light inside that tractor for low power

11  steering fluid?

12      A.    No.

13      Q.    Okay.  Oh, you had mentioned -- and I get

14  your point on this -- that every other day that you

15  had performed these in-depth dailies or whether you

16  did it in the morning or did it at night, the

17  in-depth ones.  You would have recorded all those on

18  the back of your timesheets; correct?

19      A.    On the back of the logbook.

20      Q.    I'm sorry.  Back of the logbook.

21      A.    Yes.

22      Q.    And then, correct me again, that

23  information would then be given to who?

24      A.    Been given to Jimmy or Johnny, depending,

25  at the office, and then they would give it to our



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 84

1  maintenance guy and he would schedule up what needed

2  to be taken care of, if anything needed to be taken

3  care of.

4          Depending, again, drivers and companies, I

5  would have taken care of some of it myself if it's a

6  simple fix.  If it's a headlight, I can pull a

7  screwdriver and change a headlight.  You know, if I'm

8  replacing an injector, then that would go to

9  maintenance.

10     Q.    Had you ever done anything like that on

11  this tractor that you were driving for these guys?

12     A.    Any of what?

13     Q.    That's a bad question.

14          Had you ever done any of this kind of

15  self-maintenance on the smaller things on this

16  tractor?

17     A.    Oh, yes, every truck driver does.  Every

18  truck driver has replaced a headlight, a marker

19  light, adjusted the brakes, you know, check the

20  tires, air the tires.  You know, every truck driver

21  there is, you got a maintenance department to take

22  care of your big problems and to make sure that the

23  once-a-year inspections are done.

24     Q.    Do you know who would have performed all

25  the maintenance on their trucks?



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 85

1        A.    I do not remember what the gentleman's

2    name was.

3        Q.    Well, let me ask it differently:  Was he

4    somebody that they sent their trucks to that had a

5    business or was he somebody in-house?

6        A.    No, it was someone in-house.  That's what

7    he did was take care of the trucks and the equipment.

8        Q.    Just so I'm kind of clear on the process

9    here, if you had something that you flagged on your

10   daily, the detailed daily which we talked about

11   previously, you would then count on Jimmy or somebody

12   else to then bring that to the attention of this

13   in-house mechanic, which then you would say would be

14   the person you would count on to fix it?

15       A.    Yes.

16       Q.    And as far as you know, as far as your

17   kind of scope of knowledge on this is, there's nobody

18   on the outside like, you know, ABC Trucking Repairs,

19   that would have done any of this stuff?

20       A.    Oh, that, I don't know.  They may have

21   sent some things out.  It may have stopped at a shop

22   to be done, you know, on the outside.  Again, that, I

23   don't know.  If it was a problem that was wrote on

24   the sheet, the sheets were given to Jimmy or Johnny,

25   generally Johnny.  He would therefore give it to the



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 86

```
 1   maintenance, I talked to the maintenance guy, and,

 2   you know, if it needed done, they took care of it.

 3          You don't ask no questions when it gets

 4   taken care of.  I had very, very few problems that

 5   couldn't get taken care of.

 6   Q.    Why was it that this tag was expired?  Do

 7   you have any indication --

 8   A.    No.  No, again that's --

 9   Q.    That's outside of your wheelhouse?

10   A.    -- if you will, that's office work, yeah.

11   Q.    I was just curious if you had any insight

12   into any of that.

13   A.    No.

14          MR. HAMILTON:  If you want to give me five

15      minutes, I'm pretty much done.  Give me a second

16      here.

17          (Off the record.)

18          MR. HAMILTON:  Mr. Daley, first of all,

19      thank you for all of your frankness and your

20      time.  I mean that sincerely.  I realize this is

21      kind of a drag to have to come to these things.

22      I'm sorry we got to meet under these

23      circumstances, but nevertheless, it was a

24      pleasure to meet you.

25          THE WITNESS:  Yes, sir.
```



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 87

1           MR. HAMILTON:  I don't have any further

2      questions.  Your attorney may have questions.

3      If not, you might want to ask him about reading

4      and signing.

5                     EXAMINATION

6  BY MS. ADAMS:

7      Q.    Felix, I do have one question for you.

8  **When you were describing the damage that you recall**

9  **occurred to the tractor as a result of the collision**

10 **with Mr. Mitchell's van.**

11     A.    Yes.

12     Q.    **And we were looking at Plaintiff's Exhibit**

13 **1-A.  And I wrote down that you said that about half**

14 **of this was a result of that?**

15     A.    Right.

16     Q.    **Can you be a little more specific about**

17 **what you are talking about.**

18     A.    Well, the center bottom half of the bumper

19 is right now we'll say at about 45 degrees kicked

20 back underneath the truck.

21     Q.    **Right.**

22     A.    If you were to pull that out about

23 halfway.  So it was already bent under to begin with.

24     Q.    **Right.**

25     A.    Not very far, but just the contact with

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 88

1    his bumper, you know, let it go ahead and push on up.

2    It takes a lot to move that steel bumper.  I mean,

3    that's a steel bumper, literally just that.  It is

4    solid steel.  So for that, if you were going to say

5    that damage that was done to that bumper was done by

6    that car, it would have done a heck of a lot more

7    damage to the actual doors and the body than that

8    little bit of denting.

9         Q.    All right.  Let me ask you something else.

10   There is some decorative trim around the headlights?

11        A.    Right.

12        Q.    At the time of the accident or immediately

13   prior to the accident, was part of that trim missing,

14   or do you recall?

15        A.    Yes.  Yeah, it was already missing.

16   Again, it's a pretty-pretty, and they weren't very

17   much on pretty-pretty as long as it drove and it

18   drove safely.

19        Q.    At any point did you see a box fly out of

20   the back of the pickup truck that we've talked about

21   earlier?

22        A.    There appeared to be one with all the

23   papers, you know, that was in a -- it was like a

24   tote, if you will, but not a hard plastic tote.  It

25   was almost like one of those new fabric ones that



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 89

1   fold up, would have been the closest thing to

2   describe it, and that's what it looked like it had

3   the papers into and then, you know, the papers come

4   out, and then it kind of tumbled off to the side.

5          MS. ADAMS:  That's all the questions I

6      have.

7                  FURTHER EXAMINATION

8   BY MR. HAMILTON:

9      Q.    I just have one other follow-up, and I'm

10  sorry.  I want to make sure that we are not missing

11  anything.

12          Did you take any pictures at the scene?

13     A.    Yes, I did.  They were given to -- sent to

14  the Dixie Transport, and I believe a set were sent to

15  Grange at one point.  And no, I do not have a copy of

16  them anymore.

17     Q.    Do you remember what you would have taken

18  pictures -- see, there's several sets of photos, and

19  I just want to -- what I'm asking for is more

20  specific than just general pictures.

21          Did you take any pictures of the skid

22  marks?

23     A.    No, no, because they were -- by the time

24  we navigated ourselves through traffic, we were a

25  good half a mile to a mile up the road because,



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 90

1   again, we had to go from center lane to right lane

2   through all the trucks to the shoulder of the road.

3   You could look back and see about where it happened

4   at, but that was about it.  And, of course, at that

5   point, there was nothing but a couple papers on the

6   highway, and everything else was on the side.

7           You had asked about papers before, and if

8   you wanted to know about what it was, in your picture

9   you got 1-B, you will see the papers --

10      Q.    Oh, yeah, there we go.

11      A.    -- on the side of the road.

12      Q.    Okay.  Okay.

13      A.    That's what it was, actual paper-paper.

14      Q.    Gotcha.

15      A.    But as for pictures, it would have been

16  pretty much the same thing he's got there.

17      Q.    Yeah.

18      A.    You know, just pictures of, you know, one

19  or two of him -- not him necessarily.  I was taking a

20  picture of the back of his car that you have here in

21  1-B.  And in one or two that I have, he's walking

22  around over here by the side door, you know, doing

23  his camera thing taking his pictures.  So at that

24  point that's what we were doing was each documenting

25  for insurance purposes.



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                December 14, 2017

Page 91

```
 1      Q.    Okay.  And I just --

 2           MR. HAMILTON:  Beverly, if you don't mind,

 3      I'm not -- you are not under oath or anything,

 4      but were those the pictures that you identified

 5      in your pretrial order as far as pictures of --

 6      see, where I got confused was pictures of

 7      Mr. Mitchell next to his van, would those have

 8      been the pictures you're referring to that he

 9      took?

10           MS. ADAMS:  Right.  And we produced those.

11           MR. HAMILTON:  Okay.  I'm sure you did.  I

12      just -- I don't want to have 50 pictures of the

13      same thing for purposes of trial.

14           THE WITNESS:  Right.

15           MR. HAMILTON:  I mean, it's really, as I

16      see it --

17      Q.    (By Mr. Hamilton)  Well, let me ask you

18      this:  Do any of the pictures you took depict

19      anything beyond what's in the two that I just showed

20      you?

21      A.    Not really.  Not really.  Short of -- you

22      know, like I say, short of the only big difference

23      would have been in the one or two I had.  Like I say,

24      he was off to the right-hand side passenger and the

25      police vehicle would have been up in front of his.
```

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 92

1  That would have been really about it for the most

2  part.

3      Q.    Fair enough.  Like I said, when you have

4  so many photos, if you got more than ten photos of a

5  wreck scene --

6      A.    Right.

7      Q.    -- things get a little confusing --

8      A.    I understand.

9      Q.    -- and I don't know who's taken what.  But

10 I'll go back and look at them.  I just want to make

11 sure there wasn't any photos of skid marks or swerves

12 or debris or anything else.

13     A.    Right.  No, there wouldn't have been no

14 swerve marks because, there again, we were in a

15 corridor of traffic.  There was no side-to-side

16 movement available.  If there would have been

17 side-to-side movement, my little, if you'll pardon

18 the expression, fat butt would have been over there.

19 It would have been over on the left-hand lane, even

20 though I'm not supposed to ride there, just so I

21 didn't have an accident.

22     Q.    Sure.

23     A.    So -- but no, like I said, it was far

24 enough back down the road that there was none taken.

25 As far as I know, he didn't -- unless he swung around



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 93

1    and drove back down there, got any.  The policeman

2    didn't do any, as far as I know.

3              MR. HAMILTON:  Good.  All right.  Well,

4         thank you.  That's all I have.  Reading and

5         signing is whatever left.

6              MS. ADAMS:  We'll read and sign.  And if

7         Bo changes our mind, I'll let you know.  He's

8         the other attorney on the case.

9              THE COURT REPORTER:  Do you need it

10        transcribed?

11             MR. HAMILTON:  Yes.

12             (Pursuant to Rule 30(e) of the Federal

13        Rules of Civil Procedure and/or O.C.G.A.

14        9-11-30(e), the deponent and/or a party having

15        requested the right to review the deposition,

16        making corrections and/or changes and signing,

17        for that purpose the errata pages have been

18        annexed hereto.)

19             (Deposition concluded at 2:06 p.m.)

20

21

22

23

24

25

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 94

1            Mitchell vs. Dixie Transport, et al.

2

3       The preceding deposition taken in the matter, on

4    the date, and at the time and place set out on the

5    title page hereof.

6       It was requested that the deposition be taken by

7    the reporter and that same be reduced to typewritten

8    form.

9       It was agreed by and between counsel and the

10   parties that the Deponent will read and sign the

11   transcript of said deposition.

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                              December 14, 2017

Page 95

 1    STATE OF GEORGIA:

 2    COUNTY OF COBB:

 3

 4        I hereby certify that the foregoing transcript

 5    was reported, as stated in the caption, and the

 6    questions and answers thereto were reduced to

 7    typewriting under my direction; that the foregoing

 8    pages represent a true, complete and correct

 9    transcript of the evidence given upon said hearing,

10    and I further certify that I am not of kin or counsel

11    to the parties in the case; am not in the employ of

12    counsel for any of said parties; nor am I in any way

13    interested in the result of said case.

14

15

16

17

18

19

20

21        _L. Lynn Howell_____

22        L. Lynn Howell, CCR-B-992

23

24

25

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 96

 1        Disclosure Pursuant to Article 8(B) of the Rules

 2   and Regulations of the Board of Court Reporting of

 3   the Judicial Council of Georgia, I make the following

 4   disclosure:

 5        I am a Georgia Certified Court Reporter, here as

 6   a representative of Elizabeth Gallo Court Reporting,

 7   LLC, to report the foregoing matter.  Elizabeth Gallo

 8   Court Reporting, LLC, is not taking this deposition

 9   under any contract that is prohibited by O.C.G.A.

10   15-14-37 (a) and (b).

11        Elizabeth Gallo Court Reporting, LLC, will be

12   charging its usual and customary rates for this

13   transcript.

14

15

16

17

18

19

20

21

22

23

24

25

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                    December 14, 2017

Page 97

 1    CASE:  1 GUY MITCHELL vs DIXIE TRANSPORT

 2    NAME OF WITNESS:    Felix Milo Daley

 3              The preceding deposition was taken

 4    in the matter, on the date and at the time and

 5    place set out on the title page hereof.

 6

 7              It was requested that the deposition

 8    be taken by the reporter and that same be

 9    reduced to typewritten form.

10

11              It was agreed by and between counsel

12    and the parties that the deponent will read and

13    sign the transcript of said deposition.

14

15              Said jurat is to be returned within

16    30 days following receipt of the transcript to

17    the following address:

18

19              Elizabeth Gallo Court Reporting, LLC

20              2900 Chamblee Tucker Road

21              Building 13, First Floor

22              Atlanta, Georgia 30341

23

24

25

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley                                        December 14, 2017

Page 98

 1   NAME OF CASE:       1 GUY MITCHELL vs DIXIE TRANSPORT

     DATE OF DEPOSITION: 12/14/2017

 2   NAME OF WITNESS:    Felix Milo Daley

 3   EGCR Job No.:        43755

 4                  CERTIFICATE

 5          Before me this day personally

     appeared FELIX MILO DALEY, who, being duly

 6   sworn, states that the foregoing transcript of

     his/her deposition, taken in the matter, on

 7   the date and at the time and place set out on

     the title page hereof, constitutes a true and

 8   accurate transcript of said deposition.

 9                        _____

10                        FELIX MILO DALEY

11          SUBSCRIBED and SWORN to before me

12   this _____ day of _____ 20____.

13   in the jurisdiction aforesaid.

14

     _____     _____

15   My Commission Expires       Notary Public

16      STATE OF _____

17      COUNTY/CITY OF _____

18

19      []   No changes made to the Errata Sheet;

20   therefore, I am returning only this signed,

21   notarized certificate.

22      []   I am returning this signed,

23   notarized certificate and Errata Sheet with

24   changes noted.

25

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 99

```
1              Errata Sheet

2    NAME OF CASE:     1 GUY MITCHELL vs DIXIE TRANSPORT

3    DATE OF DEPOSITION: 12/14/2017

4    NAME OF WITNESS:   Felix Milo Daley

5    Reason Codes:  1. To clarify the record

6                   2. To correct transcription errors

7                   3. Other

     _____

8    _____

9    Page _____ Line _____ Reason _____

10   From _____ to _____

11   Page _____ Line _____ Reason _____

12   From _____ to _____

13   Page _____ Line _____ Reason _____

14   From _____ to _____

15   Page _____ Line _____ Reason _____

16   From _____ to _____

17   Page _____ Line _____ Reason _____

18   From _____ to _____

19   Page _____ Line _____ Reason _____

20   From _____ to _____

21   Page _____ Line _____ Reason _____

22   From _____ to _____

23

24    SIGNATURE:_____DATE:_____

25             Felix Milo Daley
```



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

Page 100

1                    Errata Sheet

2     NAME OF CASE:      1 GUY MITCHELL vs DIXIE TRANSPORT

3     DATE OF DEPOSITION: 12/14/2017

4     NAME OF WITNESS:   Felix Milo Daley

5     Reason Codes:  1. To clarify the record

6                    2. To correct transcription errors

7                    3. Other

       _____

8     _____

9     Page _____ Line _____ Reason _____

10    From _____ to _____

11    Page _____ Line _____ Reason _____

12    From _____ to _____

13    Page _____ Line _____ Reason _____

14    From _____ to _____

15    Page _____ Line _____ Reason _____

16    From _____ to _____

17    Page _____ Line _____ Reason _____

18    From _____ to _____

19    Page _____ Line _____ Reason _____

20    From _____ to _____

21    Page _____ Line _____ Reason _____

22    From _____ to _____

23

24     SIGNATURE:_____DATE:_____

25                 Felix Milo Daley



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

**Exhibits**

**Plaintiff's Exhibit 1A**
4:4 37:18,19,21 38:2,3,
15,24 87:13

**Plaintiff's Exhibit 1B**
4:5 37:18,20,23 38:2,11
40:6 41:1 90:9,21

**Plaintiff's Exhibit 02**
4:6 53:23 54:2

**Plaintiff's Exhibit 03**
4:8 62:21,25 67:7,8

**Plaintiff's Exhibit 04**
4:9 66:8

**Plaintiff's Exhibit 05**
4:11 68:9,13

**Daley Exhibit Binder**
4:1

**$**

**$4,657** 58:10

**1**

**1** 26:17,19 52:14 68:18,
23 78:11 82:6,7

**1,600** 47:15

**1-A** 37:18,19,21 38:2,3,
15,24 87:13

**1-B** 37:18,20,23 38:2,11
40:6 41:1 90:9,21

**10** 36:11,14 44:18 46:3
49:9,16 76:1 81:8

**10,000** 42:22 77:18

**100** 34:4 48:15

**100-mile** 13:5

**10th** 34:21

**11** 14:1 36:18

**11th** 68:18 69:12

**12** 36:18

**14** 5:2

**15** 49:9,16

**15-minute** 22:16

**16/32** 80:1,7,12

**18** 54:8

**1s** 69:21

**2**

**2** 26:7 48:15 52:14
53:22,23 54:2 62:11
81:9

**2/32** 65:7 67:9 79:4
81:20

**20** 46:14 72:5 76:21

**20-minute** 28:25

**200** 34:4 48:9

**2004** 54:8

**2009** 15:1

**2011** 10:6,17

**2014** 6:18 20:4 28:13
63:2 68:18 69:12

**2017** 5:2

**208** 9:7

**22** 81:5

**24** 11:20

**24-hour** 25:10

**24/7** 19:14

**2:06** 93:19

**3**

**3** 29:4,15 62:20,21,25
67:8

**3-inch** 80:8,16

**30** 44:15

**30(e)** 93:12

**32/32** 24:11

**4**

**4** 66:6,8

**40** 17:19 47:15

**45** 9:20 87:19

**4:00** 76:6

**5**

**5** 42:1 44:17 46:3 68:8,
9,13

**5,000-pound** 44:23

**5-** 42:22

**50** 17:19 29:20 47:13
91:12

**50-mile-an-hour**
44:17

**55** 29:20

**5:00** 27:24

**5th** 34:20

**6**

**6** 81:8,9

**60** 35:14 50:20

**65** 35:14 48:17 50:20

**7**

**7** 81:6

**70** 44:14 54:25

**8**

**80,000** 46:17 77:18

**9**

**9** 20:4 28:13 63:2

**9-11-30(e)** 93:14

**90** 78:1 80:6

**911** 30:16

**97-cent** 78:21

**9:00** 27:24

**A**

**ABC** 85:18

**abide** 7:2,8

**ability** 44:8 45:13

**absorbed** 41:7

**accelerator** 35:10,12

**accept** 47:22 52:19

**acceptable** 21:14 23:7

**accessories** 41:19

**accident** 30:16 31:12
37:3 38:10 41:23 51:3,
8,17 52:9 57:9 59:17,18
60:13 61:8 62:2 69:14
88:12,13 92:21

**account** 77:24

**accurate** 27:9 35:9

**actual** 21:11 88:7 90:13

**ad** 15:13,20

**ADAMS** 5:20 6:8,12
63:17,20 66:4 87:6 89:5
91:10 93:6

**add** 50:10

**added** 42:15

**addition** 24:25

**adds** 42:23

**adequacy** 74:17

**adhere** 42:24 44:16,18

**adhered** 43:12

**adjust** 24:4 77:5,6,8,16

**adjusted** 77:2 84:19

**adjuster** 75:7

**Adjusting** 23:23

**affect** 74:7

**afternoon** 28:22

**agree** 22:21 26:15 27:2
35:3 38:18,25 42:16
44:9 45:6,8,22 46:9,19
48:25 50:4 55:2 63:16
69:1 70:7 80:22

Elizabeth Gallo
COURT REPORTING, LLC

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

agreement 6:3

ahead 6:16 24:19 27:18 31:17 49:8,15,17 76:4 88:1

air 23:4,6 74:22 76:14 80:10 82:24 84:20

alignment 79:15

alleged 59:6

amber 71:25

ambulance 59:12 60:19,25

amount 52:6 82:6

and/or 93:13,14,16

annexed 93:18

anticipate 8:9,20 48:3, 7 49:3,5,16

anticipated 48:2

anticipation 35:7

anymore 89:16

apologize 64:2 66:18

apparently 64:19

appeared 88:22

appears 54:9 63:9

application 16:5

apply 32:17,21

approached 57:9

approximately 10:18 28:24

area 18:15 32:11 35:17 39:15,18,23

areas 69:20

arm 73:20,25

arrested 12:19

ashamed 12:17

assigned 19:17

Associates 55:14

assume 8:5 18:17 57:12

assuming 14:10 30:21 33:4 44:5 79:14

attached 43:17 45:14

attend 53:17

attention 40:16 41:16 45:11 85:12

attorney 8:23 56:23 58:15 87:2 93:8

attorney's 33:14

attorneys 54:4 58:18 68:15

attribute 53:3 73:22

attributed 40:4 41:1

August 54:8

author 55:17

average 17:15,18 21:23

avoid 8:12

aware 47:3 58:24

axle 78:5,15,16

---

**B**

back 11:13 13:20 15:13 17:4 19:6 20:1 25:8,11, 14 28:9,21 29:9,13,17 30:4,10,17 31:5,13,20 32:16 33:24 35:20 37:19 40:8 42:21,23 44:6,25 45:4 48:7,9 51:7 53:3 60:2,3,8 61:9 65:17 74:1 77:13,14 79:20 83:18,19,20 87:20 88:20 90:3,20 92:10,24 93:1

background 9:4 11:14

backing 14:4

backside 24:8

bad 27:13,14,15 41:21 46:24 84:13

bald 80:13 81:7

baldness 80:17

bankrupt 15:11

bar 74:4,11

bare 80:8

barely 30:1 36:17

based 37:7,9

basic 45:4 50:4 80:19, 25

basically 15:20 16:18 34:10 54:6 71:20 72:19

basis 19:20 46:21

bat 22:18

beam 71:24

beams 76:11,12

beat 40:17

begin 87:23

beginning 21:20 22:8 64:3

begins 54:19

belief 56:7,14,15

believed 54:19,23

bell 41:11

belts 22:14

bend 39:7

benefit 43:23 46:5

bent 39:9,17 87:23

Beverly 66:1 91:2

big 17:12 30:12 33:2 51:4 56:18 67:18 84:22 91:22

bills 26:22

bit 15:14,15 16:23 23:1 28:1 31:20 36:21 39:8,9 42:4,5,7 44:6 72:24 73:17 74:15 88:8

blacker 39:8

blew 72:15,16 73:8

blowing 29:16

blown 73:23

Bo 93:7

bobtail 35:18 42:14 45:7 48:8 51:7

bobtailing 29:9 42:4,6, 8

body 88:7

bold 72:3

book 17:24 32:20,23,24

books 14:20

borderline 65:7

boss 30:18

bottom 41:6 63:8,19,23 64:4,5,22 87:18

bounce 36:20 43:2,6

box 10:4 17:8,11 34:21 70:10,14 88:19

brake 23:9,10,19 24:11 29:18 35:7,25 72:6,14, 17 74:17 75:4 77:21 78:2

brakes 22:13 23:23 24:1,3 29:24 30:2 34:25 35:8 36:2,3,4,24 43:5 44:4,25 72:4,15 75:6 76:22,24 77:2,5,6,16,19 82:24 84:19

braking 43:25

break 8:19,22 62:16 74:9

brick 17:10,11

bring 85:12

broken 8:15

broker 16:22

brokers 17:2

brought 37:5

Brown 16:1 30:18 59:9 67:23 68:2

Brown's 63:11 64:19

built 73:14

bump 37:10

bumper 38:22,23 39:3, 7 40:3,21 41:7,10 48:7 87:18 88:1,2,3,5

bumper-to-bumper 34:6

bumpers 30:12



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

burn 23:21

burp 62:17

business 10:19 15:10
85:5

butt 92:18

## C

cab-over 19:7

call 53:21

called 30:18 46:3

calling 30:16

calls 7:11

camera 90:23

car 34:8 56:3 60:6 73:9,
10 74:12 79:12 88:6
90:20

care 13:8 16:11 56:11
65:8 84:2,3,5,22 85:7
86:2,4,5

carpet 9:24 10:25
13:22,23 14:3,9

carrier 14:12 32:25
63:3 64:18 70:19

carry 23:24,25

cars 40:16 51:4,7

case 7:24 12:12 25:11
30:2 35:21 49:17 51:9
52:18 53:11 55:15 59:2
60:16 78:17,19 81:11
93:8

caused 38:22 40:9 80:4

causing 51:2,5,8 72:24

CDL 10:5,8,12,16,22
11:10,11 12:21 14:15
15:1

center 29:5 34:3 48:13,
16 50:21 87:18 90:1

cetera 26:23

chamber 72:6

chance 48:15 56:18

chances 5:23

change 80:14 84:7

chase 45:5

check 18:14,18 22:18
23:4 31:2,3 79:13 84:19

checked 23:14,16 30:8
60:5 65:9 82:18

checking 23:8 24:5,12

children 12:1,2,5 51:20

chronologically 10:14

circumference 81:4

circumstances 86:23

citations 65:18 66:24
67:4

cited 65:2

Civil 93:13

claim 56:24 59:3

clamps 74:23

class 14:14

classify 24:7

classroom 47:9

clear 7:6 51:22 85:8

client 33:12 38:17
53:16 54:10 55:6,18
57:16

client's 5:20,22 40:8

climb 21:13 76:2

close 17:20 20:14

closest 89:1

coast 14:5

code 70:17,24

Cohutta 10:17

coincided 67:6

collect 54:25 55:7

college 14:17

collided 36:9

collision 40:4 87:9

column 71:6

columns 70:18

commercial 10:2,3
11:5,7 42:9 74:22

common 26:6 80:15,
19,25

communication 8:11

companies 84:4

company 15:9,17
21:10 30:21 55:12 56:9,
16,17,19 58:1,20 59:25
60:4,9 61:19 62:9 75:22

company's 61:10

compare 26:23

compensated 62:5,7

complete 30:1 35:23
48:5,13 51:6

completely 80:8

compliance 63:3
70:20

comply 80:22

components 22:10,13
27:2 73:19

comprehensive 26:19

compressed 74:23

concerns 33:7 57:14

concluded 93:19

condition 29:3 61:5

conditions 59:11

conduct 68:25 69:15

confirmed 64:23

confused 64:1 91:6

confusing 92:7

confusion 64:15

congratulations
11:21

Connections 74:21

Connector 29:4,15

consequence 45:10
47:5

construction 17:10

contact 39:24 55:13

87:25

contained 32:20

contents 54:15

contest 8:18

continue 46:4 48:4

contract 15:8

contracts 16:22 17:5

contradictory 43:16

contrast 46:6

contributed 41:9

control 73:16

conversations 56:21
57:2,6

cop 31:7

copy 63:24 64:6,13
65:25 66:4,11,13,14
67:16,20,25 89:15

correct 11:15 26:1 34:2
45:14 47:2 49:18 64:23
69:4,9 70:20 71:12,13,
17,21 72:1 83:18,22

corrections 93:16

corridor 92:15

counsel 6:3

count 85:11,14

county 9:13,14,15,16,
18 12:4,6

couple 17:2,10 29:12
30:11 36:18 57:1 90:5

court 7:15,19 32:23
37:25 49:13 53:11 54:1,
10 57:11 61:17 68:11
93:9

cover 9:4 53:9 56:24

covered 31:19 53:8

crack 8:24

cracks 24:8,16

crawling 76:5

cross-reference 69:7

curious 86:11



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

**current** 26:22,23 71:20, 21

**cut** 74:5 79:8

**cutting** 45:5

---

**D**

**D-A-L-E-Y** 5:12

**dailies** 83:15

**daily** 22:22 46:21 85:10

**Daley** 5:1,4,11,13 6:2, 14 11:19 37:25 53:25 62:23 64:7 66:10 68:11 86:18

**damage** 37:2,12 38:22 39:24 40:9,12,22,23 41:10,21 51:11,14 52:4, 6 53:17 58:25 87:8 88:5,7

**darker** 39:8

**date** 25:13

**dated** 54:8 63:2 68:17 69:4

**dates** 25:8

**day** 18:7,10,24 19:6 20:19,24 21:4,16,18 22:7,8 23:12,14,22 24:6,22 25:10 28:4,13 31:18 32:5,14 37:3 38:10 51:22 60:13 62:10,24 65:19 67:14 69:9 71:14,16 73:2 75:12,24 82:10,11,14, 15,17 83:14

**days** 14:15 17:6

**daytime** 76:9,12

**dead** 36:9 73:12

**deal** 30:24 72:21 76:9

**dealing** 75:1 78:10

**deals** 67:17

**death** 51:5

**debris** 92:12

**December** 5:2

**decorative** 88:10

**defective** 72:4 75:6

**defects** 26:14

**defensive** 48:18,21,23 49:2,24 50:6,9 52:12

**defined** 45:23

**degrees** 87:19

**deliver** 19:1

**delivered** 14:5 18:13 32:7,10

**deliveries** 13:2

**delivery** 18:24 28:17

**delved** 16:24

**dented** 39:4

**denting** 88:8

**dents** 30:11 40:2

**department** 25:25 63:3 68:25 77:10 84:21

**depending** 17:19 18:12,23 19:2 23:24 65:12 75:21 83:24 84:4

**depends** 21:9

**depict** 91:18

**depicted** 40:13 41:1

**deponent** 93:14

**deposition** 5:1 6:2,19 38:21 57:2 93:15,19

**depth** 24:15 65:6,13 79:2,3,13,15,23 80:2

**describe** 34:13 39:13 42:12,19 54:3 89:2

**describing** 87:8

**description** 27:3 71:15

**designated** 20:8

**designed** 73:14

**desk** 61:18

**destination** 18:20

**destinations** 25:9

**destroyed** 51:14

**detail** 22:4 72:10

**detailed** 21:2,20,25 22:3,22 23:2 24:7 27:1 68:24 85:10

**details** 18:9

**dialed** 46:20

**dice** 31:20

**dictates** 7:10

**difference** 22:22,25 42:20 57:24 81:14 91:22

**differential** 41:25

**differently** 21:10 85:3

**difficult** 45:6

**discipline** 27:15

**disciplined** 27:12

**discovered** 77:22 79:10

**discovery** 54:5,6

**discussed** 57:8 61:15

**dismemberment** 51:5

**dispatch** 16:20 26:24

**distance** 36:23 47:18

**ditch** 52:2

**Division** 63:4

**Dixie** 10:20 15:12,18,23 16:2 18:10 24:20 25:17 27:11,18,19 28:24 54:7, 23 55:12 56:12 57:12 58:4,19 59:10 61:12 66:16 89:14

**Dixie's** 18:14 21:19 31:24

**dock** 18:1

**document** 54:3,6,12, 15 63:6,18 65:10,14 66:17,22 68:14,20

**documenting** 90:24

**documents** 54:7

**door** 90:22

**doors** 88:7

**DOT** 26:4 69:15 70:5

**dotted** 43:9

**Double-checked** 31:14

**downtime** 17:19 19:5

**drafting** 61:13

**drag** 86:21

**draw** 46:6

**drilled-down** 68:24

**drive** 9:8 10:1,2,3 11:10 13:1 15:14 16:11 18:4, 16,23 25:19 28:25 49:8 51:16,20,21 72:7 76:7 80:3 83:8

**driven** 11:4 19:19

**driver** 21:10 26:7,20 31:3,4 41:20 46:1,2,7 50:6 58:8 63:1 67:7 68:17 69:1 75:22 77:10 82:6 84:17,18,20

**driver's** 12:21 19:16 82:9

**drivers** 15:19 46:7,8,20 48:4,24 50:23 75:23 77:6 78:22 84:4

**driving** 10:8,20 11:1 16:25 17:22,24 18:2 19:16 25:17,18 33:19 34:10 35:7 38:10,16 41:16 42:9,14,15 48:19, 21,23,24 49:2,15,21,24, 25 50:9 52:12,20 58:14 69:9 76:4 84:11

**drop** 35:13,16 46:3 61:18

**dropped** 34:21 55:15 56:17 82:22,23

**drove** 10:21 15:14 51:19 88:17,18 93:1

**drums** 23:10

**dry** 17:8,9

**due** 55:12 72:15

**duly** 5:5

**duty** 18:3 71:20



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

## E

**earlier** 45:11 68:22 88:21

**easier** 7:3 43:16

**east** 14:5

**easy** 9:4 35:19 48:9

**edge** 74:3

**educate** 58:16

**employed** 9:21

**en** 82:19,20

**end** 6:11 15:12 21:3 22:7 30:5 51:15 75:23

**ended** 27:25

**endurance** 8:18

**engage** 20:17 48:25

**engine** 44:23,24 72:17

**entire** 14:8 72:18

**entitled** 32:25

**equal** 72:5

**equipment** 46:13 66:25 69:1 85:7

**errata** 93:17

**escape** 50:22,23,24

**estimate** 36:8

**evening** 19:1,3 28:5 76:23

**evenings** 28:5

**event** 50:1

**everything's** 18:19,22 29:1

**exact** 60:24 74:13

**Examination** 5:7 63:1 68:17 87:5 89:7

**examined** 5:5

**excellent** 11:11,24 33:10

**excruciating** 18:8

**Excuse** 62:15

**exert** 43:24

**Exhibit** 37:21,23 53:23 54:2 62:21,25 66:8 67:7 68:9,13 87:12

**exhibits** 61:13

**exit** 29:4

**expect** 35:22

**expensive** 78:20

**experience** 16:10 47:11,16

**expired** 66:24 67:10, 15,17 86:6

**explain** 58:15

**explained** 58:11 73:18

**expression** 92:18

**extent** 12:12 39:9,12

**extra** 23:5 45:11,18

**eyes** 49:9,16,25

## F

**F-E-L-I-X** 5:11

**fabric** 88:25

**Face** 9:7,10,11,12 28:24

**fact** 11:22 41:17 46:24 48:2,3

**failed** 82:24

**fair** 7:21 8:6 9:1 12:17 34:23 42:3 52:18,22 53:1,2 54:14 61:23 64:12 92:3

**fall** 74:9

**familiar** 26:3 48:18

**family** 27:23 28:7

**fast** 36:8,13

**fat** 92:18

**father-in-law** 14:18

**father-in-law's** 10:19

**fault** 37:15 52:25 53:3

**faulty** 66:25 67:9

**federal** 14:11 17:22 20:17,23 22:6 32:17,25 70:6,18 93:12

**feet** 36:18 44:15,18 48:9 81:6,8,9

**Felix** 5:1,4,11 6:2 64:7 87:7

**file** 58:18

**filed** 53:16 54:10

**filled** 22:9

**filter** 82:22

**find** 18:25 19:4 79:22

**fine** 6:8 29:1 30:9,17 49:12 59:10,19 60:5,6, 20 61:2 80:9

**finish** 49:11,12 81:19

**finished** 31:16

**fire** 21:17

**firstly** 41:19

**fishy** 59:22

**fittings** 74:24

**five-day** 27:21

**fix** 84:6 85:14

**flagged** 85:9

**flat** 24:1 80:4

**flatbed** 17:10

**flip** 79:19

**Florida** 14:6

**fluid** 72:6,19 83:2,6,11

**fluids** 22:14 26:12

**fly** 33:23 88:19

**fold** 89:1

**follow** 52:17 71:6

**follow-up** 89:9

**foot** 29:17 30:12 35:6, 10,11

**Forget** 80:20

**form** 6:5 21:3,25 22:9 25:21

**forward** 28:12

**found** 15:17 30:10 58:6 70:5,19 71:15 82:11,16

**four-wheel** 34:8

**frankness** 86:19

**fraud** 55:19

**free** 31:8

**front** 15:1 25:13 29:10, 11,22 31:6 33:20 34:4 37:18 38:1,14,16 39:3 40:21 41:10,17 44:23 54:24 55:6 56:4 62:24 66:11 67:19 68:12 71:25 72:5,7 73:20 74:1 79:4 91:25

**fuel** 18:23 23:16

**full** 5:9 21:15 26:19,20 39:9,12 68:18

**fully** 46:13

**Fulton** 9:16 12:3

**funny** 5:17

**furniture** 34:14

## G

**game** 12:17

**gas** 29:18

**gauge** 23:5

**gave** 67:7

**general** 32:11 46:20 49:23 89:20

**generally** 21:22 23:20 42:22 45:23 54:2 62:25 65:16 73:7 78:21,23 85:25

**gentleman** 29:22,23 38:13 52:23 56:8 58:14 65:21

**gentleman's** 85:1

**Georgia** 9:12 10:18 14:21 15:1 25:25 30:23 59:9 60:23 63:2 68:24



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

70:5

**give** 7:9,13 27:15 35:21 37:14 45:17 65:22 68:6 83:25 85:25 86:14,15

**glance** 24:7

**Glass** 17:11

**God** 61:9

**good** 9:3 11:24 12:25 13:10 18:22 23:3 30:15 31:15 76:13 79:22 89:25 93:3

**Gordon** 9:17,18

**gotcha** 13:18,21 34:23 74:15 90:14

**grab** 18:14 45:1

**grade** 34:21

**Grange** 56:23 57:13,18 58:1 89:15

**grease** 78:14

**greases** 78:15

**great** 10:15 12:9 52:12 68:4

**greater** 72:5,10

**Green** 32:20,23,24

**grew** 5:18

**ground** 34:11 43:4,6,12 76:15

**guess** 16:8

**guide** 14:25

**guides** 14:20,22

**guiding** 33:7

**guy** 6:15 29:10 61:11 84:1 86:1

**guys** 11:18 14:15 36:9 64:16 66:2 67:23 69:20 84:11

**H**

**half** 11:20 29:15 40:1 62:6 74:4 76:20 80:2 81:6,7 82:14 87:13,18

89:25

**halfway** 63:20,23 87:23

**Hamilton** 5:3,8,15,22 6:9,13,14,15 19:23 20:1,2 37:17,25 53:21, 25 62:19,23 63:19,25 65:22,25 66:5,10 68:7, 11 86:14,18 87:1 89:8 91:2,11,15,17 93:3,11

**hammer** 23:3

**Handbook** 33:1

**hang** 66:20 79:3 81:2, 19

**happen** 25:4 46:25 48:14 49:18 50:13 52:15 53:10 62:2 73:5

**happened** 27:6 29:10 30:25 35:22 36:5 37:4 44:3 51:23 55:9 59:23 69:19 71:24 76:22 82:19 90:3

**happening** 74:14

**hard** 8:14 30:2 35:8 36:2 73:13 88:24

**haul** 17:7,13

**hauling** 13:11 14:3 75:11 77:13,18

**hazard** 45:20,24

**hazards** 46:21

**head** 7:12

**headed** 32:8

**headlight** 72:25 84:6,7, 18

**headlights** 88:10

**hearing** 58:21

**heavier** 43:20 46:14

**heavy** 29:6 77:4

**heck** 88:6

**hereto** 93:18

**high** 35:15 71:24 76:11

**high-pitched** 74:13

**Highland** 9:7

**highlighted** 54:20 74:18

**highway** 35:24 51:21 90:6

**hindsight** 46:5

**history** 10:11

**hit** 21:1 22:17 29:24 30:12,13 34:11 36:23 44:4,24 59:24

**hitch** 41:6

**hits** 34:25

**hitting** 35:8 52:3 81:8,9

**hold** 43:4 80:10

**holes** 24:9

**home** 27:20 28:5,18,20

**honest** 33:15

**honesty** 53:6

**hood** 23:13 82:21

**hook** 57:16

**hooked** 31:15 42:10,21 45:7

**hop** 44:11,15,18 45:1

**hoped** 64:6

**hopped** 44:6

**hose** 74:17,23

**hosing** 75:4

**hospital** 59:12,19,25 61:1

**hotel** 19:12

**hour** 29:20 36:12 42:1 44:14 48:17 50:20 54:25

**hours** 16:13 17:14,21 18:1,3,4,5 28:4 47:13, 15,16 76:1

**house** 27:22 29:14 65:5

**housekeeping** 6:1

**hub** 72:20 75:3 78:13, 15

**hubs** 75:2

**huh-uhs** 7:18

**human** 7:10 8:11

**hundred** 29:12

**Hung** 31:6

**Hunt** 15:15

**hurt** 51:13,18 74:4

**hurting** 52:3

**hurts** 61:9

**I**

**identification** 37:22,24 53:24 62:22 66:9 68:10

**identified** 38:2 40:7 63:1 65:14 82:3 91:4

**II** 5:11

**illegal** 65:9

**immediately** 88:12

**impact** 38:24 40:10,14 41:1,8 44:8 52:19

**in-depth** 21:11,15 75:17,21 78:24 80:11 83:1,15,17

**in-house** 85:5,6,13

**inch** 74:4 79:4 80:2

**inches** 81:7,8,9

**incident** 20:5 66:12

**incidentally** 38:17

**includes** 69:8

**indicating** 70:14

**indication** 86:7

**individual** 6:16

**information** 9:1,5 25:14 83:23

**injector** 84:8

**injuries** 52:9 56:10 59:6

**injury** 46:25 51:11 59:4

**inoperable** 71:23



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

**inoperative** 71:25 72:14

**inside** 79:4,14,18 83:5, 10

**insight** 86:11

**inspect** 20:24

**inspection** 20:18,22, 25 21:11 22:3,23 24:6,9 25:1,5 27:2,8,13,14 62:11 64:13 65:11,12 67:7 68:18,23,24 69:3, 7,8,12,15 75:13,15,18, 21 78:24 81:15 82:4,7

**inspection's** 82:16

**inspections** 26:1,4 27:6 68:16 84:23

**instance** 18:17 50:16 63:15

**instances** 50:13

**insurance** 30:21 54:25 55:7,11,20 56:9,16,23 58:1,20 59:25 60:4,8 61:6,10,19 90:25

**insure** 57:19

**intentional** 54:24

**intentionally** 55:6

**intents** 44:7

**intersection** 69:18

**interstate** 14:10 28:23 32:14 50:20 51:21

**interview** 16:4,9

**involved** 19:20 20:3 59:1 81:12

**issue** 25:21

**issued** 65:18 67:4

**issues** 25:16 77:21

---

**J**

**J.B.** 15:15

**jammed** 36:3

**Jim** 16:1

**Jimmy** 57:12 58:4 64:19 83:24 85:11,24

**job** 10:25 16:5,10,15, 17,18 27:24 77:12

**jobs** 11:4

**Johnny** 30:18 31:2,5 57:11 58:4 59:9 63:11 68:1 83:24 85:24,25

**Johnny's** 63:23

**joined** 58:19

**judge** 48:10

**jump** 11:13 24:18 33:11,14 57:17

**jumping** 8:12 27:18

**June** 10:25 68:17 69:12

**jury** 12:11,13 56:6

---

**K**

**Kenworth** 38:9

**kick** 23:3

**kicked** 87:19

**kids** 28:7 60:5

**kids'** 34:20

**kind** 7:2,10 8:12 11:3 12:16,17 13:21 20:7 27:1 31:20 37:7 40:3 42:6 47:16,17,21 49:8 66:18,19 68:23 69:6 71:15 73:1 79:9 81:16 82:2 84:14 85:8,17 86:21 89:4

**knowing** 48:8

**knowledge** 25:4 47:17 57:25 85:17

---

**L**

**label** 72:11

**labeled** 25:12

**lading** 26:22

**lady** 6:25 57:1

**laid** 30:2

**lamp** 71:24

**lane** 29:5,7 30:7 34:1,3, 5,7 48:16 50:21 90:1 92:19

**late** 28:21

**law** 17:22 20:17,23 22:6 77:7

**lawsuit** 53:16 54:9 55:18 58:12,25

**lawsuits** 58:18

**lawyer** 55:13,14 57:1, 23

**leak** 78:19

**leaking** 76:15 78:13

**leaks** 26:13

**leaky** 75:3

**leave** 15:7 27:19

**leaving** 15:11 50:1

**left** 21:22 27:18 32:6 50:8,23 51:1,3 56:20,22 57:1 65:5 72:5,17,18,22 73:3,20 74:7 77:9,22 79:4,5,16 93:5

**left-hand** 34:7 92:19

**lesser** 45:13

**letter** 57:21 61:16

**letters** 57:10,11

**level** 26:7,17,19 62:11 68:18,22 69:21 78:11

**levels** 26:3 27:8

**liability** 16:10

**license** 12:22 39:15

**lies** 64:15

**life** 51:11

**light** 55:21 71:24,25 77:4 83:5,10 84:19

**lights** 22:14,18 35:25 72:14 75:16 76:10,13, 14

**limited** 45:13

**lines** 43:9

**linings** 23:9,10,19,22

**list** 50:10

**literally** 23:1 26:18 43:5 78:14 88:3

**live** 9:6 12:3,5

**lives** 12:8 51:15

**load** 17:3 18:12,16 19:6 31:23 32:3,19 77:3

**loaded** 18:15,17 46:13

**loads** 16:21 17:10

**local** 11:1 13:2,4 14:16

**location** 16:19

**lock** 43:5

**log** 17:15,25 18:2 25:8

**logbook** 18:6 20:20 65:3,5,17 83:19,20

**logbooks** 25:7 71:21

**logged** 16:20

**logs** 13:7 16:11 24:19, 21,24,25 26:21 27:13

**long** 8:21 11:18 21:14 76:12 88:17

**long-haul** 11:2 77:5

**looked** 25:15 30:10,15 31:15 65:8 89:2

**loss** 46:25 51:11

**lost** 15:8

**lot** 8:8 17:10,23 18:18 28:18 29:6 31:19 33:11 53:8 78:11 88:2,6

**lots** 39:5

**Louise** 11:19

**low** 76:12 83:6,10

**low-profile** 81:5

**lucky** 79:19

**lying** 59:6 61:24



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

## M

**M-I-L-O** 5:11

**made** 29:2 30:6 31:17 39:8 59:13 76:10,13

**Magistrate** 53:11 54:10

**main** 15:11

**maintenance** 23:21 25:23 65:16 77:10 84:1, 9,21,25 86:1

**major** 22:10,12 25:22 51:2,3,8 52:9

**make** 7:2 8:16 18:19 24:8 30:8 31:11,12,13 56:19 57:23 64:21 66:20 68:3 70:1 76:3 78:6,18 81:14 84:22 89:10 92:10

**makes** 28:8 74:6 78:16

**making** 26:21 29:7 42:24 93:16

**man** 52:7 59:8 60:12

**man's** 58:8 61:17

**manual** 15:1 73:10

**March** 6:17 20:4 28:12 63:2

**mark** 14:23 37:17 39:19 62:19 66:6 68:5,7

**marked** 37:21,23 53:23 54:1 62:21,24 66:8 68:9,12,13

**marker** 76:13 84:18

**marking** 67:19

**marks** 39:21 89:22 92:11,14

**married** 11:18,19

**Maryland** 12:8,9

**massive** 52:4

**material** 34:9,13

**matter** 36:6 50:24 53:11 61:4 67:18 77:17, 19

**max** 35:14

**maxing** 17:20

**means** 25:24 36:1 42:7 56:13 71:3,7,20 72:10 80:1 81:8 82:8

**mechanic** 31:10 85:13

**mechanical** 25:16,21

**mechanically** 7:1 8:14

**medical** 59:10,21 60:15

**meet** 15:24 86:22,24

**mentioned** 44:5 56:2 83:13

**met** 56:25

**methods** 50:4 81:16

**Michigan** 14:7

**micrometer** 24:10

**middle** 5:20 35:23 52:24 63:9 64:5

**midway** 64:4

**mile** 29:15 89:25

**miles** 9:20 29:20 36:11 42:1 44:14 46:3 48:17 50:20 54:25 76:21

**Milo** 5:1,11,15,19,21

**mind** 8:4 61:7 66:17 91:2 93:7

**mindset** 42:18,20

**minimal** 51:11 52:6

**minimum** 52:6

**minivan** 29:11

**minor** 30:14 51:14

**minute** 14:23 19:24 27:7 36:7 38:15 48:15 62:18 63:17

**minutes** 23:5 30:22 31:4 86:15

**minutia** 27:1

**mischaracterize** 33:17

**missing** 24:9 73:20 88:13,15 89:10

**misstate** 33:15

**Mitchell** 6:15 58:14 91:7

**Mitchell's** 87:10

**Mohawk** 13:16,20

**moment** 42:4 44:5 56:2

**Monday** 28:17 32:7

**money** 55:1,7,20 56:18 62:7

**Monteagle** 77:15,16

**month** 77:9 79:19

**months** 59:23 60:2 69:4 82:8,9

**Montlick** 55:14

**morning** 18:25 19:1 20:15 21:12,23 22:1 28:17 32:7 76:7 83:16

**motor** 10:2,3 11:5,7 14:12 32:25 42:9 63:3 64:18 70:19 74:22

**mountains** 24:2,3

**move** 29:8 73:17 88:2

**moved** 29:4,14

**movement** 92:16,17

**moving** 29:13 30:1 39:16 70:22

## N

**Nashville** 17:12 18:21, 23 31:17 32:9,10,11 77:13,14,17

**nature** 7:10 16:14 17:11

**navigated** 89:24

**necessarily** 17:24 21:9 42:17 65:8 76:11 82:5 90:19

**needed** 14:19 25:14 84:1,2 86:2

**needing** 65:7

**never-had-it** 72:21

**newer** 62:6

**nice** 74:6

**nicely** 62:5,7

**night** 19:5 21:21 32:4,6 83:16

**nighttime** 75:25

**nobody's** 51:13

**normal** 25:22 35:13 44:22 46:1,2,6 67:11 73:14,24,25

**north** 9:20 32:10

**nose** 36:1

**nosing** 44:24

**nosy** 12:10

**note** 65:16

**noted** 65:5

**notepaper** 34:19

**notes** 10:7

**notice** 73:11

**noticed** 40:15

**nowadays** 25:7

**nozzle's** 23:16

**number** 14:15 69:13 81:10,11 82:5,7

## O

**O.C.G.A.** 93:13

**oath** 91:3

**objections** 6:4

**occur** 26:6

**occurred** 6:17 39:24 55:22 69:12 73:2,5 87:9

**occurs** 20:25

**office** 10:24 13:9 25:6 28:1 83:25 86:10

**Ohio** 14:6

**oil** 23:11,13 82:22

**oiler** 78:13,15



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

**oldest** 12:8

**OLM** 10:17 13:25 15:7, 15

**on-the-road** 47:10

**once-a-week** 23:20

**once-a-year** 84:23

**ongoing** 72:21

**OOS** 70:25 71:7

**operable** 29:2

**operated** 81:23

**operating** 46:13

**opinion** 55:5 59:15 60:10

**opportunity** 55:10,25

**opposed** 23:4 81:11

**optional** 23:23

**order** 14:14 18:23 55:6 91:5

**ordinary** 5:18

**oriented** 75:22

**outstanding** 11:21

**outweighted** 80:4

**over-the-road** 11:2

**overnight** 18:25

**owners** 16:3

**P**

**p.m.** 93:19

**packed** 37:14

**packing** 34:14

**pad** 24:11

**padding** 14:4,9 15:8 77:19

**pages** 93:17

**paid** 56:9 58:2 60:1

**paint** 74:5

**pamphlets** 14:21

**pan** 15:16 58:6

**paper** 15:13,21 25:7 34:17,18,19,22 48:6 62:4

**paper-paper** 90:13

**papers** 29:16 35:11 88:23 89:3 90:5,7,9

**paperwork** 18:22 66:16

**paragraph** 54:18

**paraphrase** 33:13

**paraphrases** 48:23

**paraphrasing** 33:13

**pardon** 92:17

**park** 75:24

**parking** 39:5

**part** 28:2 47:24 48:12 49:2 75:12 80:12,13 88:13 92:2

**parties** 58:12,19

**party** 93:14

**passenger** 19:15 46:8, 14,22 47:2 91:24

**past** 10:25 16:10 29:15

**Patrol** 30:23

**Patrolman** 60:23

**pay** 40:16 45:11 61:10

**paying** 41:15

**payout** 58:10

**pedal** 29:18

**Pennsylvania** 14:7

**people** 5:23

**percent** 48:15 52:15 72:5 78:1 80:6

**perfect** 7:24 28:8 50:19 79:14

**perfectly** 49:12 80:7,9, 10

**perform** 25:25

**performed** 83:15 84:24

**performing** 69:21

**period** 43:25 73:6

**permission** 63:13

**person** 5:16 29:13 35:13 85:14

**personal** 23:17 52:1 56:7,14,15 57:21 59:4, 6,15,22

**personally** 45:25 57:16,22,25 77:11

**perspective** 80:16

**pesky** 12:16

**phone** 30:18,20

**photograph** 39:13,16, 21 40:13

**photographs** 38:1,18

**photos** 89:18 92:4,11

**physically** 26:18

**pick** 17:3 18:16 19:5 28:16 31:23 32:3,18,19 78:12 80:13

**picked** 10:25 18:13 78:23 82:16,17

**picking** 13:16 82:10

**pickup** 29:12,17 88:20

**picture** 38:6 90:8,20

**pictures** 36:25 37:1 89:12,18,20,21 90:15, 18,23 91:4,5,6,8,12,18

**piece** 48:6 62:4

**Pitman** 73:20,25

**place** 25:13

**places** 17:6

**plaintiff's** 37:18,21,23 53:22,23 54:2 61:13 62:20,21,25 66:6,8 68:8,9,13 87:12

**plan** 49:17 50:1

**planning** 32:13

**plant** 13:14,17 77:22

**plants** 13:15

**plastic** 88:24

**plate** 39:15

**pleasure** 86:24

**plug** 78:21

**pod** 72:18

**point** 8:19 10:22 12:11 32:14,17 33:8 35:3,25 40:20 43:11,22 44:8,10 51:18 55:24 61:3,20 82:17,18 83:14 88:19 89:15 90:5,24

**police** 91:25

**policeman** 31:5 93:1

**policy** 21:19 22:8

**pool** 12:13

**portion** 39:1,2

**positive** 57:13 66:15

**post** 10:24 28:1 75:17

**post-trip** 21:2,12,16 65:11

**potentially** 82:3

**pothole** 21:1

**pounds** 42:23 46:17 77:18

**power** 72:13,15,16,19, 23 73:7,15,23 74:12,22 76:17 78:2 82:11 83:2, 6,7,10

**pre-** 21:15

**pre-thought** 55:8

**pre-trip** 20:17,23,24 21:11,14 22:4,17,24 25:9,10,12 29:1 31:16 65:11,15

**pre-trips** 27:14

**preexisting** 40:22,23 61:5

**Premier** 9:24 10:25 13:1

**Premier's** 13:17

**prepare** 13:7 24:18



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

prepared 63:2 65:14

present 75:10

pressure 6:21 8:24
43:24 82:23

pretrial 91:5

pretty 14:6,7 15:8,10
17:20 19:14 20:14 21:7
27:9 36:19 47:7 58:22
86:15 90:16

pretty-pretty 88:16,17

previously 85:11

primarily 17:7

prime 50:17

principle 33:7

principles 45:5

prior 88:13

problem 60:8,20 61:7
80:2 85:23

problems 25:22 29:1
30:9 52:8 59:11,21
60:13,14 72:24 82:16
84:22 86:4

Procedure 93:13

process 15:17 16:4
42:25 58:17 75:13,15
85:8

produced 54:4,7 91:10

product 13:11,13,21
17:12

products 16:19

proficiently 81:23

program 51:23

prompted 69:13,14

proper 5:9 47:18

property 47:1 53:16
58:25

propose 6:4

PTI 25:12

Public 63:3 68:25

puddle 78:14

pull 39:5 74:10,12 77:3
79:13 84:6 87:22

pulled 12:13 69:14 73:3
81:17,21

pulling 69:20

pulls 44:25

purpose 93:17

purposes 44:7 90:25
91:13

pursuant 6:3 93:12

push 88:1

put 17:18 20:20 23:17
29:18 34:21 35:19 36:1
38:1 39:21 44:20 52:1,2
53:25 56:5 61:6 62:23
66:10 67:19 68:2,12
79:20,21,25 81:18,21

putting 14:25 23:5

---

## Q

question 6:5,23 7:11,
25 8:5,10,12,15,22 55:4
83:9 84:13 87:7

question-and-answer
8:25

questions 7:24 8:8
12:16 60:25 86:3 87:2
89:5

quick 21:13 22:23 23:2
35:19 36:4,19 53:20
54:22

---

## R

radius 13:5

ran 81:22

rare 73:8

reaching 66:18

read 14:20 54:17,22
71:15 74:21 93:6

reading 6:10 55:16
56:8 87:3 93:4

real 53:19 54:22

realize 36:5 41:23 46:4
86:20

realized 29:23

realizing 35:13

rear 79:5

reason 7:14 12:9 15:11
27:12 46:11 55:14 59:5
69:25

recall 28:14 34:16 87:8
88:14

recalls 41:5

recap 11:3

received 57:11 63:24
64:7,12 65:20 67:20
68:15

recently 10:24 37:2

recognize 38:5,11
53:20 63:6

recollection 33:21
37:9 40:14,19 41:12,24
62:12 67:3

reconstructionist
41:23

record 5:25 11:17,23
14:24,25 19:23,25
39:14 65:24 71:19
86:17

recorded 83:17

records 60:15

rectified 67:13

red 74:22

reefer 17:8 22:2

refer 5:13 7:5 13:4 20:3
22:2,23 26:8 38:2 47:8
70:22

references 66:24

referred 33:19

referring 38:23 40:9
64:17 70:15 91:8

refers 42:8 70:18

refresh 41:11 67:3

regs 80:20,21,22

regular 12:21 19:20
31:16 34:8,19 46:21

regulation 77:8 81:24

regulations 14:12 33:1
70:6,19

relate 28:9

related 10:12 53:16
67:25

relation 9:19 16:2
36:14

relatives 12:13

remainder 8:9

remember 32:9,11
69:15 75:10 85:1 89:17

remembered 11:22

remembering 76:21

repaired 62:3

Repairs 85:18

rephrase 8:1

replaced 65:8 78:20
84:18

replacing 84:8

report 30:16 31:7 63:1
66:1,12 67:7 68:17

reporter 7:15,19 32:24
49:13 54:1 68:12 93:9

reports 25:1,5 27:14

represent 6:15 66:11
68:14

requested 54:8 93:15

require 20:25

required 11:8 17:21
23:19 50:5 71:23

requirements 20:22

requires 20:17 42:15

Resaca 15:18

reserved 6:6

reside 9:7

responded 15:20

response 7:14 54:9



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

70:12

**responses** 7:10

**responsibilities** 16:17,18

**responsibility** 47:22, 25 52:19

**responsiveness** 6:5

**restroom** 8:20

**result** 38:23,24 39:24 87:9,14

**retrospect** 82:2

**review** 26:19,20 93:15

**revoked** 12:22

**Rich** 6:15

**ride** 36:20 92:20

**rides** 80:9

**riding** 48:10,11 50:19

**right-hand** 30:7 34:5 91:24

**rims** 80:4

**ring** 41:11

**ripples** 40:3

**road** 14:3 16:12 18:4 24:1 27:21 30:7 32:18, 19 34:22 40:17 41:16 42:25 43:1,7 45:17 46:21 48:6 52:24 77:23 81:9 89:25 90:2,11 92:24

**roadside** 69:16

**roadway** 45:21,24 81:9

**Rocky** 9:7,10,11,12 28:24

**roll** 35:11

**Rolled** 13:22,23

**room** 19:12 29:7 45:18

**roughly** 9:20 10:8 17:14 69:4

**round** 78:16

**route** 82:19,20

**routine** 18:11 23:20 25:23 75:25

**routinely** 19:11

**rub** 74:3

**rubber** 74:23 78:18,19, 21

**rubbing** 73:21

**rubs** 74:11

**rude** 7:16 66:19

**rule** 40:22 93:12

**rules** 7:2,8 32:17,20 82:4 93:13

**run** 17:5 31:17 35:18 48:22 51:7 54:17 73:10 77:14

**running** 29:1 44:22

**runs** 42:22 65:7 73:25 79:17

**ruptured** 72:23

## S

**safe** 35:17 47:18 81:3

**safely** 88:18

**safety** 14:12 23:8 27:2 32:25 33:7 63:3 68:25 70:6,19

**sand** 17:11

**sarcastically** 58:17

**sat** 48:7

**Saturates** 72:18

**Saturday** 28:20

**scene** 33:12 38:18 89:12 92:5

**schedule** 84:1

**scope** 85:17

**screwdriver** 84:7

**seal** 75:3

**seat** 19:15,16

**seatbelt** 71:16 72:25

**seconds** 36:6 49:9,16

**section** 70:18,23

**seeking** 58:24

**seen-on-tv** 55:13

**sees** 56:17

**self-maintenance** 84:15

**semi** 34:6

**sense** 8:16 28:8 80:16, 20,25

**sentence** 49:13

**separate** 21:3

**separately** 16:6

**September** 10:6,16 14:1

**service** 71:4,8 72:4,7 74:16

**set** 18:22 23:21 42:15, 17 50:21,22 89:14

**sets** 89:18

**setting** 6:21

**settled** 56:16

**shake** 7:12

**shape** 79:22

**share** 66:2

**sheet** 85:24

**sheets** 26:24 85:24

**shiny** 74:6

**shipment** 14:8

**shipped** 57:12

**shop** 31:14 72:22 73:3 85:21

**short** 28:19 72:24 91:21,22

**Shortly** 30:22

**shoulder** 30:7 66:18 90:2

**show** 18:13 31:10 53:19 57:3

**showed** 30:23 31:2,11 91:19

**showing** 18:2

**shut** 21:17

**sic** 51:1

**sick** 60:3

**side** 7:13 16:24 25:8 32:10 34:22 47:24 48:14 57:10 59:24 72:17 89:4 90:6,11,22 91:24

**side-to-side** 92:15,17

**sign** 63:13 65:6 93:6

**signature** 63:9,10,12 64:7,10,18,19,22

**significance** 47:3

**significant** 22:22

**significantly** 43:19 46:7,12

**signing** 6:10 87:4 93:5, 16

**simple** 46:24 84:6

**simply** 8:13 12:10 45:12

**sincere** 33:16

**sincerely** 53:6 86:20

**sir** 6:20 7:22 8:3 9:2 13:8 14:18 25:6 27:17 34:3 40:5 53:18 54:13, 16 60:17,20 65:20 86:25

**sit** 18:25 19:4

**sits** 44:22 72:16

**sitting** 17:25 18:1,18 28:18 44:24 47:9 55:21 78:14

**situation** 47:19 51:13

**situations** 45:12,20 49:5 50:2

**skid** 43:7 44:4 45:2 89:21 92:11

**skidding** 30:3



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

skids 45:2

skill 42:15,17

skip 43:2 74:15

sleep 75:25

sleeper 19:8,15

slept 19:11,13

sliding 30:3

slow 29:19 34:25 35:12 48:4 51:9

slowdown 29:24 46:3

slowed 29:18 43:10 56:4

slowing 36:19 44:19 45:2

slowly 30:6

smack 23:2

small 30:11 33:4

smaller 84:15

smiling 11:23

Smith 49:20,24

soak 78:17

solid 43:10,11 88:4

something's 59:22

sons 60:5

sort 22:14,18 23:11 24:16 26:13

sound 43:15

south 28:23

space 23:9 35:21

speaking 45:23 62:25

specific 87:16 89:20

specifies 75:22

speed 35:14 36:16 41:25 44:10,16 51:10

spell 5:9

spend 27:20,23 28:6 76:5 82:7

Spent 10:18

spews 72:19

spot 18:25 19:4

spots 80:4

stable 80:10

stand 81:5

standardized 21:25

standing 60:24

standpoint 10:23

stands 70:25

start 20:15 36:1 64:1,2 76:4

started 10:20 14:1 15:9 29:5,16 33:23

starts 34:9

state 5:9 30:23 59:9 60:23 65:21 80:11

statement 55:2

status 71:20

stay 38:15 78:3

stayed 19:13 29:9

steady 30:4 34:8

steel 74:5 88:2,3,4

steer 73:13 74:8 79:13

steering 72:13,15,16, 19,23 73:8,10,12,15,19, 23 74:12 76:17 78:2 82:11 83:2,6,7,11

step 59:18

sticker 67:12 68:2

stint 77:12

stood 36:3

stop 19:4 29:22 30:1 35:19,23 36:2,4,10,22 43:16 44:1 45:6,14 48:3,5,13,16 50:25 51:6 54:24 69:16 73:12 76:22

stopped 10:23 38:14 52:24,25 55:6 69:17 72:23 76:18 85:21

stopping 42:25 44:8

straight 30:4 74:8 81:5

strange 5:24

stream 34:8

stretch 24:1

strictly 55:19

strike 43:22

stuck 25:10

studied 14:20 15:2

study 14:22,25

stuff 6:1 11:25 16:6 17:8 30:19 33:23,25 34:14 59:25 75:18 85:19

stupid 35:22

subject 14:11

subjective 78:8

subjectives 78:11

subsection 70:23

sudden 43:10

sue 56:12 58:4 60:4,8

suing 57:16,22 61:17

suit 58:19

summons 67:15

Sunday 28:15,21

supplies 29:13

support 56:1,6

supposed 92:20

surface 43:7

suspended 12:22

swath 80:8,16

swear 5:3

swerve 92:14

swerves 92:11

swings 74:2

sworn 5:5

swung 92:25

system 49:21,24 73:19 83:1

systems 23:8

---

**T**

T-BONED 59:24

tag 66:24 67:10,12,17 68:3 86:6

tagging 80:21

takes 88:2

taking 7:1 13:17 23:4 51:4 55:25 90:19,23

talk 16:5 27:5 61:12

talked 16:7,8 31:4,6 42:3,5 50:5 58:5 61:15 68:22 85:10 86:1 88:20

talking 11:8 20:4,5 30:21,25 32:24 39:11, 20 46:25 47:9 63:18 67:8 70:10 76:24 78:3 79:24 81:25 87:17

talks 49:15,25

tapped 30:4,11 36:17

taught 14:18 51:20

teach 79:12

tear 26:18 73:25

tech 14:16

telling 30:25 52:16

tells 44:11 58:8 59:21

ten 12:19,20,22 51:25 92:4

tendency 43:5

Tennessee 77:15

term 42:8 48:18

terms 49:24

test 15:4,6

testified 5:6

thereabout 9:20

thing 7:17 14:24 21:1 22:14,19 23:11 24:13, 16 26:13 28:2 33:16 39:20 57:17,20 60:18 61:8 73:1 74:5 75:4



Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

76:22 77:22 79:9,22
81:16 82:2 89:1 90:16,
23 91:13

**thing's** 74:14

**things** 31:6 36:20 37:9
46:25 53:8 54:17 70:5
77:25 84:15 85:21
86:21 92:7

**thinking** 6:22 64:16

**Thomas** 5:19

**thought** 33:25 37:5,14
63:20 64:16

**threatening** 46:4

**three-quarters** 66:23

**throw** 47:21

**ticketed** 53:12,14,15

**tie** 52:8

**tight** 39:4

**time** 7:25 8:19 10:19
15:10,25 17:24 18:5,12,
24 20:10,12 23:16
25:13,18 27:20,22,23
28:2,6,9,21 34:11 47:16
52:13,23 55:24 57:3
58:20 65:4 66:14 67:13
72:22 73:2,3,6,11
75:10,23 76:5 77:3,5,8,
11,16 82:6 86:20 88:12
89:23

**times** 8:8 18:16 25:9
45:3 46:14 51:25 73:7

**timesheets** 83:18

**tire** 23:5,7 24:8 65:6
67:8,9 73:20 74:1,2,3
79:1,2,3,4,5,6,14,20,21,
24,25 80:1,5,6,12,17
81:3,5,17 82:11

**tire's** 23:4

**tires** 22:13,17 23:3
24:12 26:13 35:20
42:24 43:4,9,11 44:15,
20 75:5,16 76:14 78:16
84:20

**titled** 70:10

**today** 55:21 56:25

66:12 68:20

**told** 16:16 31:8 33:11
55:22 57:18 59:8 61:21

**top** 71:1 72:17

**topic** 5:15 82:1

**total** 18:5 34:7

**totally** 28:8

**tote** 88:24

**touched** 14:9

**town** 9:9 17:4

**tractor** 25:17 26:14,25
27:7 37:12,19 38:16,24
39:25 42:9,22,23 43:25
45:7 62:12 68:16 69:8,
17 72:12,24 74:20
76:17,25 77:1 79:21
81:18,20,22 83:6,10
84:11,16 87:9

**tractor-trailer** 38:9
43:17 46:7,20 47:1
48:24 79:17

**tractor-trailers** 51:2

**tractors** 26:1 78:10

**Tracy** 11:19

**trade** 78:23

**traffic** 29:5 34:8 48:17
50:22,23 52:8,24 89:24
92:15

**trailer** 18:14,18 26:25
27:1 28:17 31:15 35:19
41:6 42:16,21,22 43:3,
17,23 45:7,14 74:19,25
75:2,3,5,8,9,12 77:2,20
78:3,4,5 79:4,5,21 80:9
81:12,18,22 82:7

**trailers** 29:6 34:6 78:10

**trained** 48:24 49:20

**training** 46:8,12 47:5,8,
10,17 49:2

**transcribed** 93:10

**transcript** 7:4

**transferred** 10:20

**transport** 10:20 16:19

54:23 55:12,13 56:12
58:5 89:14

**Transportation** 25:25

**travel** 34:1

**traveled** 14:6

**traveling** 28:23 32:14
54:25

**tread** 24:15 65:13 79:2,
3,5,13,15,22 80:2 81:21

**trees** 52:2

**trial** 12:11 91:13

**trim** 88:10,13

**trip** 24:21 25:10 77:23

**trooper** 59:9 65:21

**truck** 10:1,4 16:11,25
18:14,18 19:4,7,8,11,
13,14,17 20:2 21:13,17
23:17,18,22 25:20
28:16,18 29:2,12,17
30:17 31:2,7,14 33:20
34:1 35:18 37:2 43:9
45:3,22 48:9 51:4,7,16,
20 52:1,3,21 54:24 56:3
58:8,14 62:8 69:17
73:10 74:2 75:24 76:2,7
77:20 78:22 80:3 82:6
83:8 84:17,18,20 87:20
88:20

**truck's** 18:22

**trucking** 10:17 13:25
56:17,19 85:18

**trucks** 11:1 19:19 29:6
34:6 48:10 84:25 85:4,7
90:2

**tubing** 74:17 75:4
78:18

**tumbled** 89:4

**turn** 24:19,21 59:20
73:12

**turned** 61:20 66:16
68:1

**type** 7:4 14:1 48:23

**typical** 18:7,10

<hr>

## U

**Uh-huh** 26:9 35:2

**uh-huhs** 7:17

**unanticipated** 49:3

**unaware** 70:2

**undergo** 46:11

**underneath** 14:4 23:13
41:7 76:6 82:21 87:20

**understand** 7:18 8:1,2
11:14 16:15 20:16
25:24 27:5 31:22 42:7,
14 45:16 48:21 78:8
92:8

**understandable** 58:23

**understanding** 65:1
67:13

**understood** 8:6 14:11
32:17 33:6 40:24 62:10
78:6

**unexpected** 48:12

**unheard** 69:24

**unit** 70:24 74:22

**unlike** 73:9

**unloaded** 19:4

**upwards** 46:14

**usual** 22:16

**utter** 48:5,13 51:6

<hr>

## V

**van** 6:16 17:9,11 34:4
37:19 38:14,25 39:25
40:8 62:6 87:10 91:7

**vehicle** 10:2,4 11:5,7,8
16:12 20:8,16 23:18
24:25 25:20 29:19
30:10 31:3 35:12 36:21
38:5,12 41:17 42:9
44:19 46:15,22 47:2,4
50:25 52:1,6 56:10,15
62:3 63:1 67:11,24
68:17 73:16 74:23
91:25

**Elizabeth Gallo**
COURT REPORTING, LLC

Guy Mitchell vs Dixie Transport, Inc., et al.
Felix Milo Daley

December 14, 2017

**vehicle's** 56:11

**vehicles** 40:10 41:2

**verbal** 7:9,14

**verification** 58:2

**versus** 22:23

**vertically** 74:1

**videos** 47:10

**violating** 82:3

**violation** 70:6,17,24
71:8,15 72:8

**violations** 64:25 65:1,3
70:4,10,14 77:25

**visible** 26:14

**visual** 24:5,9

**voicing** 57:15

---

**W**

**wait** 6:10 19:5 28:20
63:17

**walk** 10:11 16:4,6 18:7,
9 22:17 28:13 42:6 52:7
69:11

**walk-around** 23:2 26:8
75:16 76:3,10 79:10

**walked** 30:17 60:1
61:21

**walking** 90:21

**walks** 51:15

**wandering** 30:19

**wanted** 27:20,22 31:11
35:16,20 68:5 77:19
90:8

**warning** 66:25 83:1,3,
4,5,10

**warnings** 67:6

**watching** 47:9

**water** 77:18 82:23

**wear** 24:16 73:25
79:18,20

**wearing** 71:16

**week** 17:15,16 27:21
47:14,15 77:7,9

**weekend** 28:6,19

**weekends** 16:13 27:22
28:6

**weeks** 47:15

**weight** 35:20 42:23
43:3 44:20

**welded** 73:19

**wet** 78:19

**what-if** 51:23

**whatnot** 29:16

**wheel** 44:11,15,18 45:1
47:13,14 73:12 78:5

**wheelhouse** 86:9

**wheels** 42:24 43:1,25
44:6,18 45:1

**whine** 74:13

**white** 33:20

**Whitfield** 9:14,19 12:6

**wholesalers** 14:5

**wife** 11:14,23 51:20
59:24

**win** 51:12 52:10

**winning** 51:12

**woman** 56:20,22

**words** 36:14 53:2

**work** 9:23,24 10:11,24
14:2 21:10 28:3 34:20
75:17 86:10

**worked** 10:17 16:16
28:3 76:12

**working** 76:4

**worn** 73:19,20

**worry** 61:21

**worse** 52:7

**worth** 24:11

**wreck** 6:17 19:21 20:3,
4,12 37:1 47:23 55:22
62:10 66:1,12 69:4,9
70:1 92:5

**written** 7:4 15:6 58:7

**wrong** 21:8 27:7 33:13
61:1 72:12 75:18 82:15

**wrote** 55:17 85:23
87:13

---

**Y**

**yard** 18:14 31:24

**yards** 29:12 34:4

**year** 10:21,23 20:13
47:15 82:9

**years** 10:8,18 11:20
12:19,20,23 57:8 59:20
60:7 82:14

**yesterday** 34:16 40:7

**young** 6:25 57:1

---

**Z**

**zone** 44:17





PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT
1-A



PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT
1-B

# DIXIE TRANSPORT, INC

August 18, 2014

Case#14-1090CS

Plaintiff- Guy Mitchell
Defendants- Dixie Transport,Inc.;Jimmy F. Brown

This is a response to the claim that was filed July 22, 2014; case # 14-1090CS.

Guy Mitchel was driving an old 1999 Chevy van going south bound on I-75 at Carbondale Road;
he was in the middle lane. When he suddenly came to a complete stop, for no reason causing
Dixie Transport, Inc. truck to hit him in the rear of the van. Causing minor damage according to
the State Patrol who was at the scene.

It is believed by Dixie Transport, Inc. that this was an intentional stop in front of a truck traveling
70mph to collect insurance money. Not only from the insurance company also from Dixie
Transport, Inc. Due to Dixie Transport, Inc. was contact by a seen on TV lawyer Montlick &
Associates and for some reason this lawyer dropped the case.

Our insurance company paid Guy Mitchell $4657.68 for a vehicle that is worth less than half of
that as you can see from the documents attached.

Guy Mitchell was suing our insurance company on this case; till the insurance company paid him
he then dropped that case and is now suing Dixie Transport, Inc.

We are not guilty of any charges and damages seeing Guy Mitchell had accepted the settlement
from our insurance company.

Attached:
May 28, 2014 Letter from Montlick & Associates    (3) Ads with selling price of a 1999 Chevy Astro Van
July 7, 2014 Letter from Guy Mitchell    (1) Photo at accident with guy Mitchell in Picture
Kelley Blue Book Value of 1999 Chevy Astro Van    (2) Photos at accident of damage to van
Edmunds appraisal of 1999 Chevy Astro Van    (1) Photo at accident of damage to Dixie's truck
NADA Value of 1999 Chevy Astro Van    State of GA Traffic crash report & citation

PO Box 599
Resaca, GA 30735

PHONE (800) 747-5688
FAX (706) 624-2828
E-MAIL customerservice@dixietransport.net
WEB SITE http://www.dixietransport.net

2685 US Hwy 41
Calhoun, GA 30701



PLAINTIFF'S EXHIBIT

PENGAD 800-631-6989

**Georgia Department of Public Safety**
**Motor Carrier Compliance Division**
P.O. Box 1456
Atlanta, GA 30371
(404) 624-7211

Report Number: GA0332001829
Inspection Date: 03/09/2014
Start: 5:00:00 PM ET   End: 5:30:00 PM ET
Inspection Level: II – Walk-Around
HM Inspection Type: None

DIXIE TRANSPORT INC
2685 US HWY 41 NE
CALHOUN, GA 30701
USDOT#: 00540975          Phone#: (706)624-1919
MC/MX#: 269336            Fax#:
State#:

Driver: DALEY, FELIX M
License#: ▮▮32                          State: GA
Date of Birth: ▮▮/1964
CoDriver:
License#:                              State:
Date of Birth:

Location: CARBONDALE RD          MilePost: 326        Shipper: NA
Highway: 75 SB                   Origin: RINGGOLD, GA      Bill of Lading: NA
County: WHITFIELD, GA            Destination: CALHOUN, GA   Cargo: EMPTY

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | CVSA Issued # | OOS Sticker |
|------|------|------|------|-------|---------|--------------|-----|------|--------|---------------|-------------|
| 1 | TT | KW | 2000 | GA | IC79AQ | 214 | 1XKWDB9X9YR841935 | 52,000 | | | |

**BRAKE ADJUSTMENTS:** No Brake Measurements Required For Level 2

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|----------|---------|------|-----|------------|--------|-------|-----------------------|
| 392.2UCR | 40-2-140B | D | N | | N | N | Driver:UCR Violation (Interstate) at time of inspection. |
| 393.75C | 393.75(c) | 1 | N | | N | N | Truck:Tire-other tread depth less than 2/32 of inch on lt side # 3 axle inner tire at time of inspection. |

**HazMat:** No HM Transported.                    Placard: No      Cargo Tank:

Special Checks: No Data for Special Checks.

**State Information:**
Consignee: NA; Commodity Description: EMPTY; For Hire?: YES; High Risk Rural Road (Y or N): N; Have CDL?: YES; CDL Required?: YES; DL Status Checked? (Required): YES; Cargo Inspected?: NO;

NOTE TO MOTOR CARRIERS: This certification MUST BE SIGNED by a Motor Carrier Official and RETURNED WITHIN 15 days to the address on the top of this report. Out-of-service (OOS) defects must be corrected in accordance with the OOS notice. ALL NON-OOS VIOLATIONS MUST BE CORRECTED PRIOR TO THE NEXT DISPATCH.

CERTIFICATION BY CARRIER OFFICIAL: The undersigned certifies knowledge of applicable State and Federal Motor Carrier Safety and Hazardous Material Rules, Regulations, Standards and Orders, and declares all operations will be conducted in compliance with such requirements. The undersigned certifies that all violations noted on this report have been corrected and action taken to assure compliance with the Motor Carrier Safety and Hazardous Material Regulations insofar as they are applicable to motor carriers and drivers.
NOTICE: False Statements or Swearing's are FELONIES (OCGA 16-10-20).
NOTE: "If NO violations are shown, you DO NOT need to return this report."

Signature Of Motor Carrier X: _____          Title _____          Date 3-11-14

PLAINTIFF'S EXHIBIT 3
PENGAD 800-631-6989

Report Prepared By:
TERRY ABBOTT
X _____

Badge #: 332

Copy Received By:
FELIX DALEY
X _____

Page 1 of 1

00540975  GA  GA0332001829



# STATE OF GEORGIA TRAFFIC CRASH REPORT
Georgia State Patrol
Georgia Department of Public Safety
P.O. Box 1456
Atlanta, Georgia 30371-1456

| Reporting Agency Case Number | Reporting Agency CAD Number GSPA14CAD018071 |
|---|---|

## CRASH IDENTIFIERS
| Crash Number C00023156S-01 | Reporting Agency GEORGIA DEPARTMENT OF PUBLIC SAFETY | | |
|---|---|---|---|

| County of Crash WHITFIELD | City or Place of Crash | ☐ City Limits | Crash Date/Time 03/09/2014 04:16 PM | Reported Date/Time 03/09/2014 04:16 PM | Dispatched Date/Time 03/09/2014 04:20 PM |
|---|---|---|---|---|---|

| On Scene Date/Time 03/09/2014 04:39 PM | Cleared Scene Date/Time 03/09/2014 06:00 PM | Complete Date/Time 03/09/2014 06:00 PM | Reason (if Investigation Not Complete) | Source of Information LAW ENFORCEMENT AGENCY |
|---|---|---|---|---|

## ROADWAY INFORMATION
| Roadway Description for Location of Occurrence 75S MM326 | | Distance to City or Place of Crash | Latitude N 34.66303183 | Longitude W 84.98945783 |
|---|---|---|---|---|

| Intersecting Roadway Description for Location of Occurrence | Distance / Direction from Crash Location | Roadway ☐ Blocked | Roadway Cleared Date/Time |
|---|---|---|---|

| Part of National Highway System YES | Roadway Functional Class Type RURAL | Roadway Functional Class Detail PRINCIPAL ARTERIAL-INTERSTATE | |
|---|---|---|---|

| Type of Shoulder PAVED | Roadway Lighting NO LIGHTING | Roadway Bikeway Facility NONE | Signed Bicycle Route NOT APPLICABLE |
|---|---|---|---|

| Traffic Control Type at Intersection | Mainline Number of Lanes at Intersection | Side Road Number of Lanes at Intersection | |
|---|---|---|---|

## CRASH INFORMATION
| Light Condition DAYLIGHT | Weather Condition CLEAR | Roadway Surface Condition DRY | ☐ Crash Pictures Taken |
|---|---|---|---|

| First Harmful Event Type COLLISION NON-FIXED OBJECT | | First Harmful Event Detail MOTOR VEHICLE IN TRANSPORT | |
|---|---|---|---|

| | Vehicles | CMV | Motorists | Non-Motorists | Injured | Fatalities | Witnesses | Other Persons | Businesses | Violations |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Counts | 2 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

| First Harmful Event's Relation to Junction NON-JUNCTION | Is First Harmful Event within Interchange Area NO | Type of Intersection NOT AT INTERSECTION | |
|---|---|---|---|

| Contributing Circumstances: Environment NONE | Contributing Circumstances: Environment NONE | Contributing Circumstances: Environment NONE |
|---|---|---|

| Contributing Circumstances: Road NONE | Contributing Circumstances: Road NONE | Contributing Circumstances: Road NONE |
|---|---|---|

| School Bus Related NO | Work Zone Related NO | Crash Location in Work Zone |
|---|---|---|

## VEHICLE V01
| ▶ V01 | Motor Vehicle Type MOTOR VEHICLE IN TRANSPORT | | State GA | License Number IC79AQ | Registration Expires 2012 | ☐ Permanent Registration | VIN 1XKWDB9X9YR841935 |
|---|---|---|---|---|---|---|---|

| Year 2000 | Make KENWORTH | Model W900L | Style TR | Color MAR | Body Type Category MEDIUM / HEAVY TRUCKS (MORE THAN 10000 LBS (4536 |
|---|---|---|---|---|---|

| Special Function of Motor Vehicle in Transport NO SPECIAL FUNCTION | Emergency Motor Vehicle Use NO | Type of Bus Use NOT A BUS |
|---|---|---|

| Owner First Name | Owner Middle Name | Owner Last Name | Owner Suffix | Owner Business (if not Person) DIXIE TRANSPORT INC | | |
|---|---|---|---|---|---|---|

| Address 2685 US HWY 41 NE | Address Other | City CALHOUN | State GA | Zip Code 30701CAR |
|---|---|---|---|---|

| Owner Phone Number 706-624-1919 | Owner Phone Number (other) | Insurance Company GRANGE MUTUAL | Insurance Policy Number XA2086942 |
|---|---|---|---|

| Vehicle Removal DRIVEN - NOT DISABLED | | Vehicle Towed By | Wrecker Selection Method |
|---|---|---|---|

| Direction of Travel Before Crash SOUTHBOUND | Estimated Speed: | Posted 70 | Roadway Type DIVIDED HIGHWAY | Total Lanes 3 | Roadway Horizontal Alignment STRAIGHT | Roadway Grade DOWNHILL |
|---|---|---|---|---|---|---|

| Trafficway Description TWO-WAY DIVIDED POSITIVE MEDIAN BARRIER | | Traffic Control Device Type NO CONTROLS | Working Property |
|---|---|---|---|

| Roadway Description for Vehicle Travel 75S MM326 | | | |
|---|---|---|---|

| Vehicle Maneuver Action (by this vehicle) MOVEMENTS ESSENTIALLY STRAIGHT AHEAD | Hit & Run (by this vehicle) NO DID NOT LEAVE SCENE | Damage Extent (for this vehicle) MINOR DAMAGE |
|---|---|---|

| 1st Sequence of Events Type (this vehicle) COLLISION NON-FIXED OBJECT | 1st Sequence of Events Detail (this vehicle) MOTOR VEHICLE IN TRANSPORT | |
|---|---|---|

| Most Harmful Event Type (this vehicle) COLLISION NON-FIXED OBJECT | Most Harmful Event Detail (this vehicle) MOTOR VEHICLE IN TRANSPORT | |
|---|---|---|

| Contributing Circumstances 1 (this vehicle) NONE | Contributing Circumstances 2 (this vehicle) NONE |
|---|---|

| Area of Initial Impact | Most Damaged Area |
|---|---|
| ☐ Non Collision | ☐ Non Collision |
| ☐ Top | ☐ Top |
| ☐ Undercarriage | ☐ Undercarriage |
| ☐ Unknown | ☐ Unknown |

| ☑ CMV | Gross Vehicle Weight Rating 10001-26000 LBS (4536-11793 KG) | Commercial Motor Vehicle Configuration TRUCK TRACTOR (BOBTAIL) | Placard Hazardous Material Number | Placard Hazard Class Number |
|---|---|---|---|---|

| Hazardous Materials Released From Cargo NO | Hazardous Materials Placard NO | US DOT Number 540975 | Motor Carrier State | Motor Carrier State Number |
|---|---|---|---|---|

| Motor Carrier Name DIXIE TRANSPORT INC | | City CALHOUN | State GA | Zip Code 30701 |
|---|---|---|---|---|

| Address 2685 HWY 41 N | Address Other | Motor Carrier Interstate / Non-Commercial INTERSTATE CARRIER |
|---|---|---|

| Phone Number 706-624-1919 | Source of Information | |
|---|---|---|

| Occupant Type DRIVER | Person Name (First Middle Last Suffix) FELIX MILO DALEY | Injury Status NO INJURY(O) |
|---|---|---|



PLAINTIFF'S EXHIBIT
4

PENGAD 800-631-6989

OFFICIAL COPY                                          Version 9.9.9.9

## VEHICLE V02

| | State Vehicle Type | State | License Number | Registration Expires | Permanent Registration | VIN |
|---|---|---|---|---|---|---|
| V02 | MOTOR VEHICLE IN TRANSPORT | GA | BGE7699 | 2014 | | 1GNDM19W8XB177057 |

| Year 1999 | Make CHEVROLET | Model ASTRO VAN ASTR | Style VN | Color WHI | Body Type Category PASSENGER VAN |
|---|---|---|---|---|---|

| Special Function of Motor Vehicle in Transport NO SPECIAL FUNCTION | Emergency Motor Vehicle Use | Type of Bus Use NOT A BUS |
|---|---|---|

| Owner First Name GUY | Owner Middle Name MILO | Owner Last Name MITCHELL | Owner Suffix | Owner Business (if not Person) | | |
|---|---|---|---|---|---|---|

| Address 31 MAJESTY DR | Address Other | City ROCKMART | State GA | Zip Code 30152-8008 |
|---|---|---|---|---|

| Owner Phone Number 614-288-0918 | Owner Phone Number (other) | Insurance Company SAFECO | Insurance Policy Number F2882564 |
|---|---|---|---|

| Vehicle Removed DRIVER - NOT DISABLED | Vehicle Towed By | Wrecker Selection Method |
|---|---|---|

| Direction of Travel Before Crash SOUTHBOUND | Estimated Speed: | Posted Speed 70 | Roadway Type DIVIDED HIGHWAY | Total Lanes 3 | Roadway Horizontal Alignment STRAIGHT | Roadway Grade DOWNHILL |
|---|---|---|---|---|---|---|

| Trafficway Description TWO-WAY DIVIDED POSITIVE MEDIAN BARRIER | Traffic Control Device Type NO CONTROLS | Working Properly |
|---|---|---|

| Roadway Description for Vehicle Travel 70S MM326 | | |
|---|---|---|

| Vehicle Maneuver Action (by this vehicle) SLOWING | Hit & Run (by this vehicle) NO DID NOT LEAVE SCENE | Damage Extent (for this vehicle) MINOR DAMAGE |
|---|---|---|

| 1st Sequence of Events (this vehicle) COLLISION NON-FIXED OBJECT | 1st Sequence of Events Detail (this vehicle) MOTOR VEHICLE IN TRANSPORT |
|---|---|

| Most Harmful Event Type (this vehicle) COLLISION NON-FIXED OBJECT | Most Harmful Event Detail (this vehicle) MOTOR VEHICLE IN TRANSPORT |
|---|---|

| Contributing Circumstances 1 (this vehicle) NONE | Contributing Circumstances 2 (this vehicle) NONE |
|---|---|

**Area of Initial Impact**
- [ ] Non Collision
- [ ] Top
- [ ] Undercarriage
- [ ] Unknown

**Most Damaged Area**
- [ ] Non Collision
- [ ] Top
- [ ] Undercarriage
- [ ] Unknown

| Occupant Type DRIVER | Person Name (First Middle Last Suffix) GUY MILO MITCHELL | Injury Status NO INJURY(O) |
|---|---|---|

## DRIVER V01

| | Person Type | Vehicle V01 | Person Type Detail | | | | |
|---|---|---|---|---|---|---|---|
| | DRIVER | | | | | | |

| First Name FELIX | Middle Name MILO | Last Name DALEY | Suffix | Date of Birth 1/1964 | Age 49 | Sex M |
|---|---|---|---|---|---|---|

| Address 208 HIGHLAND DR | Address Other | City ROCKY FACE | State GA | Zip Code 30740 |
|---|---|---|---|---|

| Phone Number 443-286-9953 | Phone Number (other) | Condition at Time of Crash APPARENTLY NORMAL | | |
|---|---|---|---|---|

| Driver License Number 32 | Class A | Expires 05/02/2016 | State GA | Jurisdiction 02 | Type COMMERCIAL DRIVER LICENSE (CDL) | Status VALID LICENSE |
|---|---|---|---|---|---|---|

| Commercial Motor Vehicle Endorsements OTHER | | Recommend Driver ReExam |
|---|---|---|

| Drivers License Restrictions 1 CORRECTIVE LENSES | Drivers License Restrictions 2 NONE | Drivers License Restrictions 3 NONE |
|---|---|---|

| Driver Distracted by NOT DISTRACTED | Driver Vision Obstructions VISION NOT OBSCURED |
|---|---|

| Driver Actions at Time of Crash 1 (based on judgement of investigation officer) FOLLOWED TOO CLOSELY | Driver Actions at Time of Crash 2 (based on judgement of investigation officer) NO CONTRIBUTING ACTION |
|---|---|

| Driver Actions at Time of Crash 3 (based on judgement of investigation officer) NO CONTRIBUTING ACTION | Driver Actions at Time of Crash 4 (based on judgement of investigation officer) NO CONTRIBUTING ACTION |
|---|---|

| Motor Vehicle Seating Position: Row FRONT | Motor Vehicle Seating Position: Seat LEFT | Motor Vehicle Seating Position: Other NOT APPLICABLE | Seating Position Unknown |
|---|---|---|---|

| Restraint Systems SHOULDER AND LAP BELT USED | Helmet Use |
|---|---|

| Air Bag Deployed NOT DEPLOYED | Ejection NOT EJECTED |
|---|---|

| Trapped Extrication NOT TRAPPED | | Primary or Most Obvious of Body Area Injured During Crash |
|---|---|---|

| Injury Severity Level Type NO INJURY(O) | Injury Severity Level Detail | | |
|---|---|---|---|

| Law Enforcement Suspected Alcohol Use NO | Alcohol Test Type | Alcohol Tested TEST NOT GIVEN | Alcohol Test Result | BAC |
|---|---|---|---|---|

| Law Enforcement Suspected Drug Use NO | Drug Test Type | Drug Tested TEST NOT GIVEN | Drug Test Result |
|---|---|---|---|

| Violation Type Issued UNIFORM TRAFFIC CITATION TRAFFIC WARNING / FAULTY EQUIP | Number E014G9341 W17E21162 | Violation Description 40-2-8 EXPIRED TAG (WARNINGFOLLOWINGTOOCLOSELY) (FAULTYTIRES) |
|---|---|---|

## DRIVER V02

| | Person Type | Vehicle V02 | Person Type Detail | | | | |
|---|---|---|---|---|---|---|---|
| | DRIVER | | | | | | |

| First Name GUY | Middle Name MILO | Last Name MITCHELL | Suffix | Date of Birth 1958 | Age 55 | Sex M |
|---|---|---|---|---|---|---|

| Address 260 BEULAH LN | Address Other | City LOCUST GROVE | State GA | Zip Code 30248 |
|---|---|---|---|---|

| Phone Number 614-288-0918 | Phone Number (other) | Condition at Time of Crash APPARENTLY NORMAL | | |
|---|---|---|---|---|

| Driver License Number 444 | Class C | Expires 11/07/2015 | State GA | Jurisdiction 02 | Type NON-CDL DRIVER'S LICENSE | Status VALID LICENSE |
|---|---|---|---|---|---|---|

| Drivers License Restrictions 1 NONE | Drivers License Restrictions 2 NONE | Drivers License Restrictions 3 NONE |
|---|---|---|

| Driver Distracted by NOT DISTRACTED | Driver Vision Obstructions VISION NOT OBSCURED |
|---|---|

| Crash Number C000231565-01 | Reporting Agency GEORGIA DEPARTMENT OF PUBLIC SAFETY | | Reporting Agency Case Number | Reporting Agency CAD Number GSPA14CAD018071 |
|---|---|---|---|---|

| Driver Actions at Time of Crash 1 (based on judgement of investigation officer) NO CONTRIBUTING ACTION | | Driver Actions at Time of Crash 2 (based on judgement of investigation officer) NO CONTRIBUTING ACTION |
|---|---|---|
| Driver Actions at Time of Crash 3 (based on judgement of investigation officer) NO CONTRIBUTING ACTION | | Driver Actions at Time of Crash 4 (based on judgement of investigation officer) NO CONTRIBUTING ACTION |
| Motor Vehicle Seating Position: Row FRONT | Motor Vehicle Seating Position: Seat LEFT | Motor Vehicle Seating Position: Other NOT APPLICABLE |

☐ Seating Position Unknown

| Restraint Systems SHOULDER AND LAP BELT USED | Helmet Use |
|---|---|
| Air Bag Deployed NOT DEPLOYED | Ejection NOT EJECTED |
| Trapped Extrication NOT TRAPPED | |

| Injury Severity Level Type NO INJURY(O) | Injury Severity Level Detail | | Primary or Most Obvious of Body Area Injured During Crash |
|---|---|---|---|
| Law Enforcement Suspected Alcohol Use NO | Alcohol Test Type | Alcohol Tested TEST NOT GIVEN | Alcohol Test Result | BAC |
| Law Enforcement Suspected Drug Use NO | Drug Test Type | Drug Tested TEST NOT GIVEN | Drug Test Result | |

## NARRATIVE (C000231565)

Vehicles #1 and #2 were traveling south on I-75 in the middle lane. Vehicle #2 had to slow quickly due to some debris in the roadway. Vehicle #1 was unable to slow down in time and struck vehicle #2 in the rear with it's front. Area of impact was determined by driver's statements. Crash investigation was video/audio recorded on DVD #344-008-2014. Both drivers stated that a white pickup with an unsecured load, lost some of its load in the roadway and vehicle #2 had slowed down due to it. Driver #2 stated the white pickup had a drive out tag on it but was unable to get the number. A bolo was put out on the vehicle but it had not been located at the time of this report.

| REPORTING OFFICER | | APPROVING OFFICER (SUPERVISOR) | |
|---|---|---|---|
| Reporting Officer Name RATCLIFF, C. | Signature S/c C.D. Ratcliff #344 | Approving Officer Name MOSS, K. | Signature CPL M.Moss |
| ID Number 0344 | Rank S/TFC2 | ID Number 0287 | Rank CORPORAL |
| Org / Unit A-05 | | Org / Unit A-5 | |

OFFICIAL COPY

Version 9.0.0.9

| Crash Number | Reporting Agency | Reporting Agency Case Number | Reporting Agency CAD Number |
|---|---|---|---|
| C000231565-01 | GEORGIA DEPARTMENT OF PUBLIC SAFETY | | GSPA14CAD018071 |

## DIAGRAM OF ACCIDENT

I-75 S.B. Lanes

NOT TO SCALE

**OFFICIAL COPY**



| Georgia Department of Public Safety | | Report Number: | GA1208000023 | |
|---|---|---|---|---|
| Motor Carrier Safety Assistance Program | | Inspection Date: | 5/11/2014 | Certification Date: 07/14/2014 |
| P.O. Box 1456 | | Time Started: | 14:00 | Time Ended: 17:00 |
| Atlanta, GA 30371-1456 | | Inspection Level: | I - Full Inspection | |
| Phone # : (404)624-7211 | Fax #: (404)624-7297 | HM Inspection Type: | No HM Inspection | |

| | | |
|---|---|---|
| DIXIE TRANSPORT INC | Driver: | DALEY II, FELIX M |
| 2685 US HWY 41 NE | License #: ███32 | State: GA |
| CALHOUN, GA 30701 | Date of Birth: ██/1964 | |
| USDOT #: 00540975 | Phone #: (706)624-1919 | |
| MC/MX #: 269336 | Fax #: | |
| State #: | | |

| Location: | MURRAY COUNTY | MilePost: | | | |
|---|---|---|---|---|---|
| Highway: | SR 225 | Origin: | RESACA, GA | Bill of Lading: | EMPTY |
| County: | MURRAY | Destination: | LOUDON, TN | Cargo: | EMPTY |
| Shipper: | EMPTY | | | | |

### VEHICLE IDENTIFICATION:

| Unit | Type | Make | Year | State | License# | Equipment ID | Unit VIN | GVWR | CVSA # | CVSA Issued # | OOS Stkr.# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | KW | 2000 | GA | IC79AQ | 214 | 1XKWDB9X9YR841935 | 48,000 | | | 103048 |
| 2 | ST | LUFK | 1990 | GA | LE474F | 5302 | 1L01A532XL108831 | 65,000 | | | 103049 |

### BRAKE ADJUSTMENTS:

| Axle # | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Right | 1 3/4 | N/A | 1 1/2 | 1 1/4 | INOP |
| Left | INOP | 2 | 1 1/2 | 3/4 | 3/4 |
| Chamber | C-20 | C-30 | C-30 | C-30 | C-30 |

### VIOLATIONS :

| Vio Code | Section | Unit | OOS | State Citation Number | Verify* | Crash | Violation Description |
|---|---|---|---|---|---|---|---|
| 392.16 | 392.16 | D | N | E01542927 | N | N | Failing to use seat belt while operating CMV |
| 395.8F1 | 395.8(f)(1) | D | N | | N | N | Drivers record of duty status not current - driver's log book had nothing recorded for 06-10-14 nor 06-11-14. |
| 393.9 | 393.9(a) | 1 | N | | N | N | Inoperable Required Lamp- the right highbeam head light and the top front amber clearance light; 2nd from the left were inoperative. |
| 396.3A1BOS | 396.3(a)(1) | 1 | Y | | U | N | BRAKES OUT OF SERVICE: defective brakes is equal to or greater than 20 percent- Front left brake had fluid on it and no brake chamber on the right front drive. |
| 393.209E | 393.209(e) | 1 | Y | | U | N | Power steering violations- power steering unit leaking an excessive amount of fluid onto left front brake lining and brake lines |
| 393.209D | 393.209(d) | 1 | N | | N | N | Steering system components worn, welded, or missng- Pitman arm worn from left front tire rubbing it |
| 393.48A | 393.48(a) | 1 | Y | | U | N | Inoperative/defective brakes- front left brake is saturated with powering steering fluid |
| 393.40 | 393.40 | 1 | N | | N | N | Inadequate brake system on a CMV- there is no brake chamber on the right front drive axle; lines have been capped |
| 40-2-88 | 392.2 | 1 | N | E01542928 | N | N | IRP Apportioned Tag or Registration Violation - tag on the CMV is expired; expiration date -02/29/2012 tag # IC79AQ - GA |
| 393.45PC | 393.45 | 1 | Y | | U | N | Brake Tubing and Hose Adequacy - Connections to Power Unit - red air line from the CMV has rubber hose clamps instead of compressed fittings |
| 396.5B-HLOW | 396.5(b) | 2 | Y | | U | N | Hubs - oil and/or Grease Leaking from hub - outer wheel- left rear trailer leaking an excessive amount of fluid from the hub |
| 393.45PC | 393.45 | 2 | Y | | U | N | Brake Tubing and Hose Adequacy - Connections to Power Unit- air hoses under the rear of the trailer have rubber hose clamps instead of compressed fitting |
| 393.75C | 393.75(c) | 2 | Y | | U | N | Tire-other tread depth less than 2/32 of inch - left front inside trailer tire and left rear out side trailer tire- no tread all the way across tire |
| 393.48A | 393.48(a) | 2 | Y | | U | N | Inoperative/defective brakes - the right rear trailer brake inoperative- no movement with the adjusters |

| Report Prepared By: | Badge #: | Copy Received By: | Page 1 of 3 |
|---|---|---|---|
| MICHAEL SMITH | 1208 | DALEY II, FELIX M | |

X _____    X _____    GA1208000023



PLAINTIFF'S
EXHIBIT
5

PENGAD 800-631-6989

# DRIVER/VEHICLE EXAMINATION REPORT

| | Georgia Department of Public Safety<br>Motor Carrier Safety Assistance Program<br>P.O. Box 1456<br>Atlanta, GA 30371-1456<br>Phone # : (404)624-7211    Fax # : (404)624-7297 | **Report Number:** GA1208000023 | |
|---|---|---|---|
| | | **Inspection Date:** 6/11/2014 | **Certification Date:** 07/14/2014 |
| | | **Time Started:** 14:00 | **Time Ended:** 17:00 |
| | | **Inspection Level:** I - Full Inspection | |
| | | **HM Inspection Type:** No HM Inspection | |

| DIXIE TRANSPORT INC | | **Driver:** DALEY II, FELIX M | |
|---|---|---|---|
| 2685 US HWY 41 NE | | **License #:** 057626632 | **State:** GA |
| CALHOUN, GA 30701 | | **Date of Birth:** ▮▮/1964 | |
| **USDOT #:** 00540975 | **Phone #:** (706)624-1919 | | |
| **MC/MX #:** 269336 | **Fax #:** | | |
| **State #:** | | | |

| 40-8-7 | 392.2 | | D | N | E01542929 | N | N | Operating unsafe vehicle - see above violations |
|---|---|---|---|---|---|---|---|---|

\* N - Non-OOS or Driver OOS Violation; U - Unknown

| **HazMat:** | **No HM Transported.** | | | **Placard:** NA | **Cargo Tank:** |
|---|---|---|---|---|---|

| **Special Checks:** | Alcohol/Controled Substance Check | X | Traffic Enforcement | | Post Crash Inspection |
|---|---|---|---|---|---|
| | Conducted by Local Jurisdiction | | PASA Conducted Inspection | | PBBT Inspection |
| | Size and Weight Enforcement | | Drug Interdiction Search | | Arrests: |
| | EScreening | | | | |

**Inspection Notes:** The driver was operating a CMV while not wearing a seat belt. The driver failed to record his daily duties status on 06-10-14 thru the time of the inspection on his log book. The driver was cited for operating an unsafe CMV (E1542929). the driver's CDL was verified through GCIC which indicated at the time as valid.

Unit #1 right high beam headlight and one cab amber clearance light inoperative. The left front brake on the steer axle was contaminated with power steering fluid and the right front drive axle was missing a brake chamber, this met the twenty percent defective brake O.O.S criteria. The powering steering unit leaking an excessive amount of fluid from the steering shaft of the pump. Left pitman arm worn on the end due to the tire rubbing it. The registration was expired; expiration date 02/29/2012 for tag # IC79AQ - GA. Air supply lines from unit #1 to unit #2 was mended with rubber hose clamps instead of compression fittings.

Unit #2 had excessive amount of oil leaking from the outer hub onto wheel. Air supply line under unit #2 was mended with rubber hose clamps instead of compressed fittings. The left front inside tire had no tread across the tire. The right rear trailer brake chamber is in-operative.

No further to report.

**Special Study Fields:**

| Special Study1: | | Special Study6: |
|---|---|---|
| Special Study2: | | Special Study7: |
| Special Study3: | | Special Study8: |
| Special Study4: | | Special Study9: |
| Special Study5: | | Special Study10: |

**Locally Defined Fields:**

CONSIGNEE: EMPTY;COMMODITY DESCRIPTION: EMPTY;FOR HIRE?: Yes;CDL? (Check for Yes): Yes;CDL REQUIRED?: Yes;DL STATUS CHECKED? Required?: Yes;CARGO INSPECTED?: No;RECORDABLE ACCIDENT?: No;CR INSPECTION?: No;COVERT INSPECTION?: No;PIE INFORMATION GIVEN?: No;PREPASS EQUIPPED (Y) OR (N): No;RURAL ROAD (Y) OR (N): Y;GTACT (Y) OR (N): No

VEHICLE AND/OR HAZARDOUS MATERIAL OUT-OF-SERVICE NOTICE: Pursuant to authority contained in the State and Federal Motor Carrier Safety Regulations, Section 396.9, I hereby declare and mark the above vehicle(s) "OUT-OF- SERVICE". No person shall remove the "Out-of-Service" decal(s) or operate such vehicle(s) until the violations have been repaired and/or corrected and the vehicle(s) and/or load(s) have been restored to safe operating condition. Violators are subject to substantial fines and suspension of their CDL .

NOTE TO MOTOR CARRIERS: This certification MUST be SIGNED by a Motor Carrier Official and RETURNED WITHIN 15 days to the address on the top of this report. Out-of-service (OOS) defects must be corrected in accordance with the OOS notice, ALL NON-OOS VIOLATIONS MUST BE CORRECTED PRIOR TO THE NEXT DISPATCH.

CERTIFICATION BY CARRIER OFFICIAL: The undersigned certifies knowledge of applicable State and Federal Motor Carrier Safety and Hazardous Material Rules, Regulations, Standards and Orders, and declares all operations will be conducted in compliance with such requirements. The undersigned certifies that all violations noted on this report have been corrected and action taken to assure compliance with the Motor Carrier Safety and Hazardous Material Regulations insofar as they are applicable to motor carriers and drivers.
NOTICE: False Statements or Swearings are FELONIES (OCGA 16-10-20).

| **Report Prepared By:** | **Badge #:** | **Copy Received By:** | Page 2 of 3 | |
|---|---|---|---|---|
| MICHAEL SMITH | 1208 | DALEY II, FELIX M | | |

X _____    X _____                    GA1208000023

# DRIVER/VEHICLE EXAMINATION REPORT



Georgia Department of Public Safety
Motor Carrier Safety Assistance Program
P.O. Box 1456
Atlanta, GA 30371-1456
Phone # : (404)624-7211    Fax #: (404)624-7297

| | |
|---|---|
| **Report Number:** | GA1208000023 |
| **Inspection Date:** | 6/11/2014     **Certification Date:**  07/14/2014 |
| **Time Started:** | 14:00          **Time Ended:**  17:00 |
| **Inspection Level:** | I - Full Inspection |
| **HM Inspection Type:** | No HM Inspection |

**DIXIE TRANSPORT INC**
2685 US HWY 41 NE
CALHOUN, GA 30701
**USDOT #:** 00540975                    **Phone #:** (706)624-1919
**MC/MX #:** 269336                       **Fax #:**
**State #:**

| | |
|---|---|
| **Driver:** | DALEY II, FELIX M |
| **License #:** | 057626632     **State:**  GA |
| **Date of Birth:** | ▇/1964 |

**Signature of Carrier Official:**     X                                                    **Date:**

OUT-OF-SERVICE (OOS) REPAIR VERIFICATION: The undersigned certifies under penalty of law that the OOS defects/violations were
repaired/corrected in accordance with the OOS order.

**Signature of Repairer:**     X                              **Facility:**                              **Date:**

---

<u>Report Prepared By:</u>          <u>Badge #:</u>        <u>Copy Received By:</u>          Page 3 of 3
MICHAEL SMITH                    1208             DALEY II, FELIX M

X                                                X                                                GA1208000023