# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GUY MITCHELL, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO: |
| ) | |
| v. ) | 1:16-cv-00336-MLB |
| ) | |
| DIXIE TRANSPORT, INC., ) | |
| FELIX MILO DALEY, and GRANGE ) | |
| INDEMNITY INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF DEPOSITION

TO: Defendants, Dixie Transport, Inc., Felix Milo Daley, and Grange Indemnity Insurance Company, c/o attorney William Emery Gray II
**Law Office of Dan J. Colley**
3700 Crestwood Parkway, NW, Suite 185
Duluth, GA 30096

YOU ARE HEREBY NOTIFIED that the video deposition of Belinda Savage-Edwards, M.D. has been scheduled and will be taken on April 9, 2019 at 4:30 p.m. CST at Rehabilitation & Neurological Services, LLC, 2700 Triana Boulevard, Huntsville, AL 35805, before a Court Reporter duly authorized to administer oaths. **Said deposition will be taken for use in evidence at trial in the above-styled case and will continue from day to day until its completion.** You are invited to attend and examine the witness.

[SIGNATURE ON FOLLOWING PAGE]

This 8th day of April, 2019.

                                      **THE LAW FIRM OF KEVIN A. LEIPOW, P.C.**

                                      /s/ *Kevin A. Leipow*
                                      **Kevin A. Leipow, Esq.**
                                      Georgia Bar No. 300163
                                      *Counsel for Plaintiff*

235 Peachtree St., NE
North Tower, Ste. 400
Office: 404.581.3642
Fax: 404.506.9432
kal@leipowlaw.com

# CERTIFICATE OF SERVICE

This is to certify that a copy of this, **NOTICE OF DEPOSITION,** was served upon all appropriate parties by causing a copy to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

William Emery Gray II
**Law Office of Dan J. Colley**
Suite 185
3700 Crestwood Parkway, NW
Duluth, GA 30096
grayw@grangeinsurance.com

This 8th day of April, 2019.

                                                **THE LAW FIRM OF KEVIN A. LEIPOW, P.C.**

                                                /s/  *Kevin A. Leipow*
                                                **Kevin A. Leipow, Esq.**
                                                Georgia Bar No. 300163
                                                *Counsel for Plaintiff*

235 Peachtree St., NE
North Tower, Ste. 400
Office: 404.581.3642
Fax: 404.506.9432
kal@leipowlaw.com