Case 1:16-cv-00336-MLB    Document 114-4    Filed 01/17/20    Page 1 of 61
Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                          October 19, 2018

```
 1                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA DIVISION

 3

 4   GUY MITCHELL,

 5           Plaintiff,          CIVIL ACTION FILE

 6      vs.                      NO: 1:16-cv-00336-MLB

 7   DIXIE TRANSPORT, INC.,
     FELIX MILO DALEY, and GRANGE
 8   INDEMNITY INSURANCE COMPANY,

 9           Defendants.
     _____

10

11

12              VIDEOTAPED DEPOSITION OF

13               JAMES CHAPPUIS, M.D.

14

15

16               October 19, 2018

17                  12:49 p.m.

18

19

20               3161 Howell Mill Road NW

21                  Atlanta, Georgia

22

23

24               Teresa D. Ross, RPR

25      Certified Court Reporter #4642-6574-4901-7344
```

Page 2

```
 1    APPEARANCES OF COUNSEL:

 2    On Behalf of the Plaintiff:

 3         KEVIN A. LEIPOW, ESQUIRE
           Leipow & Associates, P.C.
 4         235 Peachtree Street NE
           North Tower, Suite 400
 5         Atlanta, Georgia  30303
           404.581.3642
 6         kal@leipowlaw.com

 7
      On Behalf of the Defendant:
 8
           WILLIAM E. GRAY, II, ESQUIRE
 9         Law Office of William E. (Bo) Gray II
           3700 Crestwood Parkway NW
10         Suite 185
           Duluth, Georgia 30096
11         614.593.7738
           grayw@grangeinsurance.com
12

13

14

15    Also Present:

16         Mr. Guy Mitchell
           Jenna Edmunds, Videographer
17

18

19

20

21

22

23

24

25
```

Elizabeth Gallo
COURT REPORTING, LLC

Page 3

```
1                    INDEX TO EXAMINATIONS

2                                                    PAGE

3    Examination By Mr. Leipow                          5

4    Examination By Mr. Gray                           36

5    _____

6

7                    INDEX TO EXHIBITS

8    PLAINTIFF'S      DESCRIPTION                     PAGE

9    P-1    CV James Chappius, M.D.                     4

10   P-2    Spine Center Atlanta Medical Records,      12
            Guy Mitchell
11

12

13          (Original Plaintiff's Exhibits 1 through 2

14      were attached to the original transcript.)

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1        Videotaped Deposition of JAMES CHAPPUIS, M.D.

 2                     October 19, 2018

 3             (Plaintiff's Exhibit Number P-1 was marked

 4        for identification.)

 5             THE VIDEOGRAPHER:  We are on the record.

 6        Today's date is October 19th, 2018.  The time is

 7        approximately 12:49 p.m.

 8             This will be the videotaped deposition of

 9        James Chappuis.  Will the attorneys present

10        please state their names and whom they represent?

11             MR. LEIPOW:  Kevin Leipow, attorney for

12        plaintiff, Guy Mitchell.

13             MR. GRAY:  And Bo Gray, plaintiff for the --

14        I'm sorry, lawyer for the -- all defendants.

15             THE VIDEOGRAPHER:  Will the court reporter

16        please swear in the witness.

17                  JAMES CHAPPUIS, M.D.,

18   having been first duly sworn, was examined and

19   testified as follows:

20             MR. LEIPOW:  So this will be the deposition

21        of James Chappuis.  We spoke briefly prior to the

22        beginning of the deposition that we are going to

23        have all objections stated in general terms, but

24        take up more specific basis for any objections at

25        use, when we first use this deposition.
```

Page 5

```
 1              This deposition is being taken for the

 2       purpose of presentation at trial and any other

 3       purpose under the Federal Rules of Civil

 4       Procedure.

 5              MR. GRAY:  That's agreeable.

 6                            EXAMINATION

 7   BY MR. LEIPOW:

 8       Q     Can you please state your name for the

 9   record?

10       A     Sure.  James Chappuis, M.D.

11       Q     And are you Guy Mitchell's treating doctor?

12             I'll just start with a general question

13   about whether you have treated Mr. Mitchell or not.

14       A     I have.

15       Q     Okay.  What is the context of your treatment

16   of Mr. Mitchell?

17       A     He was seen as a patient in our practice

18   first August 17th, 2016 for -- for neck pain.

19       Q     Okay.  And we're going to get into that in

20   much greater detail a little bit later.  Let's get

21   some background information.

22       A     Okay.

23       Q     What is your practice?  What is your

24   specialty?

25       A     I'm an orthopedic surgeon.
```

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

Page 6

1      Q    I'm going -- I've been handed before the

2   deposition started what I believe is a copy of your

3   most recent CV.  And I'm going to hand you what has

4   been marked as Exhibit 1.

5           And the question is:  Is that a true and

6   accurate copy of your most recent curriculum vitae?

7      A    Yes.

8      Q    You can use that if you want or go by

9   memory.  Can you please go through your educational

10  background and explain how you got to be an orthopedic

11  surgeon to the jury?

12     A    Sure.  I graduated from the University of

13  Toledo summa cum laude with a BS in biology.  I

14  graduated from the Medical College of Ohio with an MD

15  degree.  I did a rotating surgical internship at Mercy

16  Hospital in Toledo.  I did a general surgery and

17  orthopedic surgery residency at the University of

18  Tennessee Campbell Clinic.  And I did an AO spine

19  fellowship in Germany with Professor Jörgen Harms.

20          I'm licensed to practice in Georgia,

21  Florida, and Tennessee.  I'm certified by the American

22  Board of Orthopaedic Surgeons, first in 1989.  We have

23  a ten-year limited certification, so I recertified I

24  think for the third time last year.  Now my current

25  certification is good through 2029.

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                        October 19, 2018

Page 7

1          I have hospital privileges at Emory

2     University Hospital Midtown, and the -- our surgery

3     center, the Atlanta Orthopedic Surgery Center.

4          I'm a clinical instructor at Georgia Regents

5     University and a faculty member at the Parker H. Petit

6     Institute for Bioengineering and Biosciences at

7     Georgia Tech.  I'm currently teaching a course on

8     materials entrepreneurship this fall in conjunction

9     with Professor David Safranski.

10     **Q    Okay.  Let me take a look at that because**

11     **that's the only copy that I do have.  And I'll ask you**

12     **a few things about what we have just talked about.**

13          **What does it mean to be board certified?**

14     A    Well, every medical specialty in the United

15     States has a certification process, and it's to

16     standardize knowledge that any physician in a given

17     specialty has.  In the nonsurgical specialties, it's

18     generally a -- you complete an accepted residency, you

19     have letters of recommendation, you take a written

20     exam.

21          For most surgical specialities, you have to

22     complete a residency of five or six years of approved

23     residency programs; you take a written exam; then you

24     have to practice a number of years; and then you're

25     given permission to take an oral exam.

Page 8

1          And starting in 19 -- around 1989 or 1990,

2   almost all certifications now are time-limited up to

3   ten years, so we all have to -- probably rightfully

4   so -- do this all again every ten years.

5       Q    Your teaching experience, can you talk about

6   what you teach?

7       A    Well, I have an interest in biomechanics,

8   and so I -- I was appointed a position at Georgia Tech

9   in the Department of Bioengineering and Biosciences.

10  So I work with Ph.D. students mostly in

11  bioengineering, helping them understand sort of the

12  clinical aspects of bioengineering, biosciences.

13          And then currently I'm teaching a course

14  with -- in conjunction with Professor Safranski.  It's

15  a course on actually materials -- or entrepreneurship

16  in materials management I think is the title of the

17  course.  So we have one Ph.D. candidate and two

18  undergrad students that were -- that are in this class

19  with us.

20       Q    Okay.  And that's through Georgia Tech?

21       A    Correct.

22       Q    And you are also -- do some teaching at

23  Georgia Regency -- Georgia Regents University?

24       A    Yeah.  I think there's a new name now.  I'm

25  not sure what it is this year.  But, yeah, I've taught

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                           October 19, 2018

Page 9

```
 1   in the PA program.  But I think there's a new name for
 2   the -- for that, but I'm not sure what the most
 3   current one is.
 4        Q    All right.  And you've been doing that since
 5   2002 --
 6        A    Correct.
 7        Q    -- it looks like.
 8             Can you go into a little bit more detail
 9   about what bioengineering and bioscience and materials
10   means?
11        A    Well, bioscience is just basically trying to
12   understand, you know, how the human body works.
13   Biomechanics is how the human body interacts with
14   itself and how it interacts with other given
15   materials, screws, things like that.
16             My interest has always been fixation.  I've
17   got a number of different patents on fixation devices
18   to secure the spine, particularly osteoporotic spine;
19   and more currently working on a device made of a
20   material called PEEK, which is placed inside the pedic
21   or the pillar of the spine, and it helps to stabilize
22   screws and we hope also will help increase distraction
23   load to failure, which means more deformity correction
24   can occur with use of this device than without it.
25        Q    Okay.  What hospitals do you practice with?
```

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                          October 19, 2018

Page 10

```
 1       A     Emory University Hospital in Midtown and

 2   then our surgery center, Atlanta Orthopedic Surgery

 3   Center.

 4       Q     Okay.  And where are we right now?

 5       A     We're at Spine Center Atlanta, 3161 Howell

 6   Mill Road, Atlanta.

 7       Q     And this is -- this is your office?

 8       A     Correct.

 9       Q     And this is where you practice?

10       A     Yes.

11       Q     In general terms, without going into the

12   detail that we're going to go into later, what is the

13   medical problem that you have rendered treatment to

14   Mr. Mitchell?

15       A     Cervical disc herniation with associated

16   neck pain.

17       Q     Do any of your teaching experiences or

18   publications that you have authored have any specific

19   bearing on Mr. Mitchell's type of injuries?

20       A     Well, the biomechanical piece, as far as

21   publishing goes, I think we published one paper on the

22   cervical spine.  I don't remember which one it was.

23             Yeah, somewhere there's a paper that I was

24   involved with.  It was -- it was about the fusion of

25   the cervical spine with different types of devices.
```

Case 1:16-cv-00336-MLB   Document 114-4   Filed 01/17/20   Page 11 of 61
Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                      October 19, 2018

Page 11

 1    But that's really basically it.

 2         Q    Are you familiar with the mechanical

 3    processes as well as the biological processes at issue

 4    during any kind of motor vehicle collision and how it

 5    can affect the spine?

 6         A    Well, the study of biomechanics, I think,

 7    would cover that, what happens to the neck or the body

 8    in different types of settings, one being a motor

 9    vehicle accident.

10         But part of what we try to understand is a

11    mechanism of injury when a patient sees us, whether

12    it's a fall, a motor vehicle accident, an NFL player

13    who's been hit from a certain side.  So that's part of

14    what biomechanics tries to understand, is mechanisms

15    of injury.

16         Q    Okay.  What were the circumstances where you

17    first met Mr. Mitchell and came to be a treating

18    doctor of his?

19         A    He was seen in our office on August 17,

20    2016.  And he was -- at that time stated he had neck

21    pain which started after he was involved in a motor

22    vehicle accident that occurred on March 9th, 2014.

23         Q    All right.  Now, it looks like you are

24    looking down at something.  Can you explain what it is

25    you're looking at for me?



Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                          October 19, 2018

Page 12

1      A    This is our initial history and physical

2  exam that's in my medical records.

3      Q    Okay.  Do you have your complete set of

4  medical records in front of you --

5      A    Yes.

6      Q    -- for Mr. Mitchell?

7      A    Yes.

8      Q    Is this a complete and accurate compilation

9  of all your medical records related to Mr. Mitchell

10  that this office maintains?

11      A    Yes, it should be.

12          (Plaintiff's Exhibit Number P-2 was marked

13      for identification.)

14      Q    (By Mr. Leipow) Okay.  Now I'm going to do

15  some housekeeping here and ask you to look at what has

16  been marked as Plaintiff's Exhibit 2 and tell me,

17  first, what that is.

18      A    It looks like this is a compilation of all

19  of the medical records from our -- from this chart,

20  including office visits, procedures, imaging studies.

21      Q    All right.  Now, I did ask you before we

22  started the deposition just to compare it, to the

23  extent that you were able to so that -- to speed up

24  this process along a little bit, I'm going to ask you

25  if what is Plaintiff's Exhibit 2 a complete and

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                October 19, 2018

Page 13

```
 1    accurate copy of the entire chart that you have that

 2    your office maintains for Mr. Mitchell.

 3         A    Yes, it appears to be.  Yes.  Yes.

 4         Q    Okay.  I'll take that back and let you rely

 5    on the originals.

 6              MR. LEIPOW:  At this time plaintiff moves to

 7         tender Exhibits 1 and 2 into evidence.

 8              MR. GRAY:  No objection.

 9              MR. LEIPOW:  Okay.

10         Q    (By Mr. Leipow) Using your memory and the

11    medical records, can you please go through your

12    initial encounter with Mr. Mitchell and explain to the

13    jury how he presented and what history was taken?

14         A    So his initial complaint was neck pain but

15    also stated that he had some right -- pain on the back

16    of the right shoulder.  As I mentioned earlier, he

17    stated these symptoms began after a motor vehicle

18    accident which occurred on 3/9/2014, where he stated

19    he was a restrained driver of a minivan that was

20    struck from behind by an 18-wheeler tractor trailer.

21              He said he took hisself to the emergency

22    room the next day, where he was treated and released,

23    followed up with physical therapy.

24              His complaints or symptoms at the time I saw

25    him were, as I mentioned earlier, neck pain with some
```

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

Page 14

1    pain in the right -- back of the right shoulder, said

2    the pain was aggravated by moving or looking down, was

3    alleviated with medications; also said he had

4    headaches at least three days per week.

5         Q    Did you ask him if he had any previous neck

6    injuries prior to the date of the collision?

7         A    Yes.

8         Q    And what was his response?

9         A    No.

10        Q    Is that something that you typically find

11   relevant to your assessment of a patient?

12        A    Yes.

13        Q    What treatment did you render to him on that

14   day?

15        A    Well, we reviewed an MRI scan, felt that he

16   had disc herniations at C6-7, C7-T1.  And we

17   recommended cervical epidural block and then talked

18   with him also about a certain type of injection called

19   an RFA, if that wasn't helpful.

20             So we scheduled conservative care in the

21   form of injections.

22        Q    All right.  Now, staying with this office

23   visit, I can see that you were either alone with

24   Mr. Mitchell or with another provider.

25        A    All new patients are generally seen with a

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                        October 19, 2018

Page 15

1    nurse practitioner and myself.  So in this case it was

2    with Ms. Gigi Black, Gidget Black, who is one of our

3    nurse practitioners.

4        Q    And describe your -- your relationship that

5    you have with other medical providers at this office.

6        A    We work as a team, so we have a team of

7    nurse practitioners, interventional spine doctors.  I

8    have an associate who is also an orthopedic spine

9    surgeon, and we work together as a team.

10        Q    Okay.  So as far as the medical records that

11    are generated for any particular patient, do you rely

12    on other medical providers in your office to document

13    certain treatment?

14        A    Yes.

15        Q    Who are the medical providers that you're

16    aware of that have also treated Mr. Mitchell at your

17    office?

18        A    Ms. Gidget Black; we had another nurse

19    practitioner, Justin McPeak; there's a -- I think

20    Countiss Williams is another nurse practitioner that

21    works with us; and we have two others, but I don't

22    think they were involved with any of the notes that I

23    can recall.

24        Q    Is it common for you as a treating physician

25    to rely on the medical records of other medical

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                    October 19, 2018

Page 16

```
 1   providers?

 2        A    Yes.

 3        Q    Okay.  Both in and outside of your practice?

 4        A    Yes.

 5        Q    Were you given any of the medical records

 6   from any medical provider outside of your office as it

 7   relates to Mr. Mitchell's treatment?

 8        A    Yes.  I had some records from Gulfcoast

 9   Spine Institute in Hernando, Florida.

10        Q    Okay.  So at the time when you first met

11   with Mr. Mitchell, he brought records with him from

12   Gulfcoast Spine?

13        A    I'm not sure when we got those.  They could

14   have been at that time.  But they're in -- they're in

15   my chart now, so I'm not sure when we actually got

16   them; but they're -- they're here, and I think they

17   were here the whole time.

18        Q    Are medical records that are -- or medical

19   treatment that's documented that happens before you

20   see a patient important to be able to reference in

21   coming up with a plan for treatment of your patients?

22        A    Well, it's relevant to review those.  I

23   don't know that I would make a treatment plan based on

24   another physician's notes, but I certainly would

25   consider those when formulating a diagnosis and a
```

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

Page 17

1   treatment plan.

2        Q    Okay.  Things like radiology reports, for

3   instance, how would they come into your assessment of

4   a patient?

5        A    Well, I review those, but I like to actually

6   review the MRI scans myself.

7        Q    The actual scans, rather than the

8   interpretations of those scans?

9        A    I like to look at both.

10       Q    Okay.

11       A    And I'd say most of the time I agree with

12  radiologists but sometimes we don't.

13       Q    Were you -- what radiology films were you

14  able to look at for Mr. Mitchell?  And I'm going to

15  ask this in both the films themselves that you've

16  looked at as well as any of the reports that were done

17  by radiologists.

18       A    Yeah.  I reviewed the films and the reports

19  of 2/17/15, and then I reviewed another set from

20  3/18/16, and then there was another MRI that I

21  reviewed dated 12/29/16.

22       Q    All right.  Can you please tell the jury

23  what the findings of all the radiology films and

24  reports show as it pertains to Mr. Mitchell's cervical

25  spine?

Page 18

1        A     Right.   When I reviewed the scan of 2/18/16

2   on August 17, 2016, which was the first time I saw

3   Mr. Mitchell, I felt there was a disc herniation at

4   C6-7, C7-T1.   I also felt that there was some

5   associated facet arthropathy at the C6-7 level and --

6   6-7 and 7-T1.

7        Q     Okay.   Now I'm going to slow it down a

8   little bit just to make sure that any juror that

9   doesn't understand medicine or what the spine is has a

10  clear picture of what's going on.

11             It looks like we have a model --

12       A     Yes.

13       Q     -- which feel free to use if you -- if you

14  think it would be helpful in describing what the spine

15  is.   But please describe what is the cervical spine --

16       A     Sure.

17       Q     -- and how it works in general terms; and

18  specifically, I'm going to ask about Mr. Mitchell

19  after we talk about the general terms.

20       A     Well, our spine is composed of three

21  components, the cervical spine, the thoracic or

22  midback area, and the lumbar or lower back area.

23             This is a plastic model of the upper spine

24  or cervical spine.   This is the base of the skull or

25  the occiput.   The base of the brain is here.   The

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                    October 19, 2018

Page 19

1    yellow structures are either spinal cord or nerve

2    roots as they emerge through what we call neural

3    foramen or openings.

4              The -- this is muscle, Longus colli muscle.

5    The red structure here is a vertebral artery.

6              So in the cervical spine we start counting

7    from the base of the brain, or the occiput, C-1, C-2,

8    3, 4, 5, 6, 7.  So there -- and T1.

9              So what we're talking about here is the 6-7,

10   C6-C7; C7-T1; there's also some issues possibly at

11   C5-6.

12             And here are the nerves that come out.  This

13   is the disc.  These are the bones or vertebrae.  These

14   are the nerve roots that come out.  So this is the

15   area that we're discussing right now.

16             If you look at the back part of the spine,

17   these are the bones we feel when we touch the back of

18   our neck; they're called posterior spinous processes.

19             These are the little joints in the back of

20   our spine which gives us the ability to turn and bend

21   and move; and these are called facet joints.  And

22   these are at every level from the cervical spine all

23   the way through to the lumbar spine.  So when we talk

24   about facet arthropathy, we're talking about a little

25   bit of degenerative changes of these joints called the



Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                          October 19, 2018

Page 20

 1   facet joints.  In medical terms we call that facet

 2   arthropathy, really what we're talking about is facet

 3   arthritis.

 4            So that's pretty much what we're talking

 5   about and a picture of it.

 6        Q    Okay.  And can you tell me, can you tell the

 7   jury and myself specifically using the model, what was

 8   affected with Mr. Mitchell's cervical spine?

 9        A    Sure.  So we talked about counting down.

10   This is C6-C7, C7-T1.  So there were disc herniations

11   at these levels.  There also were some mild

12   degenerative changes at these levels and some mild

13   degenerative changes at C5-6.

14            So a lot of times we'll call this disc

15   osteophyte complex.  Because an MRI, sometimes it's

16   hard to differentiate between a soft disc herniation

17   and a spur.

18            So in general, that's what we're talking

19   about.  There were disc herniations and there were

20   some degenerative changes also at those levels.

21        Q    Okay.  Now, please explain to the jury what

22   degenerative changes means in the spine.

23        A    Well, degenerative changes are wear and

24   tear.  If we all live long enough, we'll get those

25   affecting not only our spine but our joints.  So it's



Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                        October 19, 2018

Page 21

1    just -- and there's a number of patients that have

2    degenerative changes and are basically asymptomatic or

3    occasionally symptomatic.

4              So it's just part of the living and aging

5    process, but it's certainly more of a wear and tear

6    process than it is a acute process.

7    **Q    Okay.  Is your understanding of what caused**

8    **Mr. Mitchell to seek treatment from you a result of**

9    **degenerative changes?**

10   A    No.  Those sort of things were there for

11   some -- a good period of time.  What I think resulted

12   in him coming to see us was the disc herniations that

13   occurred in conjunction with the degenerative changes.

14   **Q    Okay.  Now, how does the degenerative**

15   **changes work with the conjunction of a disc**

16   **herniation?**

17   A    Well, the first thing is when a spine gets

18   degenerative, it's not as pliable or movable.  So when

19   a given load X is presented to a degenerative spine,

20   it's more likely to be injured than one that's not

21   degenerative because it can't absorb the load quite as

22   well.

23             So in that case then if there is a given

24   load, there's -- a disc herniation can result.  Of

25   course, you can see it in nondegenerative segments

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                    October 19, 2018

Page 22

1    also.  But the degenerative segment is almost

2    pre-exposed because it just doesn't move and absorb

3    load as well as a nondegenerative segment.

4         Q    All right.  Now, as far as what caused

5    Mr. Mitchell to have any kind of symp- -- symptomatic

6    problems with his cervical spine, do you have an

7    opinion of what that cause is?

8         A    Well, unless there's a history that I don't

9    know about, I would relate it to the motor vehicle

10   accident that occurred on March 9th, 2014.

11        Q    Okay.  And can you please explain why you

12   would relate it to that motor vehicle collision?

13        A    Well, I don't see where he's had any other

14   symptoms or treatment for neck problems prior to this;

15   and certainly the -- from what I understand of this

16   accident, it was -- it was a force enough that

17   would -- that would create this type of a herniation.

18        Q    Okay.  Now, in general terms, can you

19   explain how force can interact with the spine to cause

20   damage --

21        A    Well --

22        Q    -- in something such as a motor vehicle

23   collision?

24        A    Right.  Well, when a force is involved with,

25   you know, any part of the body, it's going to be

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

Page 23

1   absorbed somehow.  And then it absorbs in either --

2   creates a fracture, if it's a long bone; a contusion,

3   which is a muscular strain; herniation, if it's in the

4   spine.  So the load somehow dissipates.

5          And the question generally is how great is

6   the load and where did the load focus, and what --

7   what consequences from that occurred.

8       Q    Okay.  So how would a motor vehicle

9   collision have affected -- in terms of the physical

10  forces involved, how would it have affected

11  Mr. Mitchell's cervical spine?

12      A    Well, from what I understand, it was a

13  rear-end collision.  So in that case there's a -- a

14  sort of a whiplash-type injury with, you know, forward

15  flexion and then extension.

16          Now, again, no one knows so many times on

17  these what the position of the neck was at the time of

18  impact.  If it's turned to one side or the other, that

19  can certainly affect the load.  But the whiplash, in

20  and of itself-type injury, can cause herniations.

21      Q    Is whiplash a common reason that neck

22  injuries are sustained in patients?

23      A    It is.  And it can result in everything as

24  minimal as a muscular strain to a major herniation.

25      Q    In other words, is this something -- an

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

Page 24

```
 1    unusual occurrence that has happened with

 2    Mr. Mitchell, or is this a very common medically known

 3    type of a syndrome?

 4        A    It's -- it's pretty common, especially in

 5    motor vehicle accidents where there's an impact from

 6    behind or the rear.

 7        Q    All right.  How many patients do you think

 8    that you would have treated that have this kind of an

 9    injury over the course of your career, if you can

10    estimate?

11        A    I guess I've been in practice 30 years now,

12    so maybe 10 or 15 a month, so a hundred a year.

13    Thousands at this point.

14        Q    All right.  Of the patients that you have

15    seen a similar presentation of Mr. Mitchell, is there

16    any way for you to estimate how many do you refer to

17    conservative management and that works and it does not

18    have to proceed to surgery, versus how many you have

19    to operate on?

20        A    Well, all patients with injuries we try to

21    treat conservatively first; meaning physical therapy,

22    massage, traction, injections, things like that.  And

23    I would say the majority of patients get better with

24    conservative care.  The majority, I'd say 75,

25    80 percent of patients, end up with, you know, no
```



Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

Page 25

1    surgical treatment for their problems; and their

2    symptoms resolve with conservative care over a given

3    period of time.

4           Now, some patients that present initially

5    with neurologic deficits and things like that, those

6    are emergency cases; fracture, fracture-dislocations,

7    those would be cases that would need emergency

8    surgery.  But I would say the majority of patients are

9    not that type of patient, and the majority of patients

10   do improve with conservative care.

11      Q    Okay.  Now let's talk about Mr. Mitchell

12   more specifically.  Following the initial visit,

13   please tell the jury what you recommended for

14   Mr. Mitchell as far as future treatment.

15      A    Well, we recommended conservative care in

16   the form of a cervical epidural block, and that was

17   August 16th we recommended that.

18      Q    Did Mr. Mitchell wind up getting an epidural

19   block?

20      A    So refer for epidural block, that was again

21   noted on 9/29/16.  Yes, he did.  And returned to our

22   office on 11/16/2016, having gotten his epidural

23   block.

24      Q    Okay.  And please explain to the jury what

25   an epidural block is.



Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                   October 19, 2018

Page 26

1        A    An epi- -- a block really just basically

2    means an injection.  Epidural means if -- if we were

3    to look at a cross-section of the spine, on top of the

4    spine is an area called -- well, first of all, the

5    spine is lined by a membrane called the dura.  On top

6    of the dura is called the epidural space.

7             And so what -- what's done is an injection

8    is placed between the lamina or sometimes along the

9    nerve root into the epidural space.  And medication, a

10   steroid medication that's similarly injected into

11   shoulders or knees, is injected in the area.  And the

12   purpose is to relieve inflammation and hopefully to

13   help pain.  So that's basically what an epidural block

14   or an epidural injection is.

15       **Q    And the follow-up appointment that**

16   **Mr. Mitchell had after he received an epidural, were**

17   **you able to determine whether the epidural had helped**

18   **him?**

19       A    He stated on 11/16/2016 that no improvement.

20       **Q    All right.  What was your next treatment of**

21   **Mr. Mitchell?**

22       A    Well, again, we're trying conservative care.

23   So we thought, well, the epidural didn't help; another

24   possible conservative injection is injecting

25   diagnostically what's called the medial branch.  And

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                    October 19, 2018

Page 27

1    it's actually a medial branch of the posterior primary

2    ramus, which comes right off the nerve root and

3    innervates or cau- -- creates sensation to these facet

4    joints.

5              So that can be injected with local

6    anesthetic.  And if it relieves symptoms, then a

7    procedure known as RFA, or radiofrequency ablation, is

8    done where the nerve that goes to the facet joint is

9    basically frozen or electrified to take -- take away

10   the sensation from the facet.

11             So our recommendation, after the epidural

12   didn't work, was to consider a medial branch block.

13        **Q    And was that performed?**

14        A    Yes.  And there was -- we saw him

15   12/14/2016.  That did not im- -- he had no improvement

16   with cervical medial branch block.

17        **Q    Where -- where was that on the spine that**

18   **the cervical medial branch block was placed?**

19        A    Right in this area.

20        **Q    Can you describe which -- what that is we're**

21   **looking at?**

22        A    Yeah.  These are -- as we talked about

23   earlier, this is the back of the spine or posterior

24   spinous process.  These are the facet joints here,

25   which are the joints that allow the spine to move.



Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                October 19, 2018

Page 28

1    And the nerve comes up from here to cause sensation of

2    these joints.

3            So the medial branch block is done

4    diagnostically to see if it takes away pain.  If it

5    does, then the radiofrequency ablation is done.

6            But in this case, since it didn't give

7    relief, there wouldn't be any reason then to do a

8    radiofrequency ablation.

9        Q    Okay.  And what does that mean when you rule

10   out certain things that might be a possible cause of

11   his pain?  What -- what are you left with?

12       A    Well, then what we're left with is, are

13   there any other -- first of all, are we looking at the

14   correct pain generator?  If we are, then if these

15   conservative modalities have failed, are there any

16   other conservative modalities available?  And, if not,

17   then is there any type of possible surgical procedure

18   that could be helpful?

19       Q    And as far as, you know, going through an

20   epidural and a block and no improvement indicated,

21   what was the next step for his treatment?

22       A    Well, that's when he saw me on March 1st,

23   2017, and I discussed a surgical intervention because

24   physical therapy, epidural blocks, medial branch

25   blocks had all failed to alleviate his symptoms.  So

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                          October 19, 2018

Page 29

1    we were discussing the possibility of a anterior

2    cervical discectomy and fusion.

3        Q    Is that acronym acronymized as ACDF in

4    medical records?

5        A    Correct.

6        Q    Okay.  Can you explain what that is to the

7    jury?

8        A    That's an operation where a patient is put

9    to sleep under general anesthesia.  This is the front

10   of the spine, so that would be where the neck is.  A

11   small, probably 1-inch, horizontal skin incision is

12   made on the front of the neck.  Blunt dissection is

13   taken down to the front of the spine.  With a

14   microscope, then, we remove spurs and disc material

15   that are pushing on nerve roots or the spinal cord.

16            Then we place little implants in between

17   wherever the disc was taken out and then usually put a

18   plate and screws in.

19       Q    And that's fusing the vertebrae together?

20       A    Correct.

21       Q    All right.  And where exactly would the plan

22   be for Mr. Mitchell's spine?

23       A    Well, we -- when I saw him we talked about

24   C5-6, C6-7.  There was also some involvement at C7-T1.

25   So when I last saw him, it looked like -- I felt like

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                October 19, 2018

Page 30

1    the worst levels were 5-6, 6-7, so those were the

2    areas that we had discussed getting involved

3    surgically with.

4         Q    Did you recommend surgery to Mr. Mitchell?

5         A    I did.

6         Q    And what is -- what is the status of that

7    recommendation for surgery?

8         A    Well, he returned on the 17th -- excuse me,

9    August 17.  And, again, the surgery was discussed with

10   him by Ms. Black.

11         And I think he was last seen in our office

12   on June 11, 2018.  And, again, the surgery was

13   presented to him to correct this problem but as of yet

14   hasn't been scheduled.

15         Q    Okay.  Is there anything about Mr. Mitchell

16   that would cause you to want to try any further

17   conservative treatment versus surgery?

18         A    You know, not really.  He's really -- he's

19   had all the conservative courses of care that I would

20   recommend.  Certainly more time would be an option

21   just to watch and see what happens.

22         You could always try another epidural block.

23   I don't know if -- I wouldn't think there would be

24   anything wrong with us trying a second one.

25   Generally, if one doesn't help, you know, maybe I'll

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

Page 31

1    do a second one.  But also he had the medial branch

2    blocks and that didn't help, so...

3              And there are -- there is a situation that

4    could be -- that is surgical on the MRI.  So at this

5    point, majority of the time I'll move to a surgical

6    correction.

7              And then I think one also has to look at the

8    risk/benefit ratio.  What's the success rate of an

9    operation like this?  Not only -- not in my experience

10   only, but if one were to look at peer-reviewed

11   literature, the success rate for a 1 and 2 level

12   anterior cervical discectomy and fusion is in the

13   mid-90 percent success rates.

14             And even NFL players, that's one operation,

15   once the fusion is solid, that we can return a 1 and 2

16   level player back to full duty.  So it's a good

17   operation with good outcomes.

18             So when that's weighed with continual pain

19   that hasn't responded to conservative care, that

20   pushes me a little farther towards recommending a

21   surgical procedure that maybe would only have a 80,

22   80-something percent success rate.

23        Q    Have you got an indication from Mr. Mitchell

24   about why he hasn't gone -- gone through the surgery

25   to date?

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

Page 32

 1      A    No, just from the notes.  I think one time

 2    there was a move involved, and I think the other was

 3    that he just wanted to wait for now.  That was the

 4    last note.  So that's what we have in our records.

 5      **Q    Is it your understanding that Mr. Mitchell**

 6    **is going to at some point have the surgery or not?**

 7      A    Yes, I think he -- I think he will.  I mean,

 8    he's still symptomatic.  He hasn't gotten better with

 9    conservative care.  I would -- I would expect that he

10    would.

11      **Q    If you were to perform the surgery on**

12    **Mr. Mitchell that you have indicated, the ACDF between**

13    **C-5 and C-7, what would the cost to Mr. Mitchell be**

14    **for that kind of surgery?**

15      A    You know, I don't know exactly.  We usually

16    keep the business part of this in a different area.

17    But I would imagine with facility fee and everything,

18    70- or 80,000.  But I can't tell you exactly; just an

19    estimate.

20      **Q    What is the prognosis of Mr. Mitchell's neck**

21    **without surgical treatment?**

22      A    Without surgery, he'll continue to have neck

23    pain.  Probably, as time goes on, it will progress to

24    where there will be involvement of extremity symptoms.

25    In fact, I think an EMG was done.

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

Page 33

1            So it will progress to extremity symptoms.

2    Activity level will decrease.  There will be episodic

3    periods where the patient will require care as far as

4    injections, maybe physical therapy, narcotics.

5            It's a slow process.  There's not- -- but

6    basically over time without care, the symptoms will

7    gradually worsen.

8       **Q    Would you expect Mr. Mitchell's symptoms to**

9    **improve on their own without further treatment?**

10      A    Well, I mean, you know, I -- I've seen a

11   number of miracles over the years, so it's possible.

12   But most of the time when I see patients like this,

13   they end up either coming back for more conservative

14   care or going somewhere else or following through with

15   surgery.

16      **Q    Okay.  To a reasonable degree of medical**

17   **probability or certainty, what is your prognosis of**

18   **Mr. Mitchell's problems improving on their own?**

19      A    I don't believe they will.

20      **Q    All right.  If he were to pursue surgery,**

21   **what do you believe his prognosis would be?**

22      A    Well, as I mentioned earlier, this operation

23   has a very good prognosis, so I -- I think his

24   prognosis would be very good; and in fact, to quote

25   peer-reviewed literature, in the 90 -- mid-90 percent

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

1    success rate.

2        Q    And what does success mean?  I mean, there

3    is a surgical intervention.  So what -- what kind of

4    limitations, if any, would there be at post surgery?

5        A    Well, for a 1- or 2-level fusion, most

6    patients really don't even notice a change in range of

7    motion.  Their symptoms in both neck, shoulder and arm

8    are markedly improved; maybe not completely resolved,

9    but a number of patients are completely resolved.

10            And once their fusion heals, you know, we're

11   able to return patients to work.  And, as I mentioned

12   earlier, you can return an NFL player back to full

13   duty, so it's a very successful operation.

14       Q    Okay.  With Mr. Mitchell's symptoms as he

15   presents currently, what is your understanding of any

16   limitations that he has?

17       A    Well, the last time he was seen by Ms. Black

18   here, he was still having pain, increased pain at the

19   ends of range of motion.  So I would -- you -- if I

20   were going to do work restrictions, I would restrict

21   this Mr. Mitchell to light to sedentary-type work; no

22   lifting, bending, stooping, crawling; no repetitive

23   activities; and no overhead work.

24       Q    Okay.  Let me just ask you a few questions

25   about your role here today.  We have established that



Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

Page 35

1   you are a treating physician of Mr. Mitchell.  You

2   are -- correct?

3        A    Yes.

4        Q    You are here testifying, which is going to

5   be presented to a jury at trial.  How did it come to

6   be that you're testifying today?

7        A    Well, my understanding is that there was a

8   deposition requested I think by you, which is why I'm

9   here today.

10       Q    Okay.  Did you charge me for your time today

11  in taking your deposition?

12       A    We did.

13       Q    Okay.  And how much was that charge?

14       A    $4,000.

15       Q    All right.  Regardless of who requested your

16  deposition, is there any difference in the charge?

17       A    No.

18       Q    Is your testimony going to be different

19  based on who requested or pays you for your deposition

20  time?

21       A    No.

22       Q    Related to now being in a deposition that --

23  do you have any interest in leaning one way or the

24  other regarding how you treat a patient?

25       A    I'm here to try to present what I feel to be

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

Page 36

1    the truth is as far as the case and the patient care

2    and what we're recommending.

3            MR. LEIPOW:  All right.  We're going to take

4        a quick break, and we'll -- we'll come back

5        shortly.

6            THE VIDEOGRAPHER:  Going off the record.

7        The time is 1:33.

8            (Whereupon a recess was taken from 1:33 p.m.

9        to 1:36 p.m.)

10           THE VIDEOGRAPHER:  We are back on the

11       record.  The time is 1:36.

12           MR. LEIPOW:  I appreciate your time very

13       much, Dr. Chappuis.  I have no further questions

14       at this time.

15           THE WITNESS:  Thank you.

16                         EXAMINATION

17   BY MR. GRAY:

18       Q    Hey, Dr. Chappuis.  Bo Gray.  You and I have

19   met on a few other occasions.

20       A    Yes, sir.

21       Q    It's nice to see you.

22       A    Good to see you.

23       Q    Okay.  So just a couple of quick follow-up

24   questions.

25           Mr. Mitchell came to you talking about a

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                           October 19, 2018

1    wreck that he had been involved in on March the 9th,

2    2014; is that correct?

3         A    Yes, sir.

4         Q    And that was, what, not quite but almost a

5    year and a half before he came to see you?

6         A    That's correct.

7         Q    And I noticed when you were speaking with

8    his lawyer in his examination, you mentioned that you

9    do, in your file and as part of Exhibit 2, have some

10   records that were provided to you by Mr. Mitchell or

11   others from prior or other treating physicians or

12   medical providers?

13        A    Yes, sir.

14        Q    Okay.  And those are not necessarily what

15   you rely on in terms of determining how you will go

16   forward, but it's certainly something you consider?

17        A    We consider those, correct.

18        Q    Okay.

19        A    That's correct.

20        Q    And in terms of what you do -- are doing for

21   Mr. Mitchell, you're trying to help him with his

22   medical problem; is that right?

23        A    That's correct.

24        Q    And you -- you didn't -- he didn't -- when

25   he came to you, he didn't say, "I want you to tell me

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                    October 19, 2018

Page 38

1    what caused this problem"?

2        A    Correct.

3        Q    And he --

4        A    That's correct.

5        Q    -- really kind of told you, "I think what

6    caused it was that I got hit from behind by an

7    18-wheel truck;" is that right?

8        A    Yes, sir.

9        Q    Okay.  And have you, in the course of your

10   treatment, had the opportunity to or asked him for

11   copies of photographs of the damage to the vehicles?

12       A    No.  And I generally don't do that.

13       Q    And that -- and that would not probably be

14   helpful to you in terms of knowing how to treat him;

15   is that right?

16       A    It wouldn't really change how we would treat

17   him.  It would just be interesting as far as the

18   mechanism of injury.

19       Q    Sure.  And so -- and of course the reason

20   we're here today is because we're involved in a

21   lawsuit.  So we call you in to find out what your

22   medical opinions are about what his injuries are, what

23   his condition is, and to give us some opinions about

24   causation.  That's not, per se, something that you do

25   with every single patient; is that true?

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                    October 19, 2018

Page 39

```
 1        A    That's correct.
 2        Q    Okay.  And in terms of trying to determine
 3   what was the actual cause of what you're seeing him
 4   for, what -- what was the earliest known treatment for
 5   him after this wreck?
 6             I guess stated another way was, what do you
 7   understand was the first date that he went to see
 8   anybody after this wreck?
 9        A    Well, according to the note, history of --
10   history of present illness from my note on August 17,
11   2016, it was noted that he went to the emergency room
12   the next day where he was treated and released.
13             And I was going back to a record from
14   Gulfcoast Spine and just trying to review that to see.
15   But that's what -- that's what I was -- I don't see
16   anything different here that would change that.  So it
17   appears that he went the next day to the emergency
18   room.
19        Q    Okay.  And who did you understand he had
20   most recently seen before he came to see you?
21        A    Well, my understanding, he was being treated
22   at Gulfcoast Spine Institute in Hernando, Florida.
23        Q    Okay.  And did they refer him up to you?
24        A    I don't know how he got to us.  It says
25   treated elsewhere; yeah, Gulfcoast Spine.  But I
```

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

Page 40

1   don't -- I don't see what the referral in the notes --

2   how he was referred to us.

3       Q    Okay.  That's fine.  And tell me what you

4   also show as being the earliest MRI study that was

5   done of his neck.

6       A    The earliest I have is -- well, I have an

7   x-ray dated 3/29/2014, and then I have an MRI cervical

8   2/17/15.  Hold on, I think there's one before that.

9   Yeah, that's it, 2/17 -- no.  No, sorry.  1/30/15,

10  that's the first one I have.

11      Q    Okay.  So it looks like sometime -- about a

12  couple weeks after the wreck he had some x-rays done,

13  and then about 11 months or 10 months after the wreck

14  he had an MRI; is that right?

15      A    Correct.

16      Q    Okay.  And at the time -- and you've seen --

17  have you actually seen that MRI and read those -- that

18  study or --

19      A    Yes.  I've seen three MRIs, so...

20      Q    Okay.  And when we say "see them," I think

21  Mr. Leipow mentioned there's a difference between

22  looking at a report that somebody else wrote --

23      A    Correct.

24      Q    -- and looking at the actual study.  You

25  looked at the studies?



Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                          October 19, 2018

Page 41

1      A    I like to look at both.

2      **Q    Okay.**

3      A    The studies and the actual reports, both.

4      **Q    And do you agree that in the earliest MRI**

5   **done of Mr. Mitchell's neck after this wreck, that it**

6   **definitely showed degenerative disc disease in his**

7   **neck?**

8      A    It did show some degenerative changes in the

9   facet joints of the neck, yes.

10     **Q    Okay.  And can you tell me in your opinion**

11  **whether or not looking at that study there were**

12  **definite findings of -- that you can point us to that**

13  **show that the herniated disc was acute at the time of**

14  **this, March 14th?**

15     A    Well, it's -- there were disc herniations at

16  that time at both the C6-7, C7-T1 level.  However,

17  it's really kind of impossible to put a time stamp on

18  exactly when that occurred.  They are softer disc

19  herniations, so one would then have to propose it was

20  in, you know, weeks to months, year at most.

21         The degenerative changes, of course, are

22  something that occurs over years in time.  But to put

23  an actual date on when a disc herniation occurs,

24  it's -- it's really difficult.

25     **Q    Okay.  And when we talk about normal wear**

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                  October 19, 2018

Page 42

1    and tear like on a spine, I mean, we're really talking

2    about it's normal pretty much for everybody; is that

3    right?

4         A    Yeah.  We're all going to get it --

5         Q    Okay.

6         A    -- depending on what we do and what our

7    activities are, some will end up quicker than others.

8         Q    Okay.  And you certainly have patients that

9    come to you that have had no car wreck or any incident

10   or traumatic event that they said, hey, I did this,

11   but their neck just kind of out of nowhere started

12   hurting?

13        A    Yeah, they're related to something.  But,

14   yeah, we see a lot of patients that, you know, have,

15   especially as they age, degenerative changes with pain

16   that gradually gets worse with some type of activity

17   but not necessarily a car wreck.

18        Q    Okay.  And certainly there are -- since the

19   invention of the automobile, there have been whiplash

20   injuries from automobile wrecks; is that accurate?

21        A    Yes.

22        Q    And all whiplash injuries don't result in

23   herniated discs; is that fair?

24        A    That's correct.  A number result in muscular

25   and ligamentous strains that resolve with conservative

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                           October 19, 2018

Page 43

```
 1   care.

 2        Q    Okay.  And are there lots of causes of

 3   herniated discs other than, I mean, for just simple

 4   things?  I mean, I heard people talk about, you know,

 5   from a cough or a sneeze or, you know, bending over

 6   or, you know, picking up a child or all kinds of

 7   things can cause herniated discs?

 8        A    Yes.

 9        Q    Okay.  But is it fair to say that our spine

10   and these structures that you've been pointing to on

11   the model, they're not like fragile components of the

12   body, are they?

13        A    No.  There's lots of muscles and ligaments

14   around those protecting those, and, for obvious

15   reasons.  There's an important spinal cord in the

16   midst of all that, so teleologically that needs to be

17   protected for the survival of the organism.

18        Q    Okay.  Have any of your studies through --

19   with Georgia Tech or anybody else involved actually

20   doing -- you were talking about different loads and

21   forces that can cause herniation.  Have -- it sounds

22   like more of what you're doing is trying to come up

23   with better treatment plans and making your devices

24   better.

25             And you've mentioned you had a couple
```

Page 44

1    patents in some devices that you have come up with

2    to -- that you've used in your own surgery; is that

3    right?

4         A    Yes.

5         Q    Okay.  But -- and I know that was kind of a

6    compound question.

7              So have you, like, participated in studies

8    where you've gone to see, well, it's -- you know, kind

9    of typically requires this amount of property damage

10   or this amount of Delta force or this amount of

11   whatever to cause a rupture of a, you know, any part

12   of this, you know, spinal process?

13        A    No, we haven't.  We haven't done that.

14        Q    Okay.

15        A    It would be an interesting study.

16        Q    Okay.  And when you -- each of the times

17   that you saw Mr. Mitchell, I can tell from looking at

18   your report, but you did a hands-on examination of

19   him, did certain tests, performed certain tests with

20   respect to his neck?

21        A    Yes, sir.

22        Q    Okay.  And do your records that have been

23   marked today, you know, accurately reflect all that

24   you did when you had him on a physical exam?

25        A    Yes, sir.

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                October 19, 2018

Page 45

1      Q    And so, for instance, I'm looking at -- I

2    don't think this is the most -- the last time you saw

3    him was in August of, what, a couple months ago?

4      A    Yes.

5      Q    And we're -- and we're here today in October

6    of 2018.  And so -- but I'm looking at actually --

7    actually, I saw I think earlier, I think it's the

8    same.

9          But looking at your last visit, the physical

10   exam, at that point in time his range of motion in his

11   neck was full; is that right?

12     A    Yes.

13     Q    And just, you know -- and that, to us, that

14   have been involved in this, certainly to you that sees

15   it every day, that may be just kind of ordinary common

16   language.  What is -- tell our -- tell our jurors what

17   that means about having the full range of motion in

18   all aspects.

19     A    Well, that's a good -- a good sign that a

20   patient can move their neck in full range of motion.

21   Of course, the question is, is there pain then?  Some

22   days are better than others.  But, generally, if you

23   can move without significant pain, that's a good

24   finding.

25     Q    Okay.  And as we look at this, your -- what

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                              October 19, 2018

Page 46

1  you reported about the physical exam on that last

2  date, you know, what are the -- what are the positive

3  findings which -- which in -- which is, in medical

4  terms, means a bad finding, right?

5       A    Right.

6       Q    Yeah.  What are the positive findings that

7  you found with respect to his neck?

8       A    Well, we saw a positive Spurling sign, which

9  means with compression on the head and rotation, it

10  causes pain.  So at that point, you know -- and there

11  was pain at the ranges of motion.  But that's mostly

12  what it was.

13      Q    Okay.  In anything -- you mentioned that

14  it's almost impossible to tell, put a time stamp on

15  when degeneration starts or when herniations that

16  result in the degeneration process occurs.

17           It certainly is easier to tell when you have

18  an acute herniation if you have a study almost

19  immediately after the event happens.  It'd be nice to

20  have one before it happened, right, and know?  But --

21      A    Ideally, MRI before an accident --

22           MR. LEIPOW:  Let me -- let me object to that

23       because I'm not sure if I understood what the

24       question is on that one.

25           MR. GRAY:  Okay.  All right.

Page 47

```
 1              MR. LEIPOW:  So object to form.  And

 2       hopefully you can rephrase it so I can understand

 3       it.

 4              MR. GRAY:  Okay.  That's fine.

 5       Q    (By Mr. Gray) Okay.  So you had testified

 6   just a little earlier that it's difficult to put, if

 7   not impossible, to put a time stamp on the beginning

 8   of degeneration as can be seen on an MRI, correct?

 9       A    Yes.

10       Q    Or when a herniation actually occurred?

11       A    Correct.

12       Q    Or maybe sometimes whether or not it was --

13   the herniation was caused by an event versus just the

14   normal wear and tear process?

15       A    And it's hard to tell that with an MRI scan.

16   I mean, ideally it'd be nice to have one, you know,

17   the day before the injury and then immediately

18   afterwards.  But it rarely happens.

19       Q    If we all had a crystal ball and could go

20   out and do that --

21       A    Right.

22       Q    -- then we'd avoid the wreck, then, right?

23       A    Yes.

24       Q    So it's kind of -- okay.

25              So haven't seen him since, other than today,
```

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                                October 19, 2018

Page 48

1     since August?

2         A    Correct.

3         Q    And you believe that he likely will head to

4     surgery based on how patients typically present to you

5     and put it off; is that --

6         A    Correct.

7         Q    -- correct?

8              Okay.  And if you go through that process --

9     you've done thousands of these surgeries, right?

10        A    Probably so by now, yes.

11        Q    Yeah.  I mean, how many this year?

12        A    Probably about six or seven a month, so

13    probably fifty this year so far.

14        Q    Right.  So it's fair to say that you're, you

15    know, one of the most skilled surgeons around that

16    does this type of surgery?

17        A    Well, I've been doing it a long time, so I

18    guess that makes you more skilled than others.  But

19    I've done a lot.

20        Q    You don't have to pat yourself on the back,

21    but we -- but you would -- you get good results from

22    this specific surgery when you do it?

23        A    Yes.

24        Q    Okay.  And, of course, every person is

25    different, and you don't have a -- you know, you don't

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                          October 19, 2018

Page 49

1    have a guarantee for Mr. Mitchell that if he goes and

2    does it, that he'll be completely pain free and back

3    to the way God put him together before he got hurt or

4    degeneration set in?

5        A    Correct.

6             MR. GRAY:  All right.  I thank you for your

7        time.

8             THE WITNESS:  Yes, sir.

9             MR. GRAY:  Appreciate it.

10            THE WITNESS:  Yes, sir.

11            MR. LEIPOW:  No further questions.  Okay.

12            THE WITNESS:  Great.

13            MR. MITCHELL:  Can we talk again?

14            MR. LEIPOW:  No.

15            THE VIDEOGRAPHER:  Going off the record.

16       The time is 1:49.

17            (Deposition was concluded at 1:49 p.m.)

18            (Pursuant to Rule 30(e) of the Federal Rules

19       of Civil Procedure and/or O.C.G.A. 9-11-30(e)

20       signature of the witness has been waived.)

21

22

23

24

25

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                October 19, 2018

Page 50

1                    COURT REPORTER CERTIFICATE

2

    STATE OF GEORGIA:
3
    COUNTY OF COBB:
4

5

6          I hereby certify that the foregoing

7     transcript was reported, as stated in the caption,

8     and the questions and answers thereto were reduced

9     to typewriting under my direction; that the

10    foregoing pages represent a true, complete and

11    correct transcript of the evidence given upon said

12    deposition, and I further certify that I am not of

13    kin or counsel to the parties in the case; am not in

14    the employ of counsel for any of said parties; nor

15    am I in any way interested in the result of said

16    case.

17

18

19

                Teresa D. Ross, RPR
20              Certified Court Reporter
                Certificate Number 4642-6574-4901-7344
21

22

23

24

25

Elizabeth Gallo
COURT REPORTING, LLC

www.GeorgiaReporting.com/Schedule
404.389.1155

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                    October 19, 2018

Page 51

1                    DISCLOSURE OF NO CONTRACT

2

3            I, Teresa D. Ross, RPR, Certified Court
   Reporter, do hereby disclose, pursuant to Article
4  10.B. of the Rules and Regulations of the Board of
   Court Reporting of the Judicial Council of Georgia,
5  that I am a Georgia Certified Court Reporter; I was
   contacted by the party taking the deposition to
6  provide court reporting services for this
   deposition; I will not be taking this deposition
7  under any contract that is prohibited by O.C.G.A.
   15-14-37(a) and (b) or Article 7.C. of the Rules and
8  Regulations of the Board; and I am not disqualified
   for a relationship of interest under O.C.G.A.
9  9-11-28(c).

10

11           There is no contract to provide services
   between myself or any person with whom I have a
12 principal and agency relationship, nor any attorney
   at law in this action, party to this action, party
13 having a financial interest in this action, or agent
   for an attorney at law in this action, party to this
14 action, or party having a financial interest in this
   action.  Any and all financial arrangements beyond
15 my usual and customary rates have been disclosed and
   offered to all parties.

16

17           This 2nd day of November, 2018.

18

19

20

21           Teresa D. Ross, RPR
             Certified Court Reporter
22           Certificate Number 4642-6574-4901-7344

23

24

25

Elizabeth Gallo
COURT REPORTING, LLC                    www.GeorgiaReporting.com/Schedule
                                                      404.389.1155

Case 1:16-cv-00336-MLB    Document 114-4    Filed 01/17/20    Page 52 of 61

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                          October 19, 2018

**Exhibits**

**Plaintiff's Exhibit 01**
  3:9 4:3 6:4

**Plaintiff's Exhibit 02**
  3:10 12:12,16,25 37:9

**Chappuis Exhibit Bin der**  3:7

**$**

**$4,000**  35:14

**1**

**1**  6:4 13:7 31:11,15
**1-**  34:5
**1-inch**  29:11
**1/30/15**  40:9
**10**  24:12 40:13
**11**  30:12 40:13
**11/16/2016**  25:22
  26:19
**12/14/2016**  27:15
**12/29/16**  17:21
**12:49**  4:7
**14th**  41:14
**15**  24:12
**16th**  25:17
**17**  11:19 18:2 30:9
  39:10
**17th**  5:18 30:8
**18-wheel**  38:7
**18-wheeler**  13:20
**19**  4:2 8:1
**1989**  6:22 8:1
**1990**  8:1
**19th**  4:6
**1:33**  36:7,8

**1:36**  36:9,11
**1:49**  49:16,17
**1st**  28:22

**2**

**2**  12:16,25 13:7 31:11,
  15 37:9
**2-level**  34:5
**2/17**  40:9
**2/17/15**  17:19 40:8
**2/18/16**  18:1
**2002**  9:5
**2014**  11:22 22:10 37:2
**2016**  5:18 11:20 18:2
  39:11
**2017**  28:23
**2018**  4:2,6 30:12 45:6
**2029**  6:25

**3**

**3**  19:8
**3/18/16**  17:20
**3/29/2014**  40:7
**3/9/2014**  13:18
**30**  24:11
**30(e)**  49:18
**3161**  10:5

**4**

**4**  19:8

**5**

**5**  19:8
**5-6**  30:1

**6**

**6**  19:8

**6-7**  18:6 19:9 30:1

**7**

**7**  19:8
**7-T1**  18:6
**70-**  32:18
**75**  24:24

**8**

**80**  24:25 31:21
**80,000**  32:18
**80-something**  31:22

**9**

**9-11-30(e)**  49:19
**9/29/16**  25:21
**90**  33:25
**9th**  11:22 22:10 37:1

**A**

**ability**  19:20
**ablation**  27:7 28:5,8
**absorb**  21:21 22:2
**absorbed**  23:1
**absorbs**  23:1
**accepted**  7:18
**accident**  11:9,12,22
  13:18 22:10,16 46:21
**accidents**  24:5
**accurate**  6:6 12:8 13:1
  42:20
**accurately**  44:23
**ACDF**  29:3 32:12
**acronym**  29:3
**acronymized**  29:3
**activities**  34:23 42:7

**activity**  33:2 42:16
**actual**  17:7 39:3 40:24
  41:3,23
**acute**  21:6 41:13 46:18
**affect**  11:5 23:19
**affected**  20:8 23:9,10
**affecting**  20:25
**age**  42:15
**aggravated**  14:2
**aging**  21:4
**agree**  17:11 41:4
**agreeable**  5:5
**alleviate**  28:25
**alleviated**  14:3
**American**  6:21
**amount**  44:9,10
**and/or**  49:19
**anesthesia**  29:9
**anesthetic**  27:6
**anterior**  29:1 31:12
**AO**  6:18
**appears**  13:3 39:17
**appointed**  8:8
**appointment**  26:15
**approved**  7:22
**approximately**  4:7
**area**  18:22 19:15 26:4,
  11 27:19 32:16
**areas**  30:2
**arm**  34:7
**artery**  19:5
**arthritis**  20:3
**arthropathy**  18:5
  19:24 20:2
**aspects**  8:12 45:18
**assessment**  14:11
  17:3
**associate**  15:8

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.

October 19, 2018

**asymptomatic** 21:2

**Atlanta** 7:3 10:2,5,6

**attorney** 4:11

**attorneys** 4:9

**August** 5:18 11:19 18:2 25:17 30:9 39:10 45:3 48:1

**authored** 10:18

**automobile** 42:19,20

**avoid** 47:22

**aware** 15:16

---

**B**

---

**back** 13:4,15 14:1 18:22 19:16,17,19 27:23 31:16 33:13 34:12 36:4,10 39:13 48:20 49:2

**background** 5:21 6:10

**bad** 46:4

**ball** 47:19

**base** 18:24,25 19:7

**based** 16:23 35:19 48:4

**basically** 9:11 11:1 21:2 26:1,13 27:9 33:6

**basis** 4:24

**bearing** 10:19

**began** 13:17

**beginning** 4:22 47:7

**bend** 19:20

**bending** 34:22 43:5

**bioengineering** 7:6 8:9,11,12 9:9

**biological** 11:3

**biology** 6:13

**biomechanical** 10:20

**biomechanics** 8:7 9:13 11:6,14

**bioscience** 9:9,11

**biosciences** 7:6 8:9,12

**bit** 5:20 9:8 12:24 18:8 19:25

**Black** 15:2,18 30:10 34:17

**block** 14:17 25:16,19, 20,23,25 26:1,13 27:12, 16,18 28:3,20 30:22

**blocks** 28:24,25 31:2

**Blunt** 29:12

**Bo** 4:13 36:18

**board** 6:22 7:13

**body** 9:12,13 11:7 22:25 43:12

**bone** 23:2

**bones** 19:13,17

**brain** 18:25 19:7

**branch** 26:25 27:1,12, 16,18 28:3,24 31:1

**break** 36:4

**briefly** 4:21

**brought** 16:11

**BS** 6:13

**business** 32:16

---

**C**

---

**C-1** 19:7

**C-2** 19:7

**C-5** 32:13

**C-7** 32:13

**C5-6** 19:11 20:13 29:24

**C6-7** 14:16 18:4,5 29:24 41:16

**C6-c7** 19:10 20:10

**C7-t1** 14:16 18:4 19:10 20:10 29:24 41:16

**call** 19:2 20:1,14 38:21

**called** 9:20 14:18 19:18,21,25 26:4,5,6,25

**Campbell** 6:18

**candidate** 8:17

**car** 42:9,17

**care** 14:20 24:24 25:2, 10,15 26:22 30:19 31:19 32:9 33:3,6,14 36:1 43:1

**career** 24:9

**case** 15:1 21:23 23:13 28:6 36:1

**cases** 25:6,7

**cau-** 27:3

**causation** 38:24

**caused** 21:7 22:4 38:1, 6 47:13

**center** 7:3 10:2,3,5

**certainty** 33:17

**certification** 6:23,25 7:15

**certifications** 8:2

**certified** 6:21 7:13

**cervical** 10:15,22,25 14:17 17:24 18:15,21, 24 19:6,22 20:8 22:6 23:11 25:16 27:16,18 29:2 31:12 40:7

**change** 34:6 38:16 39:16

**Chappuis** 4:1,9,17,21 5:10 36:13,18

**charge** 35:10,13,16

**chart** 12:19 13:1 16:15

**child** 43:6

**circumstances** 11:16

**Civil** 5:3 49:19

**class** 8:18

**clear** 18:10

**Clinic** 6:18

**clinical** 7:4 8:12

**College** 6:14

**colli** 19:4

**collision** 11:4 14:6 22:12,23 23:9,13

**common** 15:24 23:21 24:2,4 45:15

**compare** 12:22

**compilation** 12:8,18

**complaint** 13:14

**complaints** 13:24

**complete** 7:18,22 12:3, 8,25

**completely** 34:8,9 49:2

**complex** 20:15

**components** 18:21 43:11

**composed** 18:20

**compound** 44:6

**compression** 46:9

**concluded** 49:17

**condition** 38:23

**conjunction** 7:8 8:14 21:13,15

**consequences** 23:7

**conservative** 14:20 24:17,24 25:2,10,15 26:22,24 28:15,16 30:17,19 31:19 32:9 33:13 42:25

**conservatively** 24:21

**context** 5:15

**continual** 31:18

**continue** 32:22

**contusion** 23:2

**copies** 38:11

**copy** 6:2,6 7:11 13:1

**cord** 19:1 29:15 43:15

**correct** 8:21 9:6 10:8 28:14 29:5,20 30:13 35:2 37:2,6,17,19,23 38:2,4 39:1 40:15,23 42:24 47:8,11 48:2,6,7

---



Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.

October 19, 2018

49:5

**correction** 9:23 31:6

**cost** 32:13

**cough** 43:5

**counting** 19:6 20:9

**Countiss** 15:20

**couple** 36:23 40:12 43:25 45:3

**courses** 30:19

**court** 4:15

**cover** 11:7

**crawling** 34:22

**create** 22:17

**creates** 23:2 27:3

**cross-section** 26:3

**crystal** 47:19

**cum** 6:13

**current** 6:24 9:3

**curriculum** 6:6

**CV** 6:3

**D**

**damage** 22:20 38:11 44:9

**date** 4:6 14:6 31:25 39:7 41:23 46:2

**dated** 17:21 40:7

**David** 7:9

**day** 13:22 14:14 39:12, 17 45:15 47:17

**days** 14:4 45:22

**decrease** 33:2

**defendants** 4:14

**deficits** 25:5

**definite** 41:12

**deformity** 9:23

**degeneration** 46:15, 16 47:8 49:4

**degenerative** 19:25 20:12,13,20,22,23 21:2, 9,13,14,18,19,21 22:1 41:6,8,21 42:15

**degree** 6:15 33:16

**Delta** 44:10

**Department** 8:9

**depending** 42:6

**deposition** 4:1,8,20, 22,25 5:1 6:2 12:22 35:8,11,16,19,22 49:17

**describe** 15:4 18:15 27:20

**describing** 18:14

**detail** 5:20 9:8 10:12

**determine** 26:17 39:2

**determining** 37:15

**device** 9:19,24

**devices** 9:17 10:25 43:23 44:1

**diagnosis** 16:25

**diagnostically** 26:25 28:4

**difference** 35:16 40:21

**differentiate** 20:16

**difficult** 41:24 47:6

**disc** 10:15 14:16 18:3 19:13 20:10,14,16,19 21:12,15,24 29:14,17 41:6,13,15,18,23

**discectomy** 29:2 31:12

**discs** 42:23 43:3,7

**discussed** 28:23 30:2, 9

**discussing** 19:15 29:1

**disease** 41:6

**dissection** 29:12

**dissipates** 23:4

**distraction** 9:22

**doctor** 5:11 11:18

**doctors** 15:7

**document** 15:12

**documented** 16:19

**driver** 13:19

**duly** 4:18

**dura** 26:5,6

**duty** 31:16 34:13

**E**

**earlier** 13:16,25 27:23 33:22 34:12 45:7 47:6

**earliest** 39:4 40:4,6 41:4

**easier** 46:17

**educational** 6:9

**electrified** 27:9

**emerge** 19:2

**emergency** 13:21 25:6,7 39:11,17

**EMG** 32:25

**Emory** 7:1 10:1

**encounter** 13:12

**end** 24:25 33:13 42:7

**ends** 34:19

**entire** 13:1

**entrepreneurship** 7:8 8:15

**epi-** 26:1

**epidural** 14:17 25:16, 18,20,22,25 26:2,6,9, 13,14,16,17,23 27:11 28:20,24 30:22

**episodic** 33:2

**established** 34:25

**estimate** 24:10,16 32:19

**event** 42:10 46:19 47:13

**evidence** 13:7

**exam** 7:20,23,25 12:2 44:24 45:10 46:1

**examination** 5:6 36:16 37:8 44:18

**examined** 4:18

**excuse** 30:8

**Exhibit** 4:3 6:4 12:12, 16,25 37:9

**Exhibits** 13:7

**expect** 32:9 33:8

**experience** 8:5 31:9

**experiences** 10:17

**explain** 6:10 11:24 13:12 20:21 22:11,19 25:24 29:6

**extension** 23:15

**extent** 12:23

**extremity** 32:24 33:1

**F**

**facet** 18:5 19:21,24 20:1,2 27:3,8,10,24 41:9

**facility** 32:17

**fact** 32:25 33:24

**faculty** 7:5

**failed** 28:15,25

**failure** 9:23

**fair** 42:23 43:9 48:14

**fall** 7:8 11:12

**familiar** 11:2

**farther** 31:20

**Federal** 5:3 49:18

**fee** 32:17

**feel** 18:13 19:17 35:25

**fellowship** 6:19

**felt** 14:15 18:3,4 29:25

**fifty** 48:13

Elizabeth Gallo
COURT REPORTING, LLC

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.

**file** 37:9

**films** 17:13,15,18,23

**find** 14:10 38:21

**finding** 45:24 46:4

**findings** 17:23 41:12 46:3,6

**fine** 40:3 47:4

**fixation** 9:16,17

**flexion** 23:15

**Florida** 6:21 16:9 39:22

**focus** 23:6

**follow-up** 26:15 36:23

**foramen** 19:3

**force** 22:16,19,24 44:10

**forces** 23:10 43:21

**form** 14:21 25:16 47:1

**formulating** 16:25

**forward** 23:14 37:16

**found** 46:7

**fracture** 23:2 25:6

**fracture-dislocations** 25:6

**fragile** 43:11

**free** 18:13 49:2

**front** 12:4 29:9,12,13

**frozen** 27:9

**full** 31:16 34:12 45:11, 17,20

**fusing** 29:19

**fusion** 10:24 29:2 31:12,15 34:5,10

**future** 25:14

---

**G**

**general** 4:23 5:12 6:16 10:11 18:17,19 20:18 22:18 29:9

**generally** 7:18 14:25 23:5 30:25 38:12 45:22

**generated** 15:11

**generator** 28:14

**Georgia** 6:20 7:4,7 8:8, 20,23 43:19

**Germany** 6:19

**Gidget** 15:2,18

**Gigi** 15:2

**give** 28:6 38:23

**God** 49:3

**good** 6:25 21:11 31:16, 17 33:23,24 36:22 45:19,23 48:21

**gradually** 33:7 42:16

**graduated** 6:12,14

**Gray** 4:13 5:5 13:8 36:17,18 46:25 47:4,5 49:6,9

**great** 23:5 49:12

**greater** 5:20

**guarantee** 49:1

**guess** 24:11 39:6 48:18

**Gulfcoast** 16:8,12 39:14,22,25

**Guy** 4:12 5:11

---

**H**

**half** 37:5

**hand** 6:3

**handed** 6:1

**hands-on** 44:18

**happened** 24:1 46:20

**hard** 20:16 47:15

**Harms** 6:19

**he'll** 32:22 49:2

**head** 46:9 48:3

**headaches** 14:4

**heals** 34:10

**heard** 43:4

**helped** 26:17

**helpful** 14:19 18:14 28:18 38:14

**helping** 8:11

**helps** 9:21

**Hernando** 16:9 39:22

**herniated** 41:13 42:23 43:3,7

**herniation** 10:15 18:3 20:16 21:16,24 22:17 23:3,24 41:23 43:21 46:18 47:10,13

**herniations** 14:16 20:10,19 21:12 23:20 41:15,19 46:15

**hey** 36:18 42:10

**hisself** 13:21

**history** 12:1 13:13 22:8 39:9,10

**hit** 11:13 38:6

**Hold** 40:8

**hope** 9:22

**horizontal** 29:11

**hospital** 6:16 7:1,2 10:1

**hospitals** 9:25

**housekeeping** 12:15

**Howell** 10:5

**human** 9:12,13

**hundred** 24:12

**hurt** 49:3

**hurting** 42:12

---

**I**

**ideally** 46:21 47:16

**identification** 4:4 12:13

**illness** 39:10

**im-** 27:15

**imagine** 32:17

**imaging** 12:20

**immediately** 46:19 47:17

**impact** 23:18 24:5

**implants** 29:16

**important** 16:20 43:15

**impossible** 41:17 46:14 47:7

**improve** 25:10 33:9

**improved** 34:8

**improvement** 26:19 27:15 28:20

**improving** 33:18

**incident** 42:9

**incision** 29:11

**including** 12:20

**increase** 9:22

**increased** 34:18

**indication** 31:23

**inflammation** 26:12

**information** 5:21

**initial** 12:1 13:12,14 25:12

**initially** 25:4

**injected** 26:10,11 27:5

**injecting** 26:24

**injection** 14:18 26:2,7, 14,24

**injections** 14:21 24:22 33:4

**injured** 21:20

**injuries** 10:19 14:6 23:22 24:20 38:22 42:20,22

**injury** 11:11,15 23:14, 20 24:9 38:18 47:17

**innervates** 27:3

**inside** 9:20



Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.

October 19, 2018

**instance**  17:3 45:1

**Institute**  7:6 16:9 39:22

**instructor**  7:4

**interact**  22:19

**interacts**  9:13,14

**interest**  8:7 9:16 35:23

**interesting**  38:17 44:15

**internship**  6:15

**interpretations**  17:8

**intervention**  28:23 34:3

**interventional**  15:7

**invention**  42:19

**involved**  10:24 11:21 15:22 22:24 23:10 30:2 32:2 37:1 38:20 43:19 45:14

**involvement**  29:24 32:24

**issue**  11:3

**issues**  19:10

**itself-type**  23:20

**J**

**James**  4:1,9,17,21 5:10

**joint**  27:8

**joints**  19:19,21,25 20:1, 25 27:4,24,25 28:2 41:9

**June**  30:12

**juror**  18:8

**jurors**  45:16

**jury**  6:11 13:13 17:22 20:7,21 25:13,24 29:7 35:5

**Justin**  15:19

**Jörgen**  6:19

**K**

**Kevin**  4:11

**kind**  11:4 22:5 24:8 32:14 34:3 38:5 41:17 42:11 44:5,8 45:15 47:24

**kinds**  43:6

**knees**  26:11

**knowing**  38:14

**knowledge**  7:16

**L**

**lamina**  26:8

**language**  45:16

**laude**  6:13

**lawsuit**  38:21

**lawyer**  4:14 37:8

**leaning**  35:23

**left**  28:11,12

**Leipow**  4:11,20 5:7 12:14 13:6,9,10 36:3,12 40:21 46:22 47:1 49:11, 14

**letters**  7:19

**level**  18:5 19:22 31:11, 16 33:2 41:16

**levels**  20:11,12,20 30:1

**licensed**  6:20

**lifting**  34:22

**ligamentous**  42:25

**ligaments**  43:13

**light**  34:21

**limitations**  34:4,16

**limited**  6:23

**lined**  26:5

**literature**  31:11 33:25

**live**  20:24

**living**  21:4

**load**  9:23 21:19,21,24 22:3 23:4,6,19

**loads**  43:20

**local**  27:5

**long**  20:24 23:2 48:17

**Longus**  19:4

**looked**  17:16 29:25 40:25

**lot**  20:14 42:14 48:19

**lots**  43:2,13

**lower**  18:22

**lumbar**  18:22 19:23

**M**

**M.D.**  4:1,17 5:10

**made**  9:19 29:12

**maintains**  12:10 13:2

**major**  23:24

**majority**  24:23,24 25:8, 9 31:5

**make**  16:23 18:8

**makes**  48:18

**making**  43:23

**management**  8:16 24:17

**March**  11:22 22:10 28:22 37:1 41:14

**marked**  4:3 6:4 12:12, 16 44:23

**markedly**  34:8

**massage**  24:22

**material**  9:20 29:14

**materials**  7:8 8:15,16 9:9,15

**Mcpeak**  15:19

**MD**  6:14

**meaning**  24:21

**means**  9:10,23 20:22 26:2 45:17 46:4,9

**mechanical**  11:2

**mechanism**  11:11 38:18

**mechanisms**  11:14

**medial**  26:25 27:1,12, 16,18 28:3,24 31:1

**medical**  6:14 7:14 10:13 12:2,4,9,19 13:11 15:5,10,12,15,25 16:5, 6,18 20:1 29:4 33:16 37:12,22 38:22 46:3

**medically**  24:2

**medication**  26:9,10

**medications**  14:3

**medicine**  18:9

**member**  7:5

**membrane**  26:5

**memory**  6:9 13:10

**mentioned**  13:16,25 33:22 34:11 37:8 40:21 43:25 46:13

**Mercy**  6:15

**met**  11:17 16:10 36:19

**microscope**  29:14

**mid-90**  31:13 33:25

**midback**  18:22

**midst**  43:16

**Midtown**  7:2 10:1

**mild**  20:11,12

**Mill**  10:6

**minimal**  23:24

**minivan**  13:19

**miracles**  33:11

**Mitchell**  4:12 5:13,16 10:14 11:17 12:6,9 13:2,12 14:24 15:16 16:11 17:14 18:3,18 21:8 22:5 24:2,15 25:11,14,18 26:16,21 30:4,15 31:23 32:5,12,

Elizabeth Gallo
COURT REPORTING, LLC

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.
October 19, 2018

13 34:21 35:1 36:25
37:10,21 44:17 49:1,13

**Mitchell's** 5:11 10:19
16:7 17:24 20:8 23:11
29:22 32:20 33:8,18
34:14 41:5

**modalities** 28:15,16

**model** 18:11,23 20:7
43:11

**month** 24:12 48:12

**months** 40:13 41:20
45:3

**motion** 34:7,19 45:10,
17,20 46:11

**motor** 11:4,8,12,21
13:17 22:9,12,22 23:8
24:5

**movable** 21:18

**move** 19:21 22:2 27:25
31:5 32:2 45:20,23

**moves** 13:6

**moving** 14:2

**MRI** 14:15 17:6,20
20:15 31:4 40:4,7,14,17
41:4 46:21 47:8,15

**MRIS** 40:19

**muscle** 19:4

**muscles** 43:13

**muscular** 23:3,24
42:24

**N**

**names** 4:10

**narcotics** 33:4

**necessarily** 37:14
42:17

**neck** 5:18 10:16 11:7,
20 13:14,25 14:5 19:18
22:14 23:17,21 29:10,
12 32:20,22 34:7 40:5
41:5,7,9 42:11 44:20
45:11,20 46:7

**nerve** 19:1,14 26:9

27:2,8 28:1 29:15

**nerves** 19:12

**neural** 19:2

**neurologic** 25:5

**NFL** 11:12 31:14 34:12

**nice** 36:21 46:19 47:16

**nondegenerative**
21:25 22:3

**nonsurgical** 7:17

**normal** 41:25 42:2
47:14

**not-** 33:5

**note** 32:4 39:9,10

**noted** 25:21 39:11

**notes** 15:22 16:24 32:1
40:1

**notice** 34:6

**noticed** 37:7

**number** 4:3 7:24 9:17
12:12 21:1 33:11 34:9
42:24

**nurse** 15:1,3,7,18,20

**O**

**O.C.G.A.** 49:19

**object** 46:22 47:1

**objection** 13:8

**objections** 4:23,24

**obvious** 43:14

**occasionally** 21:3

**occasions** 36:19

**occiput** 18:25 19:7

**occur** 9:24

**occurred** 11:22 13:18
21:13 22:10 23:7 41:18
47:10

**occurrence** 24:1

**occurs** 41:22,23 46:16

**October** 4:2,6 45:5

**office** 10:7 11:19 12:10,
20 13:2 14:22 15:5,12,
17 16:6 25:22 30:11

**Ohio** 6:14

**openings** 19:3

**operate** 24:19

**operation** 29:8 31:9,
14,17 33:22 34:13

**opinion** 22:7 41:10

**opinions** 38:22,23

**opportunity** 38:10

**option** 30:20

**oral** 7:25

**ordinary** 45:15

**organism** 43:17

**originals** 13:5

**Orthopaedic** 6:22

**orthopedic** 5:25 6:10,
17 7:3 10:2 15:8

**osteophyte** 20:15

**osteoporotic** 9:18

**outcomes** 31:17

**overhead** 34:23

**P**

**P-1** 4:3

**P-2** 12:12

**p.m.** 4:7 36:8,9 49:17

**PA** 9:1

**pain** 5:18 10:16 11:21
13:14,15,25 14:1,2
26:13 28:4,11,14 31:18
32:23 34:18 42:15
45:21,23 46:10,11 49:2

**paper** 10:21,23

**Parker** 7:5

**part** 11:10,13 19:16
21:4 22:25 32:16 37:9
44:11

**participated** 44:7

**pat** 48:20

**patents** 9:17 44:1

**patient** 5:17 11:11
14:11 15:11 16:20 17:4
25:9 29:8 33:3 35:24
36:1 38:25 45:20

**patients** 14:25 16:21
21:1 23:22 24:7,14,20,
23,25 25:4,8,9 33:12
34:6,9,11 42:8,14 48:4

**pays** 35:19

**pedic** 9:20

**PEEK** 9:20

**peer-reviewed** 31:10
33:25

**people** 43:4

**percent** 24:25 31:13,22
33:25

**perform** 32:11

**performed** 27:13 44:19

**period** 21:11 25:3

**periods** 33:3

**permission** 7:25

**person** 48:24

**pertains** 17:24

**Petit** 7:5

**Ph.d.** 8:10,17

**photographs** 38:11

**physical** 12:1 13:23
23:9 24:21 28:24 33:4
44:24 45:9 46:1

**physician** 7:16 15:24
35:1

**physician's** 16:24

**physicians** 37:11

**picking** 43:6

**picture** 18:10 20:5

**piece** 10:20

**pillar** 9:21

Case 1:16-cv-00336-MLB    Document 114-4    Filed 01/17/20    Page 58 of 61

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                    October 19, 2018

**place** 29:16

**plaintiff** 4:12,13 13:6

**plaintiff's** 4:3 12:12,16, 25

**plan** 16:21,23 17:1 29:21

**plans** 43:23

**plastic** 18:23

**plate** 29:18

**player** 11:12 31:16 34:12

**players** 31:14

**pliable** 21:18

**point** 24:13 31:5 32:6 41:12 45:10 46:10

**pointing** 43:10

**position** 8:8 23:17

**positive** 46:2,6,8

**possibility** 29:1

**possibly** 19:10

**post** 34:4

**posterior** 19:18 27:1, 23

**practice** 5:17,23 6:20 7:24 9:25 10:9 16:3 24:11

**practitioner** 15:1,19, 20

**practitioners** 15:3,7

**pre-exposed** 22:2

**present** 4:9 25:4 35:25 39:10 48:4

**presentation** 5:2 24:15

**presented** 13:13 21:19 30:13 35:5

**presents** 34:15

**pretty** 20:4 24:4 42:2

**previous** 14:5

**primary** 27:1

**prior** 4:21 14:6 22:14 37:11

**privileges** 7:1

**probability** 33:17

**problem** 10:13 30:13 37:22 38:1

**problems** 22:6,14 25:1 33:18

**procedure** 5:4 27:7 28:17 31:21 49:19

**procedures** 12:20

**proceed** 24:18

**process** 7:15 12:24 21:5,6 27:24 33:5 44:12 46:16 47:14 48:8

**processes** 11:3 19:18

**Professor** 6:19 7:9 8:14

**prognosis** 32:20 33:17,21,23,24

**program** 9:1

**programs** 7:23

**progress** 32:23 33:1

**property** 44:9

**propose** 41:19

**protected** 43:17

**protecting** 43:14

**provided** 37:10

**provider** 14:24 16:6

**providers** 15:5,12,15 16:1 37:12

**publications** 10:18

**published** 10:21

**publishing** 10:21

**purpose** 5:2,3 26:12

**pursuant** 49:18

**pursue** 33:20

**pushes** 31:20

**pushing** 29:15

**put** 29:8,17 41:17,22 46:14 47:6,7 48:5 49:3

---

## Q

**question** 5:12 6:5 23:5 44:6 45:21 46:24

**questions** 34:24 36:13, 24 49:11

**quick** 36:4,23

**quicker** 42:7

**quote** 33:24

---

## R

**radiofrequency** 27:7 28:5,8

**radiologists** 17:12,17

**radiology** 17:2,13,23

**ramus** 27:2

**range** 34:6,19 45:10,17, 20

**ranges** 46:11

**rarely** 47:18

**rate** 31:8,11,22 34:1

**rates** 31:13

**ratio** 31:8

**read** 40:17

**rear** 24:6

**rear-end** 23:13

**reason** 23:21 28:7 38:19

**reasonable** 33:16

**reasons** 43:15

**recall** 15:23

**received** 26:16

**recent** 6:3,6

**recently** 39:20

**recertified** 6:23

**recess** 36:8

**recommend** 30:4,20

**recommendation** 7:19 27:11 30:7

**recommended** 14:17 25:13,15,17

**recommending** 31:20 36:2

**record** 4:5 5:9 36:6,11 39:13 49:15

**records** 12:2,4,9,19 13:11 15:10,25 16:5,8, 11,18 29:4 32:4 37:10 44:22

**red** 19:5

**refer** 24:16 25:20 39:23

**reference** 16:20

**referral** 40:1

**referred** 40:2

**reflect** 44:23

**Regency** 8:23

**Regents** 7:4 8:23

**relate** 22:9,12

**related** 12:9 35:22 42:13

**relates** 16:7

**relationship** 15:4

**released** 13:22 39:12

**relevant** 14:11 16:22

**relief** 28:7

**relieve** 26:12

**relieves** 27:6

**rely** 13:4 15:11,25 37:15

**remember** 10:22

**remove** 29:14

**render** 14:13

**rendered** 10:13

**repetitive** 34:22

**rephrase** 47:2



Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.

October 19, 2018

report 40:22 44:18

reported 46:1

reporter 4:15

reports 17:2,16,18,24
41:3

represent 4:10

requested 35:8,15,19

require 33:3

requires 44:9

residency 6:17 7:18,
22,23

resolve 25:2 42:25

resolved 34:8,9

respect 44:20 46:7

responded 31:19

response 14:8

restrained 13:19

restrict 34:20

restrictions 34:20

result 21:8,24 23:23
42:22,24 46:16

resulted 21:11

results 48:21

return 31:15 34:11,12

returned 25:21 30:8

review 16:22 17:5,6
39:14

reviewed 14:15 17:18,
19,21 18:1

RFA 14:19 27:7

rightfully 8:3

risk/benefit 31:8

Road 10:6

role 34:25

room 13:22 39:11,18

root 26:9 27:2

roots 19:2,14 29:15

rotating 6:15

rotation 46:9

rule 28:9 49:18

Rules 5:3 49:18

rupture 44:11

―――――――

**S**

Safranski 7:9 8:14

scan 14:15 18:1 47:15

scans 17:6,7,8

scheduled 14:20 30:14

screws 9:15,22 29:18

secure 9:18

sedentary-type 34:21

seek 21:8

sees 11:11 45:14

segment 22:1,3

segments 21:25

sensation 27:3,10 28:1

set 12:3 17:19 49:4

settings 11:8

shortly 36:5

shoulder 13:16 14:1
34:7

shoulders 26:11

show 17:24 40:4 41:8,
13

showed 41:6

side 11:13 23:18

sign 45:19 46:8

signature 49:20

significant 45:23

similar 24:15

similarly 26:10

simple 43:3

single 38:25

sir 36:20 37:3,13 38:8
44:21,25 49:8,10

situation 31:3

skilled 48:15,18

skin 29:11

skull 18:24

sleep 29:9

slow 18:7 33:5

small 29:11

sneeze 43:5

soft 20:16

softer 41:18

solid 31:15

sort 8:11 21:10 23:14

sounds 43:21

space 26:6,9

speaking 37:7

specialities 7:21

specialties 7:17

specialty 5:24 7:14,17

specific 4:24 10:18
48:22

specifically 18:18 20:7
25:12

speed 12:23

spinal 19:1 29:15 43:15
44:12

spine 6:18 9:18,21
10:5,22,25 11:5 15:7,8
16:9,12 17:25 18:9,14,
15,20,21,23,24 19:6,16,
20,22,23 20:8,22,25
21:17,19 22:6,19 23:4,
11 26:3,4,5 27:17,23,25
29:10,13,22 39:14,22,
25 42:1 43:9

spinous 19:18 27:24

spoke 4:21

spur 20:17

Spurling 46:8

spurs 29:14

stabilize 9:21

stamp 41:17 46:14 47:7

standardize 7:16

start 5:12 19:6

started 6:2 11:21 12:22
42:11

starting 8:1

starts 46:15

state 4:10 5:8

stated 4:23 11:20
13:15,17,18 26:19 39:6

States 7:15

status 30:6

staying 14:22

step 28:21

steroid 26:10

stooping 34:22

strain 23:3,24

strains 42:25

struck 13:20

structure 19:5

structures 19:1 43:10

students 8:10,18

studies 12:20 40:25
41:3 43:18 44:7

study 11:6 40:4,18,24
41:11 44:15 46:18

success 31:8,11,13,22
34:1,2

successful 34:13

summa 6:13

surgeon 5:25 6:11 15:9

surgeons 6:22 48:15

surgeries 48:9

surgery 6:16,17 7:2,3
10:2 24:18 25:8 30:4,7,
9,12,17 31:24 32:6,11,
14,22 33:15,20 34:4
44:2 48:4,16,22

surgical 6:15 7:21 25:1
28:17,23 31:4,5,21

Elizabeth Gallo
COURT REPORTING, LLC

Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.

32:21 34:3

**surgically** 30:3

**survival** 43:17

**sustained** 23:22

**swear** 4:16

**sworn** 4:18

**symp-** 22:5

**symptomatic** 21:3
22:5 32:8

**symptoms** 13:17,24
22:14 25:2 27:6 28:25
32:24 33:1,6,8 34:7,14

**syndrome** 24:3

---

**T**

**T1** 19:8

**takes** 28:4

**taking** 35:11

**talk** 8:5 18:19 19:23
25:11 41:25 43:4 49:13

**talked** 7:12 14:17 20:9
27:22 29:23

**talking** 19:9,24 20:2,4,
18 36:25 42:1 43:20

**taught** 8:25

**teach** 8:6

**teaching** 7:7 8:5,13,22
10:17

**team** 15:6,9

**tear** 20:24 21:5 42:1
47:14

**Tech** 7:7 8:8,20 43:19

**teleologically** 43:16

**ten** 8:3,4

**ten-year** 6:23

**tender** 13:7

**Tennessee** 6:18,21

**terms** 4:23 10:11 18:17,
19 20:1 22:18 23:9
37:15,20 38:14 39:2

46:4

**testified** 4:19 47:5

**testifying** 35:4,6

**testimony** 35:18

**tests** 44:19

**therapy** 13:23 24:21
28:24 33:4

**thing** 21:17

**things** 7:12 9:15 17:2
21:10 24:22 25:5 28:10
43:4,7

**thoracic** 18:21

**thought** 26:23

**thousands** 24:13 48:9

**time** 4:6 6:24 11:20
13:6,24 16:10,14,17
17:11 18:2 21:11 23:17
25:3 30:20 31:5 32:1,23
33:6,12 34:17 35:10,20
36:7,11,12,14 40:16
41:13,16,17,22 45:2,10
46:14 47:7 48:17 49:7,
16

**time-limited** 8:2

**times** 20:14 23:16
44:16

**title** 8:16

**today** 34:25 35:6,9,10
38:20 44:23 45:5 47:25

**Today's** 4:6

**told** 38:5

**Toledo** 6:13,16

**top** 26:3,5

**touch** 19:17

**traction** 24:22

**tractor** 13:20

**trailer** 13:20

**traumatic** 42:10

**treat** 24:21 35:24 38:14,
16

**treated** 5:13 13:22
15:16 24:8 39:12,21,25

**treating** 5:11 11:17
15:24 35:1 37:11

**treatment** 5:15 10:13
14:13 15:13 16:7,19,21,
23 17:1 21:8 22:14
25:1,14 26:20 28:21
30:17 32:21 33:9 38:10
39:4 43:23

**trial** 5:2 35:5

**truck** 38:7

**true** 6:5 38:25

**truth** 36:1

**turn** 19:20

**turned** 23:18

**type** 10:19 14:18 22:17
24:3 25:9 28:17 42:16
48:16

**types** 10:25 11:8

**typically** 14:10 44:9
48:4

---

**U**

**undergrad** 8:18

**understand** 8:11 9:12
11:10,14 18:9 22:15
23:12 39:7,19 47:2

**understanding** 21:7
32:5 34:15 35:7 39:21

**understood** 46:23

**United** 7:14

**University** 6:12,17 7:2,
5 8:23 10:1

**unusual** 24:1

**upper** 18:23

---

**V**

**vehicle** 11:4,9,12,22
13:17 22:9,12,22 23:8
24:5

**vehicles** 38:11

**versus** 24:18 30:17
47:13

**vertebrae** 19:13 29:19

**vertebral** 19:5

**visit** 14:23 25:12 45:9

**visits** 12:20

**vitae** 6:6

---

**W**

**wait** 32:3

**waived** 49:20

**wanted** 32:3

**watch** 30:21

**wear** 20:23 21:5 41:25
47:14

**week** 14:4

**weeks** 40:12 41:20

**weighed** 31:18

**whiplash** 23:19,21
42:19,22

**whiplash-type** 23:14

**Williams** 15:20

**wind** 25:18

**words** 23:25

**work** 8:10 15:6,9 21:15
27:12 34:11,20,21,23

**working** 9:19

**works** 9:12 15:21 18:17
24:17

**worse** 42:16

**worsen** 33:7

**worst** 30:1

**wreck** 37:1 39:5,8
40:12,13 41:5 42:9,17
47:22

**wrecks** 42:20

**written** 7:19,23

**wrong** 30:24

**wrote** 40:22

---



Guy Mitchell vs Dixie Transport, Inc., et al.
James Chappuis, M.D.                                                October 19, 2018

| **X** |
| --- |
| **x-ray** 40:7 |
| **x-rays** 40:12 |

| **Y** |
| --- |
| **year** 6:24 8:25 24:12 |
| 37:5 41:20 48:11,13 |
| **years** 7:22,24 8:3,4 |
| 24:11 33:11 41:22 |
| **yellow** 19:1 |