IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Guy Mitchell,

      Plaintiff,   Case No. 1:16-cv-00336

v.           Michael L. Brown
           United States District Judge
Dixie Transport, Inc., et al.,

      Defendants.
_____/

## **JUDGMENT ON JURY VERDICT**

This action came for trial before a jury and the Court, the Honorable Michael L. Brown, United States District Judge, presiding. The issues have been tried and the jury has rendered its verdict in favor of Plaintiff Guy Mitchell and against Defendants Dixie Transport, Inc., Felix Milo Daley, and Grange Indemnity Insurance Company.

Accordingly,

**IT IS ORDERED and ADJUDGED** that judgment is hereby entered in favor of Plaintiff Guy Mitchell and against Defendants Dixie Transport, Inc., Felix Milo Daley, and Grange Indemnity Insurance Company, in the amount of $6,000.00.

Dated in Atlanta, Georgia, this 30th day of January, 2020.

JAMES N. HATTEN, Clerk of Court

By: s/Benjamin G. Thurman
Deputy Clerk