# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| GUY MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | |
| v. | ) | 1:16-cv-00336-MLB |
| | ) | |
| DIXIE TRANSPORT, INC., | ) | |
| FELIX MILO DALEY, and GRANGE | ) | |
| INDEMNITY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## RESPONSE TO MAY 5, 2021 FILING BY GUY MITCHELL

Comes now, Kevin A. Leipow, Esq., former counsel of record for Plaintiff Guy Mitchell, and hereby files this Response to the document filed by Guy Mitchell in the above-captioned civil litigation, now closed, titled "Plaintiff's Motion For Reconsideration And Request The Court Send A Formal Complaint To Chief Judge For Investigation As Outlined In Local Rule 83.1(A)(B)," filed May 5, 2021 (hereinafter "5/5/21 Mitchell Filing") showing this Honorable Court as follows:

On or about May 5, 2021, Guy Mitchell filed the 5/5/21 filing, which requests that the Court reconsider the April 22, 2021 Order denying the sanctions sought by Mr. Mitchell against the undersigned, and also requests that the Court coordinate a complaint to the Chief District Judge for an investigation against the undersigned.

-1-

(*See* 5/5/21 Mitchell Filing.)

In the Court's April 22, 2021 Order, the Court provided an analysis after due consideration of Mr. Mitchell's allegations, which involved both briefs and a hearing, and found that Mr. Mitchell's claims against the undersigned were without merit. (*See* 4/22/21 Order.) It is the undersigned's position that Mr. Mitchell's 5/5/21 Filing is similarly without merit, on the same basis.

The situation which the undersigned has found himself over this past year – having represented a client through trial verdict to subsequently have that client aggressively and persistently defame and harass his former counsel, including a bar complaint, motion for sanctions in the present Court, and a campaign of libel throughout internet sites – is a situation that the undersigned had not foreseen as a possibility and remains saddened and disheartened that Mr. Mitchell has continued on this path, all of it without any justification or merit.

It is the undersigned's position that the litigation, trial, and client communications were conducted competently and appropriately at all times. It continues to be the position of the undersigned that Mr. Mitchell's actions against the undersigned are particularly inappropriate in the context where the undersigned expended great efforts and resources with the sole aim of helping Mr. Mitchell. That the undersigned was on Mr. Mitchell's side, fighting continuously for him for years,

appears not just lost on Mr. Mitchell, but intentionally disregarded.

Despite many efforts of communicating what the undersigned believes are logical and reasonable explanations addressing each of Mr. Mitchell's concerns or questions ever raised, Mr. Mitchell's continued persistence to disregard objectivity or reason leads only to the conclusion that Mr. Mitchell's actions do not arise out of any misunderstanding or inability to comprehend, but are a product of malicious intent. That such is the product of years of diligent work and support on Mr. Mitchell's behalf is a manifestation that deeply disappoints the undersigned, and it is the undersigned's belief that the only way to have avoided such a conclusion was to have refrained from helping Mr. Mitchell at all. It appears that Mr. Mitchell's sole motivation is to cause harm to the undersigned.

After reviewing Mr. Mitchell's 40 page filing, it is the undersigned's belief that it would be inappropriate to delve into the many fragmented and garrulous paths that Mr. Mitchell's 5/5/21 Filing takes, which also include criticisms of both the Court and the defense, and it would be more appropriate to provide the following succinct response that follows.

It is the undersigned's position that the 5/5/21 Mitchell Filing is without merit and should properly be denied. The undersigned incorporates by reference as if fully set forth herein the undersigned's Response to October 26, 2020 Filing by Guy

Mitchell, the Court's April 22, 2021, and the hearing conducted on March 29, 2021. (*See* 5/26/20 Response, 4/22/21 Order *and* 3/29/21 hearing transcript.) Additionally, Local Rule 83.1 does not provide authority for this Court to provide Mr. Mitchell with the relief requested, which is essentially an additional avenue to continue his baseless attacks on the undersigned and others. The complaints that Mr. Mitchell has raised against the undersigned are unjustified, frivolous, unsupported *and* insubstantial even if viewed in the most favorable light possible for Mr. Mitchell.

The undersigned declines to give further attention to any of Mr. Mitchell's allegations against the undersigned by pointing out specific evidence that refutes Mr. Mitchell's allegations of incompetence, fraud, misconduct and the like. These allegations are *prima facie* incoherent, frivolous, unjustified and false. They have also already been addressed by the Court, and the Court appropriately found them to be without any merit or justification whatsoever. It is the intent of the undersigned that no implicit validity be given to any of Mr. Mitchell's baseless allegations against the undersigned by the undersigned's lack of detailed response to any matter raised in the 5/5/21 Mitchell Filing.

Therefore, the undersigned respectfully requests that this honorable Court deny the relief requested in the 5/5/21 Mitchell Filing.

Respectfully submitted this, the 21st day of May, 2020.

>The Law Firm of Leipow & Associates, P.C.
>
>/s/ *Kevin A. Leipow*
>Kevin A. Leipow, Esq.
>Georgia State Bar No.: 300163
>*Former Counsel for Plaintiff*

235 Peachtree Street, N.E.
North Tower, Suite 400
Atlanta, GA 30303
P: 404.581.3642; F: 404.506.9432
kal@leipowlaw.com

## **CERTIFICATION OF PAGE AND TYPE**

In accordance with Civil Local Rules 5.1C and 7.1D, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

/s/ *Kevin A. Leipow*
**Kevin A. Leipow, Esq.**
Georgia Bar No. 300163

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GUY MITCHELL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DIXIE TRANSPORT, INC., )<br>FELIX MILO DALEY, and GRANGE )<br>INDEMNITY INSURANCE COMPANY, )<br>)<br>    Defendants. )<br>                        ) | CIVIL ACTION NO:<br><br>1:16-cv-00336-MLB |

## **CERTIFICATE OF SERVICE**

This is to certify that on this 21st day of May, 2021, I have served the following documents: **RESPONSE TO MAY 5, 2021 FILING BY GUY MITCHELL,** by causing a copy to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, and by also by depositing a copy of the same in a properly addressed envelope with adequate postage affixed thereto in the United States Mail:

| Guy Mitchell<br>108 Glen Hollow Lane<br>Harvest, Alabama 35749 | William Emery Gray II<br>Beverly Adams<br>Law Office of William E. (Bo) Gray II<br>3700 Crestwood Parkway, NW, Suite 185<br>Duluth, GA 30096 |
|---|---|

235 Peachtree St., NE, Suite 400    **Leipow and Associates, P.C.**
Atlanta, GA 30303
P: 404.581.3642; F: 404.506.9432    /s/ *Kevin A. Leipow*
Georgia Bar No. 300163    **Kevin A. Leipow, Esq.**
kal@leipowlaw.com